UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ELIZABETH STARKEY

                Plaintiff,

vs.

FIRSTSOURCE ADVANTAGE, LLC

                Defendant.

**DEFENDANT'S APPENDIX TO LOCAL RULE 56.1(a) STATEMENT OF FACTS**

Civil Case No. 07-CV-00662

---

Defendant, Firstsource Advantage, LLC a/k/a Account Solutions Group, LLC d/b/a ASG ("Firstsource"), respectfully submits this Appendix to Local Rule 56.1(a) Statement of Facts pursuant to Local Rule 56.1(d) of the Local Rules of Civil Procedure of the Western District of New York.

| | | |
|---|---|---|
| **Exhibit A** | - | Plaintiff's Summons and Complaint dated September 27, 2007. |
| **Exhibit B** | - | Affidavit of Edmund Rogers, sworn to on August 11, 2009. |
| **Exhibit C** | - | Affidavit of Melissa Kotas, sworn to on August 6, 2009. |
| **Exhibit D** | - | Deposition testimony of Elizabeth Starkey, taken on January 27, 2009. |
| **Exhibit E** | - | Deposition testimony of Jessica Wilton, taken on January 27, 2009. |

DATED:    Buffalo, New York
               August 14, 2009

                                          COLUCCI & GALLAHER, P.C.

                          By:    /s/ Jason A. Botticelli
                                  Jason A. Botticelli, Esq.
                                  James J. Greco, Esq.
                                  *Attorneys for Defendant*
                                  2000 Liberty Building, 424 Main Street
                                  Buffalo, New York 14202
                                  (716) 853-4080
                                  jbotticelli@colucci-gallaher.com

TO:    Kenneth R. Hiller, Esq.
        LAW OFFICES OF KENNETH HILLER
        *Attorneys for Plaintiff*
        6000 N. Bailey Avenue, Suite 1A
        Amherst, New York 14226
        (716) 564-3288
        khiller@kennethhiller.com