JESSICA AMBER WILTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------
ELIZABETH M. STARKEY,

                        Plaintiff,

    -vs-

FIRSTSOURCE ADVANTAGE, LLC a/k/a
ACCOUNT SOLUTIONS GROUP, LLC d/b/a ASG,

                        Defendant.
--------------------------------------------------
THOMAS F. MOLTZ,

                        Plaintiff,

    -vs-

FIRSTSOURCE ADVANTAGE, LLC also
known as ACCOUNT SOLUTIONS GROUP, LLC,

                        Defendant.
--------------------------------------------------
DONNA RILEY,

                        Plaintiff,

    -vs-

FIRSTSOURCE ADVANTAGE, LLC,

                        Defendant.

## Sue Ann Simonin Court Reporting

421 Franklin Street
Buffalo, New York 14202


NATIONAL COURT REPORTERS
NCRA
ASSOCIATION

(716) 882-8059
Fax (716) 882-8099
sascr.com

---------------------------------------------------

SUSAN MOORE,

                      Plaintiff,

   -vs-

FIRSTSOURCE ADVANTAGE, LLC,

                      Defendant.

---------------------------------------------------


                      Examination Before Trial of

JESSICA AMBER WILTON, taken pursuant to the Federal Rules of

Civil Procedure, in the law offices of KENNETH HILLER, 6000

North Bailey Avenue, Suite 1A, Amherst, New York, taken on

January 27, 2009, commencing at 10:10 A.M., before CARLA M.

GLINSKI, Notary Public.

Page 2

INDEX TO EXHIBITS

Plaintiff's Exhibits                         For Identification

1    Collection Services Agreement          4

2    Letter dated May 9, 2008               4

3    Response to Plaintiff's First          5
     Set of Interrogatories

4    five Pages of File Notes               5
     dated March 26, 2008

5    Response to Plaintiff's First          5
     Request For Production of
     Documents

6    Response to Plaintiff's First          5
     Request For Production of
     Documents

7    Response to Plaintiff's First          5
     Set of Interrogatories

8    four Pages of File Notes               5
     dated March 19, 2008

9    Response to Plaintiff's First          5
     Request For Production of
     Documents

10   three Pages of File Notes              5
     dated March 19, 2008

11   Response to Plaintiff's First          6
     Set of Interrogatories

12   Response to Plaintiff's First          6
     Request For Production of
     Documents

Page 3

13   Response to Plaintiff's First          6
     Set of Interrogatories

14   three Pages of File Notes              6
     dated May 7, 2008

15   a Collection Communications          105
     Log

Page 4

APPEARANCES:
KENNETH R. HILLER, ESQ.
and FRANK J. BORGESE, ESQ.
(concluding at page 97)
6000 North Bailey Avenue,
Suite 1A,
Amherst, New York 14226,

Appearing for the Plaintiffs.
COLUCCI & GALLAHER, P.C.,
By TODD C. BUSHWAY, ESQ.,
2000 Liberty Building,
Buffalo, New York 14202,

Appearing for the Defendant.

(The following stipulations were entered into by both parties.)

It is hereby stipulated by and between counsel for the respective parties that the oath of the Referee is waived, that filing and certification of the transcript are waived, and that all objections, except as to the form of the questions, are reserved until the time of trial.

(Whereupon, a Collection Services Agreement was then received and marked as Plaintiff's Exhibit 1;

a Letter dated May 9, 2008 was then received and marked as Plaintiff's Exhibit 2;

Page 5

a Response to Plaintiff's First Set of Interrogatories was then received and marked as Plaintiff's Exhibit 3;

five Pages of File Notes dated March 26, 2008 were then received and marked as Plaintiff's Exhibit 4;

a Response to Plaintiff's First Request For Production of Documents was then received and marked as Plaintiff's Exhibit 5;

a Response to Plaintiff's First Request For Production of Documents was then received and marked as Plaintiff's Exhibit 6;

a Response to Plaintiff's First Set of Interrogatories was then received and marked as Plaintiff's Exhibit 7;

four Pages of File Notes dated March 19, 2008 were then received and marked as Plaintiff's Exhibit 8;

a Response to Plaintiff's First Request For Production of Documents was then received and marked as Plaintiff's Exhibit 9;

three Pages of File Notes dated March 19, 2008 were then received and marked as Plaintiff's

Page 6

1  Exhibit 10;
2  a Response to Plaintiff's First Set of
3  Interrogatories was then received and marked as
4  Plaintiff's Exhibit 11;
5  a Response to Plaintiff's First Request For
6  Production of Documents was then received and
7  marked as Plaintiff's Exhibit 12;
8  a Response to Plaintiff's First Set of
9  Interrogatories was then received and marked as
10 Plaintiff's Exhibit 13; and
11 three Pages of File Notes dated May 7, 2008 were
12 then received and marked as Plaintiff's Exhibit
13 14, for identification.)
14
15
16      J E S S I C A  A M B E R  W I L T O N,
17           1382 East Park Road,
18        Grand Island, New York 14072,
19         after being duly called and sworn,
20            testified as follows:
21
22 MR. BUSHWAY: Let's just put something on the record.
23   What we've agreed to off the record is that there

Page 7

1  are four pending lawsuits. Mr. Hiller and I have
2  agreed that we're going to put all four captions
3  on it. He will to the best of his ability to
4  keep the general questions as one block and
5  identify somehow in the record when we're going
6  into testimony specific to each of the Plaintiffs
7  so that we can keep the transcript --
8  MR. HILLER: Somehow bifurcated.
9  MR. BUSHWAY: And eliminate the need to do the
10   testimony times four.
11
12 EXAMINATION BY MR. HILLER:
13
14 Q. All right, Ms. Wilton, my name is Kenneth
15   Hiller. I represent the four Plaintiffs in these
16   actions. I'm going to ask you a number of
17   questions. I would ask that you answer all the
18   questions verbally. And if you have any
19   questions -- if you don't understand a question,
20   feel free to ask me to rephrase it.
21 A. Okay.
22 Q. Are you suffering from any illnesses or on any
23   medication this morning that would impair your

Page 8

1   ability to testify accurately at this deposition?
2 A. No, I am not.
3 Q. Okay. And what documents did you review in order
4   to prepare for this deposition?
5 A. The collection notes.
6 Q. Any other documents?
7 A. No.
8 Q. Okay. And what is your -- well, where are you
9   employed?
10 A. I'm employed with Firstsource Advantage.
11 Q. And what is your title there?
12 A. Operations manager.
13 Q. And what are your responsibilities as an
14   operations manager?
15 A. My responsibilities are to oversee the clients
16   that we have -- well, that are assigned to me for
17   revenue and work standards, that sort of thing.
18   To abide by the contracts that we have with them.
19 Q. And how long have you been employed as the
20   operations manager?
21 A. Two years. Almost two years.
22 Q. And what was your employment immediately prior to
23   that?

Page 9

1 A. I was a supervisor.
2 Q. At Firstsource?
3 A. Correct.
4 Q. How many years have you worked at Firstsource?
5 A. Three.
6 Q. And where did you work before Firstsource?
7 A. Capital Management.
8 Q. And how long did you work there?
9 A. Just a few months.
10 Q. And what was your position there?
11 A. Supervisor.
12 Q. Supervisor of whom?
13 A. Capital One.
14 Q. Oh.
15 A. The client is what I supervised.
16 Q. You supervised the collection of accounts -- of
17   Capital One accounts by Capital Management?
18 A. Correct.
19 Q. And prior to being the operations manager at
20   Firstsource, for the year prior to that, what was
21   your position?
22 A. The year prior to that. Wait. Repeat the
23   question.

**Starkey, et al vs. Firstsource**                    CondenseIt!™

---

Page 10

1  Q. You said that you had worked two years as an
2     operations manager and that you worked there for
3     three years.  What was the other position that
4     you held?
5  A. Supervisor.
6  Q. Of any particular account?
7  A. Washington Mutual.
8  Q. And what does a supervisor of an account do?
9  A. They coach and develop the team that collects on
10    that portfolio.
11 Q. Okay.  And tell me about Firstsource a little
12    bit.  Do they do any business activities other
13    than debt collection?
14 A. Not that I am aware of.  Well, globally we do.  I
15    don't want to misspeak.
16 Q. Okay.
17 A. We do telecom BFSI, and we do health care
18    globally.
19 Q. What is telecom BFSI?
20 A. BFSI is banking and finances which is where --
21    what I do that falls into that category.  As far
22    as what they do with telecom and health care, I
23    know there is adjudication involved, but the

---

Page 11

1     particulars I don't know.
2  Q. Does it involve the collection of debts?
3  A. Not that I'm aware of, no.
4  Q. Okay.  And do you know how long Firstsource has
5     been operated as a company?
6  A. Well, we were previously Account Solutions Group.
7     We were acquired by Firstsource Advantage which
8     was an India-based operation.  So prior to
9     Firstsource's acquisition, we were strictly just
10    collections here in Amherst.
11 Q. All right.  So when you began your employment
12    with Firstsource, it was then known as Account
13    Solutions Group?
14 A. Correct.
15 Q. And when did Firstsource purchase Account
16    Solutions Group?
17 A. I'm not sure what the year and date was.  They
18    had already made the acquisition when I was
19    employed, but the people that had previously
20    owned it had not parted from the company yet, so
21    I'm not really sure, you know, what the whole --
22 Q. But it was more than three years ago then?
23    Because you started with Account Solutions three

---

Page 12

1     years ago.
2  A. Yes.
3  Q. And does Account Solutions Group still maintain a
4     separate identity?  Do they still exist at all?
5  A. No.
6  MR. BUSHWAY:  Well, let me -- I don't know if she
7     knows the corporate -- whether they exist as a
8     corporate filing somewhere, but she can, in terms
9     of the practical --
10 BY MR. HILLER:
11 Q. Right.  In other words, are any letters issued by
12    Firstsource under the title Account Solutions
13    Group?
14 A. No.
15 Q. Do you know when Firstsource stopped using a
16    title -- stopped using the name of Account
17    Solutions Group?
18 A. I can't remember any specific date, but -- I do
19    remember the changeover, but I couldn't tell you
20    what day it was or what month it was.
21 Q. Well, after you began were they still using the
22    name Account Solutions Group --
23 A. Yes, they were.

---

Page 13

1  Q. -- in some of their activities?
2  A. Yes.
3  Q. So as operations manager, are you responsible to
4     supervise a number of accounts?
5  A. Yes.
6  Q. Okay.  Is Time Warner Communications one of those
7     accounts?
8  A. Not presently, no.
9  Q. And who do you report to?  Who is your
10    supervisor?
11 A. My supervisor is Michelle Lewis.
12 Q. What's her position?
13 A. She is a deputy general manager.
14 Q. And does Firstsource have centers where
15    collectors collect debts?
16 A. Correct.
17 Q. And do you know how many call centers they have?
18 A. I'm not certain.
19 Q. Do they have a call center here in Western New
20    York?
21 A. Yes, in Amherst.
22 Q. Do you know how many debt collectors actually
23    doing collection calls are employed by

---

Page 14

1  Firstsource?
2  MR. BUSHWAY: Currently or back in --
3  MR. HILLER: Currently.
4  THE WITNESS: Current? I don't have an exact figure.
5  BY MR. HILLER:
6  Q. Do you have an approximate number?
7  A. I would say in Amherst alone, probably around
8     four hundred. Three hundred to four hundred
9     people.
10 Q. Were all of the accounts on the four cases we're
11    involved in here today collected by or were
12    attempts to collect those debts done by debt
13    collectors located here in Western New York?
14 A. They were not -- the attempts were not made by
15    collectors themselves, no.
16 Q. Well, they were made -- there was attempts made
17    by collectors, but not those -- by automation?
18 MR. BUSHWAY: Are you asking whether the
19    debt-collection activities in these four cases
20    came out of the Amherst call center?
21 MR. HILLER: Yes.
22 THE WITNESS: Yes, they did.
23 BY MR. HILLER:

Page 15

1  Q. All right. When Firstsource purchased Account
2     Solutions Group, did they take the employees of
3     Account Solutions Group with that purchase?
4  A. Correct.
5  Q. And did Account -- does Firstsource use a
6     software to maintain and monitor their collection
7     accounts?
8  A. Yes.
9  Q. What is that software?
10 A. Columbia Ultimate Business Systems.
11 Q. I'll refer to that as the CUBS system.
12 A. CUBS, correct. Yeah.
13 Q. Did Account Solutions Group use the CUBS system?
14 A. Yes.
15 Q. The very same software?
16 A. Yes.
17 Q. So when Firstsource acquired Account Solutions
18    Group, can you explain to me how the existing
19    accounts were transferred to Firstsource in their
20    collection software?
21 A. I don't know the answer to that question.
22 Q. Who would know the answer to that question?
23 A. Theresa Milbrath.

Page 16

1  Q. Theresa -- what's the last name?
2  A. M-I-L-B-R-A-T-H.
3  Q. And what's her position?
4  A. She is the director of client relations.
5  Q. Can you tell from account notes on a particular
6     debtor whether the account originated with
7     Account Solutions Group or Firstsource?
8  A. I don't believe that that's on the notes, no.
9  Q. Okay. Was Account Solutions Group doing Adelphia
10    Cable and Time Warner collections before their
11    purchase -- before they were purchased by
12    Firstsource?
13 A. Not to my knowledge.
14 Q. All right.
15 A. I'm almost certain that we acquired that contract
16    post sale.
17 Q. I want to show you what's been marked as Exhibit
18    1.
19 A. Okay.
20 Q. Can you identify that?
21 A. This looks just like a standard contract.
22 Q. And who are the parties to the contract?
23 A. Time Warner Cable and Account Solutions Group.

Page 17

1  Q. So would that indicate to you that the contract
2     between Time Warner for -- with Time Warner
3     originated with Account Solutions Group?
4  A. When we were called Account Solutions Group, yes.
5  MR. BUSHWAY: Object to the form.
6  BY MR. HILLER:
7  Q. All right. And is that contract kept by
8     Firstsource in their ordinary course of business
9     operations?
10 A. Yes.
11 Q. And is that a true copy of the contract?
12 A. I don't know.
13 Q. Okay.
14 A. I don't keep the contracts.
15 Q. All right. Can I just have that back for a
16    second.
17 MR. BUSHWAY: Do you have a second copy? You know,
18    instead of handing it back and forth, if you want
19    to --
20 BY MR. HILLER:
21 Q. Let me see. I'd like you to read, if you could,
22    paragraph fourteen of that agreement.
23 A. Certainly. Neither party may transfer or assign

Starkey, et al vs. Firstsource      CondenseIt!™

**Page 18**

1   all or a portion of its rights, obligations and
2   duties under this agreement without the written
3   consent of the other party.
4   Q. Okay. So that -- would you agree that that is --
5      that that evidences that the parties -- well,
6      could you please explain to me what you interpret
7      that provision to mean.
8   MR. BUSHWAY: Object to the form. I'm not going to
9      let her interpret the contract. It's a legal
10     document. She has testified she didn't -- you
11     didn't ask her if she drafted it, but it's a
12     contract. She's not going to interpret it for
13     you.
14  BY MR. HILLER:
15  Q. Okay. Well, you can answer the question.
16  A. Okay. I would assume that that meant that we are
17     not authorized to give any information that we
18     receive out to another party.
19  Q. Okay. Thank you.
20  A. Certainly.
21  Q. All right. Now, the company Firstsource uses the
22     CUBS software system, correct?
23  A. Yes.

**Page 19**

1   Q. Is there a version of that software that's used,
2      do you know?
3   A. There is a version. I'm not -- I don't know
4      exactly what version it is. It gets upgraded I
5      know.
6   Q. Would Theresa Milbrath know that?
7   A. She may. If she doesn't, it would be Christopher
8      Habschied that would.
9   Q. Christopher -- could you spell that?
10  A. It's H-A-B-S-C-H-I-E-D.
11  Q. And what's his position with Firstsource?
12  A. He is the CUBS programmer.
13  Q. Does Firstsource possess a manual or guide
14     provided to them by CUBS as to how to operate and
15     use the CUBS software?
16  A. I don't know.
17  Q. Who would know that?
18  A. Christopher Habschied.
19  Q. When Firstsource, or ASG previously, receives an
20     account from Time Warner, can you tell me what
21     information is provided to them?
22  A. On initial placement?
23  Q. Yes.

**Page 20**

1   A. I don't know exactly.
2   Q. Who would know that?
3   A. Theresa Milbrath.
4   Q. Do you know if they are provided with a telephone
5      number?
6   A. Yes.
7   Q. Are they provided with a name and Social Security
8      number?
9   A. If available, yes.
10  Q. Are they provided with an address?
11  A. Yes.
12  Q. Do you know if the -- if there is any information
13     provided by Time Warner or previously Adelphia as
14     to how they obtained the telephone number?
15  A. No.
16  Q. They don't tell you that?
17  A. No.
18  Q. So Firstsource would not know whether or not the
19     telephone number was provided by the debtor in
20     connection with their application for services or
21     sometime thereafter?
22  A. I can't answer for anybody else in the
23     organization if they would know, whether sales

**Page 21**

1      would have information on that. I as the
2      operations manager would not.
3   Q. Okay. But you're not aware of that -- as
4      corporate representative you're not familiar or
5      you don't -- let me start over on that.
6         First of all -- I probably should have done
7      this earlier -- you are appearing today as the
8      corporate representative of Firstsource, is that
9      correct?
10  A. Correct.
11  Q. And your answers to questions today are made
12     pursuant to the deposition notice that we served
13     upon your attorney for this deposition?
14  A. Yes.
15  MR. BUSHWAY: I don't know if she's ever seen the
16     notice, but --
17  BY MR. HILLER:
18  Q. All right. So all your prior answers and future
19     answers, when you answer, you're answering on
20     behalf of the corporation, is that correct?
21  A. Correct.
22  Q. Okay. As corporate representative, are you
23     testifying that you're not familiar with any

## Page 22

1    information that is provided to Firstsource
2    concerning how Time Warner or Adelphia obtained
3    the phone number from the debtors?
4  A. No.
5  Q. How do you open a collection account?
6  A. We actually enter in our initials.  We are
7    assigned CUBS -- what's called CUBS initials.  We
8    go into a screen that says collector.  We hit
9    that letter.  It's numeric.  Or, it's an
10   alphanumeric process.  You open it up with a
11   letter, with more letters, and then you hit a
12   period and an enter, and it automatically brings
13   you to your very first account that is in your
14   queue.
15 MR. BUSHWAY: Were you asking as a collector
16   individually or when they got the account, in
17   this case from Time Warner, how do they take the
18   data and --
19 BY MR. HILLER:
20 Q. I'll clarify.  When Time Warner assigns an
21   account to Firstsource to collect, can you tell
22   me what the first thing is that Firstsource does
23   with the information that they're provided?

## Page 23

1  A. That again would be Theresa Milbrath.  She would
2    be able to tell you that.
3  Q. All right.  Well, in some fashion is the
4    information uploaded --
5  A. Yes.
6  Q. -- into the Firstsource computer?  Is an account
7    opened?
8  A. Yes.
9  Q. And do you have a name for those accounts or just
10   accounts?
11 A. Just accounts.
12 Q. Okay.  And a number is assigned to the account?
13 A. Yes.
14 Q. Okay.  And who assigns the numbers to the
15   accounts?
16 A. That I do not know.
17 Q. Some person though at Firstsource assigns numbers
18   to the accounts?
19 A. I'm not sure if it would be a person or if it's
20   the computer system just assigning it in order.
21   I don't know.
22 Q. And who would know that?
23 A. Theresa Milbrath.

## Page 24

1  Q. All right.  And do you know what steps are
2    involved in opening up an account?
3  A. From the time it enters?
4  Q. Yes.
5  A. No.
6  Q. After an account is opened, can you tell me what
7    the first thing is that Firstsource does with
8    that account?
9  A. Once they're opened, they go into what we call a
10   desk, a new business desk.  The operations
11   manager at that point is responsible for
12   distributing that business either to collector
13   files or maybe what we call an open desk.  Which
14   would mean that it's not assigned to an
15   individual collector but a queue within CUBS.
16 Q. And as operations manager, would you be doing
17   those activities?
18 A. Yes.
19 Q. So you would obtain or an operations manager
20   would obtain the account after it was already
21   opened?
22 A. Correct.
23 Q. And what information is made available to you at

## Page 25

1    the time that you -- that an operations manager
2    such as yourself becomes involved in an account?
3  A. When I'm looking at a brand-new account,
4    typically I see the name, the address, the phone
5    number, the Social Security number, the amount of
6    the debt, when it was placed with us, when it was
7    incurred.  Sometimes we'll get credit reports on
8    accounts that we can go in and view depending on
9    balance.
10 Q. And is there any collection activity done at all
11   prior to the operations manager reviewing the
12   account for the first time?
13 A. It depends on when the operations manager
14   actually moves it from queue to queue.  We do
15   send out a standard dunning notice within
16   twenty-four hours of placement.
17 Q. So that's basically automated, correct?
18 A. Correct.
19 Q. And would a credit report already be on file
20   possibly by the time an operations manager looks
21   at the account?
22 A. Not typically, but it is possible.  Again, it
23   depends on when those accounts are moved.  It's

Starkey, et al vs. Firstsource                    CondenseIt!™

Page 26

1  all in timing.
2  Q. And how would it be determined whether -- how
3     would it be determined that a credit report
4     should be obtained?
5  A. We do it by balance on account, so it really
6     depends on the actual, the actual client that
7     we're checking for.  Typically we don't order
8     credit reports on balances under a thousand
9     dollars, but that is not written in stone.
10 Q. Okay.  Other than obtaining the credit report and
11    sending out a dunning notice, is there any other
12    collection activity performed on the account
13    prior to the operations manager being involved in
14    the account?
15 A. Not that I know of, no.
16 Q. And your testimony is that there's two things
17    that the operations manager might do.  They might
18    distribute to a collector file or to an open
19    desk?
20 A. Correct.
21 Q. So if it's distributed to a collection file, can
22    you tell me what the operations manager would do
23    at that point?

Page 27

1  A. What we would do, we have what's called a
2     distribution list that has all of the CUBS
3     initials of the desks that it would flow to.  And
4     we actually have a module within CUBS where we
5     take the desk that they're currently in and it
6     automatically just randomly disperses them out
7     based on criteria that we're implementing into
8     the system.
9  Q. And it's in a queue?
10 A. Yes.
11 Q. So a collector is working at his desk working on
12    a file.  When he's done with that, the next one
13    comes to his attention?
14 A. Comes to his attention.
15 Q. And how does that differ from the open-desk
16    process?
17 A. The open-desk process, it doesn't have ownership
18    to a collector.  A collector file.  It's in a
19    desk where other collectors can go into it and
20    obtain the account to view, but they don't have
21    actual ownership or responsibilities to it.
22 Q. So that is a different queue?
23 A. Yeah.  Every queue has its own name.

Page 28

1  Q. All right.  And what's that queue name?
2  A. Which one?
3  Q. The open desk.
4  A. It would depend on the client.  We name our own.
5  Q. And would that be -- the open desk, would that be
6     where a collector doesn't have anything left in
7     their collection files and they're looking for
8     some work so they grab it from the desk queue?
9  A. Sometimes.
10 Q. So after an account is opened and distributed to
11    a debt collector, what next ensues on that
12    account?
13 A. Collection activity.
14 Q. All right.  And what sort of collection
15    activities?
16 A. Placing phone calls.
17 Q. And these would be what type of phone calls?
18 A. To collect upon the debt.
19 Q. They personally pick up the phone or hit a
20    button to get a -- to open a line?
21 A. Yes.
22 Q. And call the person, the debtor, personally?
23 A. That is correct.

Page 29

1  Q. And speak to them live over the phone?
2  A. Correct.
3  Q. Are automated calls made to the debtors?
4  A. Yes.
5  Q. Does the debt collector originate those calls?
6  A. No.
7  Q. How are those calls made?
8  A. Well, we have two automated devices that we use.
9     One is what's called a Blaster which goes through
10    our dialer process.  The other one is called
11    Soundbite which is a third-party vendor that we
12    have a contract with that we load into a queue
13    and they get dispersed.  Now, it is an outbound
14    call, and that call can route back to an actual
15    collector with a live contact.
16 Q. So Soundbite makes a call, and if somebody, if
17    somebody answers the call, it routes that call to
18    a collector who's available?
19 A. Correct.
20 Q. When Soundbite makes a call and if nobody answers
21    the phone, is an automated message left?
22 A. It can be.
23 Q. It can be.

Page 30

1 A. We have the option as operations managers to say
2   whether we want a message delivered or not.
3 Q. And in a collection account, is there a way to
4   determine whether a call left a message or not?
5 A. Yes. Soundbite automatically documents that in
6   the note line upon -- it will, it will show up
7   the next day though because it happens with a
8   day-end process when CUBS updates all of its
9   files.
10 Q. If a person answered -- if a debtor answers a
11   telephone call made by Soundbite, do they -- are
12   they -- do they receive an automated message?
13 A. Yes. There is a -- what's called a whisper, and
14   it will, it will tell the collector what
15   reference number they need to pull up within our
16   system.
17 Q. Well, but I'm talking about the debtor. When the
18   debtor picks up the phone on a call made by Sound
19   Blaster, do they receive an automated message of
20   some sort?
21 A. Yes.
22 MR. BUSHWAY: Soundbite. You said Sound Blaster.
23   You combined the two.

Page 31

1 BY MR. HILLER:
2 Q. I'm sorry. So Soundbite -- something along the
3   lines of please hold for a representative?
4 A. Yes. It will ask them are you so and so. If you
5   are so and so, please press one. If this is a
6   wrong number, please press three. I'm not
7   certain of the exact verbiage, but, yes, this is
8   an automated -- yes.
9 Q. So the person would have to press one to be put
10   through to a debt collector?
11 A. Yes.
12 Q. What happens if the person presses the button
13   saying they're not the correct person?
14 A. Then the call is put to the collector and the
15   collector says is this a wrong number for so and
16   so, and they say yes; we apologize.
17 Q. How does the Soundbite program differ from the
18   Blaster program?
19 A. The Blaster program does not deliver those. It
20   doesn't search for a live party and deliver that
21   to a collector.
22 Q. It just leaves an automated message saying to
23   call us back?

Page 32

1 A. Correct.
2 Q. And every call, whether answered by somebody or
3   not, it would leave that automated message,
4   correct?
5 A. Correct.
6 Q. And all of the calls made by Blaster or Soundbite
7   would be reflected in a log that is kept by
8   Firstsource, is that correct?
9 A. Correct.
10 Q. Now, when a call is made -- well, how is it
11   determined how many calls are made by Soundbite
12   or Blaster?
13 A. The operations manager determines that based on
14   the criteria that we want to implement. So we
15   may segment our business by a -- what's called a
16   recovery score. And the highest propensity to
17   pay might be what we want to target. So it
18   really depends on our strategy and what we want
19   to target. And we actually query for those files
20   and we tell CUBS this is what we want. CUBS then
21   searches through all of the debtor files to find
22   that information, those accounts that pertain to
23   that query, and we can load it through the

Page 33

1   Soundbite system through a temp file in Excel.
2 Q. So you have a class of files, perhaps very
3   collectable files?
4 A. Um-hum.
5 Q. And you might program CUBS to say call them once
6   per day?
7 A. Correct.
8 Q. Or you might have them call once a week if it's
9   less collectable, correct?
10 A. Correct.
11 Q. And in the account log, when -- if there's a
12   designation in the account log indicating that
13   Soundbite or Blaster called, is there -- is that
14   designated for each individual call?
15 A. Yes.
16 Q. So, in other words, is it possible that if
17   there's an entry in a call log that a Soundbite
18   call was made that several -- multiple calls were
19   made?
20 A. It's possible, yes. I'm not -- I will say I'm
21   not sure if, if it represents that in the note
22   lines when you're reading an account. If it will
23   tell you that it attempted it several times or if

CondenseIt!™

Page 34

1  it only documents it after the last attempt, I'm
2  not sure.
3  Q. So a designation of Soundbite in an account log
4  could mean that one call was made or that
5  multiple calls were made?
6  A. It could be.
7  Q. And is there a way to learn whether or not there
8  was more than one call made?
9  A. Yes.
10 Q. And how would that be learned?
11 A. Soundbite itself has a log that we can go into
12 and --
13 Q. And so for each individual collection account,
14 there is a separate Soundbite log?
15 A. Correct.
16 Q. And is there also a separate Blaster log?
17 A. I don't know.
18 Q. Okay. But if you went into the Soundbite log,
19 you could determine exactly how many calls were
20 made by Soundbite?
21 A. Correct.
22 Q. And it's possible that that's also true for the
23 Blaster program, but you're not sure?

Page 35

1  A. Possibly.
2  Q. How does Firstsource train its collectors?
3  A. They go through a two-week training program
4  through our training department.
5  Q. And what sort of training is provided?
6  A. They go through our policies regarding health
7  care, training on the CUBS system, human
8  resources. That sort of thing. Exactly what the
9  content is I would have to --
10 Q. Who would know that?
11 A. Jennifer Ciganko. I'll spell that for you.
12 Q. Yes.
13 A. It's C-I-G-A-N-K-O.
14 Q. And what is her title?
15 A. She is the corporate trainer for North American
16 operations.
17 Q. Do you know if the debt collectors are trained in
18 the -- to understand and learn the Fair Debt
19 Collection Practices Act?
20 A. Yes.
21 Q. And do you know what sort of training is provided
22 in that regard?
23 A. Specifically, no.

Page 36

1  Q. Is there a manual that they -- that the debt
2  collectors are provided containing information on
3  the Fair Debt Collection Practices Act and
4  Firstsource's policies and procedures to comply
5  with that law?
6  A. Yes.
7  Q. Do you know what the name of that manual is?
8  A. No.
9  Q. Jennifer Ciganko would know?
10 A. Yes.
11 Q. But there is a manual?
12 A. I don't know if it's part of the training manual
13 that she provides that she has done herself or if
14 there is an actual FDCPA manual. I'm not sure.
15 Q. Do you know if collectors are provided with a
16 copy of that manual?
17 A. Yes.
18 Q. Who is in charge of compliance? I assume that
19 there's -- is there a compliance manager of some
20 type at Firstsource?
21 A. Yes, there is.
22 Q. And who is that?
23 A. Jeffrey Markley, M-A-R-K-L-E-Y.

Page 37

1  Q. And what are his responsibilities?
2  A. He oversees what we call process excellence, so
3  he, he is in charge of our quality assurance
4  department, he's in charge of -- I do believe
5  there's some data analytics that he's involved
6  with for that department. He's involved with --
7  I'm really not sure what her title is, but the --
8  our licensing. Things like that.
9  Q. So is he in charge of reviewing collectors'
10 performance in terms of their compliance with the
11 FDCPA in their duties?
12 A. Yes.
13 Q. When I say FDCPA, I mean Fair Debt Collection
14 Practices Act.
15 A. Correct. He specifically may not do that
16 himself. He oversees the person who does.
17 Q. And do you know what Firstsource does in their
18 attempts to insure compliance with the FDCPA?
19 A. We test annually.
20 Q. What happens if a -- what is the -- do you know
21 what the required score on a test is for a debt
22 collector to continue to collect with your
23 company?

Page 38

1 A. Ninety percent.
2 Q. And what happens if a debt collector scores less
3   than ninety percent?
4 A. They must immediately be taken off the phone and
5   retested.
6 Q. Until they subsequently, hopefully, pass ninety
7   percent in subsequent tests?
8 A. If they failed the second time, we reserve the
9   right to terminate their employment with
10  Firstsource.
11 Q. And do they take that test prior to starting on
12  the phones?
13 A. Yes.
14 Q. If a debtor that Firstsource is attempting to
15  collect from informs Firstsource that they do not
16  wish to receive any further phone calls, would
17  subsequent collection calls to that very same
18  debtor violate Firstsource's policies and
19  procedures that its collectors are trained in and
20  directed to follow?
21 MR. BUSHWAY: Object to the form. You can answer.
22 THE WITNESS: It depends on the client. Some of our
23  clients will say that we have to do that on a

Page 39

1   verbal request. Other clients say that it has to
2   be written. So if we want a cease-and-desist,
3   some of our clients say that has to be in written
4   form.
5 BY MR. HILLER:
6 Q. All right. So it's not a policy that Firstsource
7   has; it's a policy that its clients provide to
8   them?
9 A. Correct.
10 Q. And if the client informs Firstsource that they
11  should not honor a request from a debtor to cease
12  and desist for their telephone calls verbally,
13  Firstsource will comply with that request?
14 A. Correct.
15 Q. Okay. Does Firstsource believe that this -- that
16  calling a person after they have verbally
17  informed Firstsource that they do not wish to
18  receive any further phone calls complies with the
19  FDCPA?
20 MR. BUSHWAY: Object to the form. You can answer.
21 THE WITNESS: Okay. Can you repeat the question.
22 BY MR. HILLER:
23 Q. Does Firstsource believe that continuing to call

Page 40

1   a debtor after that debtor has requested that
2   they not call them any further complies with the
3   FDCPA?
4 A. I believe so.
5 Q. Okay.
6 MR. BUSHWAY: Meaning verbal request?
7 MR. HILLER: Right, verbal request.
8 THE WITNESS: Yeah.
9 BY MR. HILLER:
10 Q. I want to go back -- shift gears a little bit and
11  go back to the CUBS system. In the process of
12  the discovery of this lawsuit, we have been
13  provided with account logs, and we'll go over
14  those soon. Are there other screens that are
15  available for review in the CUBS system relative
16  to an account?
17 A. To my knowledge, the only thing that we have are
18  the note lines. If there is another way, I am
19  not aware of what that is.
20 Q. Do debt collectors only work on the account log
21  screen when they're working an account?
22 A. Correct.
23 Q. Okay. What are the procedures employed by

Page 41

1   Firstsource to insure that they are contacting
2   the appropriate person when attempting to collect
3   a debt?
4 A. Well, if we are provided with a phone number from
5   the client, that's, that's what we use.
6 Q. And if the collector calls that number and the
7   person says they have called the wrong number or
8   they are not the debtor, what is Firstsource's
9   policy and procedure as to how to deal with that
10  situation?
11 A. First what we'll do is what we call probing. We
12  will ask that person if they know who the person
13  is that we're asking for, and if they do, we will
14  ask them if they have any idea of how we would be
15  able to contact that person. If they do not,
16  then we say we apologize for the inconvenience
17  and we'll remove your number.
18 Q. Does Firstsource require any verification by that
19  individual that they are not, in fact, the
20  debtor?
21 A. If -- it depends. If we're calling somebody that
22  shares the same name, we may ask them to identify
23  the last four digits of their Social Security,

Page 42

1  identify their mailing address to verify if we
2  are, in fact, speaking to the right party.
3  Q. Okay.
4  A. But if it doesn't share the same name, then
5  obviously --
6  Q. When you say the same name, you mean the first
7  name and last name?
8  A. Correct.
9  Q. And would the procedures for dealing with calls
10  that the individual answers the phone -- let me
11  start over with that.  Are those procedures that
12  you just outlined contained in the policy manual
13  that you referred to previously?
14  A. I don't know.
15  Q. Are they contained in writing anywhere?
16  A. I'm not sure.
17  Q. Do you know -- can you describe for me how
18  Firstsource's telephone service is provided to
19  them?
20  A. I don't know.
21  Q. Do you know who -- what company provides
22  telephone service to Firstsource?
23  A. I believe it's Sprint, but I'm not positive.

Page 43

1  Q. Who would know that?
2  A. Lisa Stuart, S-T-U-A-R-T.
3  Q. And what is her position?
4  A. She is the manager of telecom.
5  Q. Do you know if Firstsource is billed for every
6  call that they make?
7  A. I'm not sure.
8  Q. Are debt collectors permitted to make calls on
9  telephones other than those provided by
10  Firstsource?
11  A. Yes.  Well, depending on the -- Firstsource or
12  the client?
13  Q. Either.
14  A. We have -- I don't know if this would apply.  We
15  have what we call skip tracing, so if we have an
16  account in front of us that doesn't have a phone
17  number on it or we've been told that the number
18  that we are calling is wrong or disconnected,
19  then we have, we have certain websites that we
20  can go to to try to find location information and
21  call those numbers.
22  MR. BUSHWAY: I think you were asking if you're
23  employed as a collector at Firstsource, can you

Page 44

1  use anything other than the company phone to do
2  your work.
3  MR. HILLER:  Correct.
4  THE WITNESS:  No.
5  BY MR. HILLER:
6  Q. Does Firstsource have a policy as to whether debt
7  collectors can use personal phones such as cell
8  phones to make collection calls?
9  A. Absolutely not.
10  Q. They're not permitted to?
11  A. No, they are not.
12  Q. Are you aware of any instances where debt
13  collectors have done that?
14  A. No, I am not.
15  Q. All right.  I think we're going to move into the
16  specific accounts at this point.
17  MR. BUSHWAY: Okay.  Can we mark on the record start
18  a new page by whichever one you're up to.  I'm
19  saying, you know, whatever one, just so we can
20  start a new page and say whatever.
21  BY MR. HILLER:
22  Q. We'll start with the Susan Moore file.
23  A. Okay.

Page 45

1  Q. And I want to show you what's been marked as
2  Plaintiff's Exhibit 3.  Can you identify that
3  document?
4  A. I don't know what this document is.
5  Q. Okay.  You can hold on to that for a minute.
6  A. Okay.
7  Q. That is -- that document was provided to us from
8  -- by your counsel in response to certain
9  questions we had of Firstsource.
10  A. Okay.
11  Q. And if you go to the verification page which is
12  the second-last page of this exhibit, it's
13  verified by counsel for Firstsource, Mr. Bushway,
14  who is sitting right next to you.
15  A. Okay.
16  Q. And in these interrogatories, we asked
17  Firstsource to identify all witnesses whom they
18  intend to call to trial -- call at the trial in
19  this matter, and it's interrogatory seventeen.
20  Could you read the response to interrogatory
21  seventeen?
22  A. In addition to Jessica Wilton and the individuals
23  identified in response to interrogatory three,

Page 46

1  Defendants may call Mr. Ed Rogers from Time
2  Warner Cable to testify as to the manner and
3  method of transferring the account data to
4  Firstsource and the nature of the relationship
5  between the two parties.
6  Q. So would those be the only two witnesses that
7  Firstsource plans to call at the trial in this
8  matter?
9  MR. BUSHWAY: Object to the form. I'm not going to
10  allow her to answer. It's counsel's decision as
11  to who they may or may not call.
12  BY MR. HILLER:
13  Q. Well, is there any other evidence other than --
14  is there any testimonial evidence other than that
15  which might be provided by those witnesses that
16  Firstsource possesses that is relevant to these
17  cases?
18  MR. BUSHWAY: Object to the form. I'm not going to
19  allow her to answer. I don't think that's
20  proper. She's here as a fact witness on behalf
21  of the company, not to discuss legal strategy.
22  MR. HILLER: I just want to know what evidence they
23  have.

Page 47

1  MR. BUSHWAY: She's not going to answer the general
2  question what evidence Firstsource may have. You
3  can ask her questions. She can answer what she
4  knows.
5  BY MR. HILLER:
6  Q. I want to show you what's been marked as
7  Plaintiff's Exhibit 4. Can you identify that,
8  please?
9  A. These are account notes.
10  Q. And what account is that designated?
11  MR. BUSHWAY: When you say account, do you mean the
12  overlying account or the individual just so we're
13  clear? Or both?
14  BY MR. HILLER:
15  Q. No.
16       What client are those notes for?
17  A. This is for Time Warner Cable.
18  Q. And who is the alleged debtor on that account?
19  A. Mia M. Moore.
20  Q. And in account -- it says at the top account
21  number 6948366. That's the account number for
22  this account, correct?
23  A. Correct.

Page 48

1  Q. And it notes a phone number of (716) 578-3206,
2  correct?
3  A. Correct.
4  Q. Do you know where that phone number came from?
5  A. Time Warner Cable.
6  Q. How do you know it came from them?
7  A. Because if anything was changed to the phone
8  number that was initial upon placement, you would
9  see that reflected in the note lines.
10  Q. Where would it be reflected?
11  A. Any -- it would be anywhere. If that was
12  manually changed by anybody in our organization,
13  it would be footnoted anywhere in these note
14  lines at the time that it took place.
15  Q. All right. And it says owing, and immediately
16  under that it says five hundred twenty-five
17  dollars and forty-seven cents, correct?
18  A. Correct.
19  Q. So that's the amount allegedly owing on the
20  account?
21  A. That is -- reflects the amount that was assigned
22  to us at the time of placement.
23  Q. Okay. And it says assigned 1/26/07. Is that

Page 49

1  when Firstsource received this account from Time
2  Warner?
3  A. Where are we?
4  Q. Right down there.
5  A. Yes, that is our assigned date. That is when it
6  was loaded into our system.
7  Q. All right. Can that be changed?
8  A. No.
9  Q. Can any of the information in these account notes
10  be changed or modified by anyone at Firstsource?
11  MR. BUSHWAY: Do you mean the heading up on top, Ken,
12  or --
13  MR. HILLER: Any information whatsoever.
14  THE WITNESS: I believe that it can be, but I don't
15  know by whom.
16  BY MR. HILLER:
17  Q. Who would know?
18  A. Potentially Theresa Milbrath. I can tell you
19  operationally we cannot.
20  Q. Is there any indication in this account log
21  anywhere that Susan Moore has -- bears any
22  liability on this account?
23  A. No.

**Starkey, et al vs. Firstsource**          **CondenseIt!**™

---

Page 50

1 Q. All right. Now, when we go down to the notes, it
2    starts with some entries on 1/26/07. Would that
3    be the -- would that reflect certain procedures
4    that are undertaken to open the account?
5 A. Yeah. This is something that we see on every
6    account upon upload. What it means I'm not sure,
7    but it is not an actual action that is taken on
8    the account. It's programming.
9 MR. BUSHWAY: You're referring to the first whatever
10    number of lines there that is --
11 THE WITNESS: Yes. When it says begin strategy,
12    mainstrat one and then two, whoever it -- and
13    then notice.
14 BY MR. HILLER:
15 Q. You don't know what those mean?
16 A. No.
17 Q. And then under those notations, it says ODSK,
18    colon, eight thirteen slash SHB. Do you know
19    what that means?
20 A. Correct. Yes. ODSK means open desk. Eight
21    thirteen is the name of that open desk. SHB are
22    -- are the CUBS initials of the manager that
23    moved the business from that desk eight thirteen

---

Page 51

1    to another desk.
2 Q. Where was -- well, was eight thirteen the first
3    desk the account was assigned to?
4 A. Yes.
5 Q. Okay. So would SHB be a program -- an operations
6    manager?
7 A. Yes.
8 Q. And then the next line says MGR review. I assume
9    that's manager review, correct?
10 A. Correct.
11 Q. So whoever SHB is reviewed this account at that
12    time and determined how to distribute it?
13 A. Correct.
14 Q. And then it says account sent to Soundbite,
15    correct?
16 A. Correct.
17 Q. That's at item fourteen colon forty. So how does
18    an account get sent to Soundbite?
19 A. This operations manager would have created a
20    query within CUBS to target this account for
21    whatever reason or whatever query she was putting
22    in. It would have tagged the account to notate
23    the fact that it did, in fact, get implemented

---

Page 52

1    into Soundbite to be called.
2 Q. Okay. The next line says Soundbite telephone
3    residence, no answer. Is that what those
4    abbreviations mean?
5 A. Yes.
6 Q. And that was on 1/26/07, correct?
7 A. Correct.
8 Q. And then immediately under that it says called on
9    1/26/07, and it gives the time. Does that
10    reflect that a phone call was, in fact, made?
11 A. Correct.
12 Q. Is that two phone calls that were made or one
13    call that was made?
14 A. I'm not sure.
15 Q. Is it possible that more than two phone calls
16    were made? Could you tell whether more than two
17    calls were made by those entries on the log?
18 A. You can on the Soundbite log.
19 Q. But not from this log?
20 A. From this log, I'm not sure.
21 Q. Then it says received Fastdata report. Can you
22    tell me what that would mean?
23 A. That means we -- we do what's called a scrub on

---

Page 53

1    our business. So it gets sent out to Fastdata
2    which is a vendor to be scrubbed for potential
3    information on that person such as phone number,
4    things like that.
5 Q. So scrub -- what information are they trying to
6    find out about a phone number?
7 A. Well, say hypothetically this account came with
8    no phone number at all. Fastdata is a tool that
9    we will use to, in fact, find a phone number for
10    them.
11 Q. It's a skip-tracing device or company?
12 A. Yes.
13 Q. And does it search for things such as whether a
14    person filed bankruptcy?
15 A. I'm not sure if that's inclusive in Fastdata. I
16    know that we do scrub for that through Banco, but
17    I'm not certain if Fastdata is affiliated with
18    that or not. Regarding the Fastdata report,
19    again, Theresa Milbrath would be the person on
20    that.
21 Q. So would there be a report on file with -- a
22    Fastdata report on file with Firstsource? In
23    other words, this says received Fastdata report.

---

Page 54

1   Does that report exist somewhere?
2   A. I don't know.
3   Q. Does Firstsource keep the Fastdata reports that
4      it's provided?
5   A. I don't know.
6   Q. Theresa Milbrath would know?
7   A. Yes, she would.
8   Q. Why would a Fastdata report be needed when the
9      account already has a name, address, phone
10     numbers, the last four numbers of the Social
11     Security number, et cetera?
12  A. I don't know.
13  Q. If you were the operation manager, would you have
14     requested a Fastdata report under these
15     circumstances?
16  A. Only if I -- the only time that I would do that
17     as an operations manager is if I received a mail
18     return to that address when I tried to send out a
19     notice to them or if the phone number that I
20     received that I called was disconnected or wrong.
21  Q. I'm just -- or if the telephone number was called
22     and no answer was received, perhaps wondering
23     whether that's the right phone number?

Page 55

1   A. Correct.
2   Q. And then it says new address loaded by Fastdata.
3      And immediately under that it provides an
4      address, 100 Delsan Cort?
5   A. Yes.  So when these accounts go to Fastdata, it
6      does not manipulate the information that is
7      received by Time Warner Cable.  It simply stamps
8      the information that is found in the note lines.
9   Q. So when this address was received, did
10     Firstsource know where this debtor lived?
11  A. We were, we were -- we would go by the address
12     that was given.
13  Q. And Delsan was maybe reserved for future
14     reference if it turned out that the 173 Phyllis
15     Avenue address was incorrect?
16  A. Possibly.
17  Q. And then the next line, it looks like it says
18     sent notice number one?
19  A. Yes.
20  Q. Would that be the original 1692-G notice?
21  A. It's a standard dunning.  I'm not sure what
22     you're referring to.
23  Q. Right.  Okay.  And that would have been the first

Page 56

1   letter sent on this account, correct?
2   A. Correct.
3   Q. And it would have been sent to the Phyllis Avenue
4      address?
5   A. Correct.
6   Q. And so every indication where it says Soundbite
7      would indicate that at least one telephone call
8      was made as designated by that entry, correct?
9   A. Correct.
10  Q. And --
11  A. Well, let me, let me respond differently to that.
12     It will show you -- when we enter in the query
13     for the Soundbite to be created, a list is
14     created through CUBS.  CUBS -- we direct CUBS to
15     document that account with the Soundbite stamp.
16     Okay?  If we do not have that, it's going to go
17     to a temporary file within Excel.  We physically
18     have to load that file into Soundbite's database.
19     If we don't do that, it can still stamp the
20     account sent to Soundbite without a phone call
21     being made if we at some point decide to change
22     our strategy and not have it called.
23  Q. Okay.  But on 1/26/07, it looks like those -- it

Page 57

1   looks like there are two Soundbite references
2   indicating two calls were made.  Would that be
3   correct?
4   A. I'm not certain.
5   MR. BUSHWAY:  You're referring to lines nineteen and
6      twenty?
7   MR. HILLER:  Yes.  And actually on to twenty-one.
8   MR. BUSHWAY:  Okay.
9   THE WITNESS:  It looks -- if I were to interpret
10     this, I would say that a no-result could be that
11     the call was dropped.  I'm not positive.  But
12     there was no result at all that was -- there was
13     no connection made.  It then called it at
14     seventeen-eighteen, and that is when it was
15     connected to a live party.
16  BY MR. HILLER:
17  Q. What line number does it say it was connected to
18     a live party?
19  A. On line nineteen.  That means that the, the
20     collector, JWA, received that call to his queue
21     or to his phone because that person, whoever
22     answered the phone, chose option number one, two
23     or three.  Whichever.  And he spoke to a live

Page 58

1   person.
2   Q. All right.
3   A. Well, whether he spoke to them or not is --
4   Q. All right. And then can the collect -- in this
5       instance, the debt collector wrote a note that
6       the party hung up, correct?
7   A. Correct.
8   Q. Would the debt collector have the power to send a
9       message to Soundbite to make another call at that
10      point?
11  A. No.
12  Q. That would go in accordance with the
13      pre-programmed criteria put in by the operations
14      manager, right?
15  A. Correct.
16  Q. Okay. So why would -- I mean, is this -- in this
17      particular case, a Soundbite call was made at
18      seventeen-eighteen, which would be five-eighteen
19      p.m., I presume?
20  A. Correct.
21  Q. And then another call was made at ten-forty-eight
22      p.m.?
23  A. No. The call was made at five-thirteen. When,

Page 59

1       when Soundbite -- when it's not connected to a
2       phone where a collector actually puts an action
3       code on it and it's, it's through the automated
4       process through Soundbite, whether it leaves a
5       message, gets a no-answer, that does not process
6       into the note lines until day-end processes when
7       everybody's gone home.
8   Q. I see. Where does it say it was made -- oh, it
9       says five-eighteen. That's the first call?
10  A. No. The first call would have been
11      five-thirteen.
12  Q. Where do you see that?
13  A. Line twenty. Or line twenty-one. It got no
14      result. I don't, I don't know exactly what no
15      result means, but it's not a no-answer, it's not
16      a left-message-to-call, it's not a contact.
17  Q. Now, on line nineteen, that seems to be a
18      separate and distinct phone call than the call on
19      lines twenty and twenty-one.
20  A. Correct.
21  Q. And can you tell what time the call on line
22      nineteen was made?
23  A. That call would have been made at five-eighteen.

Page 60

1   Q. So would it be customary or normal to program
2       Soundbite to make a call at seven-thirteen and
3       then another call five minutes later?
4   A. If the result was that there was a no-answer or
5       the call was somehow lost, yes.
6   Q. So if a person was called -- if a debtor was
7       called and said you have the wrong person, please
8       don't ever call me again, if Soundbite was
9       pre-programmed, it would call them five minutes
10      later no matter what?
11  A. No, because a contact was made.
12  Q. Well, in this case a contact -- oh, I see. The
13      first, the first one was no result. It's sort of
14      backwards here.
15  A. Yes. Again, because, because when the collector
16      documents the account, it's in live time. And
17      when Soundbite documents it from an automated
18      standpoint, it's after the fact.
19  Q. And then under that on line twenty-two, it says
20      account sent to Soundbite. What does that mean?
21  A. Well, we were looking at the date that was --
22  MR. BUSHWAY: 2/06?
23  THE WITNESS: Yep. So that was February 6th. It was

Page 61

1       loaded into the Soundbite system again the next
2       day.
3   BY MR. HILLER:
4   Q. And, in other words, a new programming order?
5   A. Correct.
6   Q. And then each time it says Soundbite thereafter
7       in this account designates that a call was made
8       by Soundbite, correct?
9   A. Correct.
10  Q. And in each of these, an automated message or
11      voice-recorded message would have been left with
12      the debtor whether they answered the phone or
13      whether it went onto their answering machine?
14  A. Not necessarily. For example, in the, in the
15      line twenty-six, there NML means that no message
16      was left because the person hung up.
17  Q. Okay. So other than the NML, all the calls by
18      Soundbite left an automated message?
19  A. It will tell you specifically that.
20  Q. Where does it say that?
21  A. Okay. So right here on line twenty-three, there
22      was no message left because the result was a
23      no-answer. It never connected to a machine.

Page 62

1 Q. So no answer means it never connected to a
2    machine?
3 A. Correct. It would say, it would say LMTC. And
4    I'm looking to see if that ever happened on this
5    account. And it doesn't look as if it ever did,
6    so according to these notes, a message was not
7    left.
8 Q. On line twenty where it says no result, what
9    would that mean?
10 A. No result -- I'm not positive what that verbiage
11    means. I would have to go back to Soundbite and
12    find out what a no-result is. It -- typically
13    when you're looking at Soundbite notes, it will
14    tell you exactly what happened. And no result,
15    if I were to interpret that myself, would mean
16    that a connection was not made at all. Calls get
17    lost sometimes.
18 Q. And all the calls in which a person was put
19    through to a collector, that debtor would have
20    received an automated message saying something
21    along the lines of please hold for the next
22    operator or something like that?
23 A. Correct.

Page 63

1 Q. Then on line twenty-seven, it says called on
2    2/14/07. That would have been a live call made
3    by a debt collector?
4 A. No.
5 Q. What is that?
6 A. That is the Soundbite -- I'm not sure if this is
7    a result because you're looking at a duplicate
8    time stamp. This looks like a day-end stamp to
9    me.
10 Q. Okay. And what does E-answered call mean?
11 A. That is a Blaster.
12 Q. All right. And is there a way to tell whether
13    the Blaster left a message?
14 A. It will tell you that it left -- again, LMTC --
15    that it left a message.
16 Q. So on line twenty-eight and twenty-nine where it
17    says E-answered call and it says res upside down
18    exclamation point nine hundred, do you know what
19    that means?
20 A. Somebody picked up the phone and answered the
21    call.
22 Q. So they then would have received a voice-recorded
23    message?

Page 64

1 A. Correct.
2 Q. And even where it doesn't say res, where it says
3    nine hundred, that means -- every reference to
4    nine hundred means somebody picked up the call?
5 A. I'm not certain what the nine hundred represents.
6    I do believe that is dialer-specific. Every time
7    we see a dialer stamp, a nine hundred is on
8    there.
9 MR. BUSHWAY: Are you asking, Ken, what the
10    difference between E-answered in twenty-nine is
11    and just answered in thirty?
12 MR. HILLER: Yes.
13 THE WITNESS: Say that again.
14 MR. BUSHWAY: The line twenty-nine is E-answered and
15    thirty is --
16 THE WITNESS: That I'm not sure.
17 BY MR. HILLER:
18 Q. Well, what told you -- what designation in lines
19    twenty-eight and twenty-nine led you to conclude
20    that the debtor answered the call?
21 A. Because that's what it says, answered call.
22 Q. I see. So they answered all three of those,
23    twenty-eight through thirty?

Page 65

1 A. Yes.
2 Q. And when they answered the call, they would have
3    received a voice-recorded message press one if
4    you are the debtor, press two if you're not?
5 A. It will say that on Soundbite. On a Blaster it
6    will simply tell them to call back the number
7    that's provided.
8 Q. And so in each of these calls when the person
9    answered, they would have got a voice-recorded
10    message?
11 A. Correct.
12 Q. Now I want to take you down to seventy-eight and
13    seventy-nine on page two. What does D-sit tone
14    mean?
15 A. A sit tone is -- it could be a fax modum. It
16    could be the da, da, da.
17 Q. Okay. So some sort of tone. When they called,
18    some sort of tone was left?
19 A. Correct.
20 Q. And then it says tel disconnected. What does
21    that mean?
22 A. That the telephone number is disconnected.
23 Q. All right. And then they called -- so that was

Page 66

1  on 5/18 -- 5/17 and 5/18. And then 5/21 they
2  called again and apparently it was not
3  disconnected?
4  MR. BUSHWAY: You're referring to line eighty-three?
5  MR. HILLER: Yes.
6  THE WITNESS: No. Eighty-four is simply saying that
7   it was called on the 21st of May at
8   eighteen-o-one.
9  BY MR. HILLER:
10 Q. All right. So it doesn't tell you whether it was
11  disconnected or not?
12 A. Well, I don't -- it doesn't seem to, no. But it
13  does -- in the note line above, it says that it
14  got a sit tone.
15 BY MR. HILLER:
16 Q. I want you to skip ahead to line one sixty-five.
17  I mean, pre -- prior to this, the two pages of
18  notes repeatedly say telephone disconnected. Is
19  there any indication that a different phone
20  number was called?
21 A. No.
22 Q. Okay. So, but for whatever reason, on 9/11/07,
23  apparently the call was able to get through to

Page 67

1  somebody?
2 A. It looks as though it did, yes.
3 Q. And what does party HU hold message mean?
4 A. That they hung up when they were holding for the
5  message.
6 Q. Okay.
7 A. Now, it would probably be important to know from
8  your previous question on whether it was able to
9  call another number, Soundbite and Blasters can
10  only call the -- what we call a reach one which
11  is the residential number in the top of the, of
12  the note lines here that's provided.
13 Q. Okay.
14 MR. BUSHWAY: Meaning the heading on page one?
15 THE WITNESS: Yes. It, it cannot call any other
16  number.
17 BY MR. HILLER:
18 Q. And is there any indication in the account log
19  indicating whether the telephone call was a
20  cellular telephone or a landline?
21 A. At the time that these calls took place, I don't,
22  I don't know.
23 Q. Does Firstsource have any procedure in place to

Page 68

1  try to learn whether a call is made to a cell
2  phone or to a landline?
3 A. Presently, yes.
4 Q. What is that procedure?
5 A. I'm not -- Christopher Habschied owns that
6  process. How he scrubs for those I'm not sure.
7 Q. Okay. And why do you scrub for that?
8 A. I -- I'm assuming it came down from the FTP some
9  time ago, but I'm not positive.
10 Q. What's the FTP?
11 A. Don't know.
12 MR. BUSHWAY: I think she's referring to the FTCP.
13 THE WITNESS: FTCP, that would be it.
14 MR. HILLER: FTCP ruling.
15 THE WITNESS: We've gotten an e-mail on it, but I
16  don't --
17 BY MR. HILLER:
18 Q. The e-mail being that voice-recorded messages
19  should not be left on cellular telephones?
20 A. That we would not have the capability.
21 Q. But that was not in place when any of the calls
22  were made to -- on this account?
23 A. I'm not sure.

Page 69

1 Q. So in this line one sixty-five, it says party
2  hung up, hold message, so would this party have
3  heard the automated and voice-recorded message?
4 A. I don't know.
5 Q. But it's possible that they would have?
6 A. It's possible.
7 Q. And then line one sixty-seven says S dash AMD
8  mess left. Can you tell me what that means?
9 A. It left a message. It left the automated
10  message.
11 Q. All right. Does Firstsource have a policy
12  regarding how many times per day a debtor should
13  be called?
14 A. Once per day. If no contact is made, we can call
15  it up to three.
16 Q. So if you get in touch with the person, that
17  would end the calls for that particular day?
18 A. Correct. Or if we've left a message on a voice
19  mail, that ends the efforts for the day.
20 Q. So going back to lines nineteen through
21  twenty-one -- I'm sorry, I take that back. I
22  understand.
23  And now, line one ninety-six says canceled C

**Page 70**

1 and R five twenty-five point forty-seven. Can
2 you tell me what that means?
3 A. We're on one ninety-six you said?
4 Q. Yes, one ninety-six.
5 A. That means the account was canceled and closed
6 and returned back to the client.
7 Q. Okay. So is there any indication in this log
8 that Firstsource ever spoke to anyone on this
9 account?
10 A. According to the notes, no.
11 Q. And what is the policy of Firstsource regarding
12 documenting telephone calls and conversation made
13 by debt collectors in their attempts to collect
14 debts?
15 A. We are -- they are -- every person making an
16 attempt on a phone number is required to document
17 in their complete notes any conversation or what
18 actually happened on the call.
19 MR. BUSHWAY: Is your question based on if the call
20 is answered by a person versus a machine?
21 BY MR. HILLER:
22 Q. Right. If a conversation takes place there, they
23 should document certainly at least that a

**Page 71**

1 conversation took place and hopefully the details
2 of that conversation?
3 A. Absolutely.
4 Q. So if there were any calls where conversations
5 took place, whoever had that conversation did not
6 follow Firstsource's policies?
7 A. If, if one, in fact, took place.
8 Q. Yes. Okay. Would the log show incoming calls?
9 A. Yes.
10 Q. Is --
11 A. Not automatically. Let me rephrase that.
12 Q. Would somebody have to log that in?
13 A. Yes.
14 Q. The debt collector?
15 A. Correct.
16 Q. Well, tell me how an incoming call is handled.
17 A. An incoming call, it's routed. It looks -- the
18 call actually looks for an open line based upon
19 the number that it's calling in from. We have
20 designated toll-free numbers to each client that
21 we have. If they call the one-eight-hundred
22 number for Time Warner Cable, it's going to get
23 routed. So whoever is on the -- what we call a

**Page 72**

1 skill set through our telephony, it would be
2 routed to one of those people with an open line.
3 Q. And when the -- so some collector will receive
4 some sort of notification on their computer
5 screen that there's a call for them, or how would
6 that --
7 A. On their phone.
8 Q. On their phone. The phone would ring?
9 A. Yes.
10 Q. And when they answer the phone, is there any
11 automatic entry into the call log that a call was
12 made on the -- when they, when they locate the
13 account -- say they have a conversation with the
14 debtor, they locate the account. Is there any
15 automatic entry into the log that a call was
16 received?
17 A. Through the telephone system, yes.
18 Q. Once they locate it within a particular account?
19 A. Well, any incoming or outgoing call is logged by
20 our telephone system. Those numbers can be
21 queried. As far as the collector of CUBS and
22 stamping that, the CUBS does not have the
23 capability of doing that, no.

**Page 73**

1 Q. So incoming and outgoing calls are -- the fact
2 that they're just calls being made or received
3 are recorded but not in the CUBS system?
4 A. Correct.
5 Q. Some of them, like Soundbite and the Blaster
6 calls, are automatically recorded, correct?
7 A. In the Soundbite log.
8 Q. So is it possible that calls were made or
9 received and not reflected in this log?
10 A. That could be possible.
11 Q. Does Firstsource -- is there any indication in
12 this log or elsewhere that Susan Moore committed
13 any fraudulent activity with respect to her Time
14 Warner account?
15 MR. BUSHWAY: Object to the form. You can answer.
16 THE WITNESS: Oh, I have no -- I don't know.
17 BY MR. HILLER:
18 Q. You're not aware of any such evidence?
19 A. I'm not aware of any such evidence, no.
20 Q. Is there any, is there any indication in this log
21 or elsewhere that Susan Moore consented to
22 receiving these calls?
23 A. I have -- I don't know. Nothing in these note

**Starkey, et al vs. Firstsource**               CondenseIt!™

Page 74

1   lines indicate -- well, Susan Moore is not the
2   person that we're trying to contact. I -- we
3   didn't have contact, it looks like, with anybody
4   except for the hang up, so --
5  Q. I'm going to go to Plaintiff's Exhibit 8.
6  MR. BUSHWAY: Which is who?
7  MR. HILLER: This is Starkey.
8  MR. BUSHWAY: Can we mark the record we're now on to
9       Starkey just so we keep it clear. Off the
10      record.
11          (Discussion off the record.)
12 BY MR. HILLER:
13 Q. So with respect to this account, this shows that
14     the original amount was one hundred eighty-six
15     dollars and thirty-six cents, correct?
16 A. Correct.
17 Q. And the account was assigned on 1/8/07?
18 A. Correct.
19 Q. Do accounts that were originally with Account
20     Solutions Group all get assigned in January of
21     2007 even if they were opened prior to that time?
22 A. No. The stamp that goes on the account on the
23     assignment date is when we get the file in our

Page 75

1   office from the client.
2  Q. So if this account was received by Account
3      Solutions Group when it was still an entity and
4      still doing debt collection and subsequently
5      assumed by Firstsource --
6  MR. BUSHWAY: Object to the form.
7  BY MR. HILLER:
8  Q. -- would there be any indication on the account
9      log as to the fact that this was originally an
10     Account Solutions Group and now this is a
11     Firstsource account?
12 A. No.
13 MR. BUSHWAY: I believe she's testified she doesn't
14     know when the actual corporate --
15 THE WITNESS: But I don't -- if I'm understanding
16     your question correctly, it would have no
17     bearing. That would have no bearing on the
18     account itself.
19 BY MR. HILLER:
20 Q. It says desk unit WJE on the first column up at
21     the top. What does that mean?
22 A. That is, is that is a file. That was -- it's a
23     desk. So that -- those are actually my initials.

Page 76

1   This account was put into my desk.
2  Q. So you were the operations manager for this
3      account?
4  A. Yes. Well, partially. I took this over after
5      SHB left.
6  Q. What does phone GC review mean?
7  A. It means general counsel review. So it would
8      indicate to me looking at the account that
9      something was happening that required general
10     counsel to review it and we can no longer pursue
11     any kind of collection activity on the account.
12 Q. I thought you testified earlier that when a phone
13     number is put in there, it never gets changed.
14     Like when you receive the account from Time
15     Warner and they provide you with a phone number
16     that that phone number remains the same
17     throughout the account history.
18 A. Okay. Then I must have misunderstood your
19     question.
20 MR. BUSHWAY: Let me -- I asked and -- you know, I'll
21     clarify this with whatever we need to get later,
22     Ken, because I asked this question yesterday,
23     because of the four sheets, why that was the only

Page 77

1   one that was put in there. And what I was told
2   is, that was done when this was pulled. If you
3   see at the very top, it says March 19th, 2008.
4   Very, very top.
5  MR. HILLER: Yes. Yes.
6  MR. BUSHWAY: Okay. That's when this was -- when the
7      lawsuit had started, it was being pulled. That
8      notation of G and C review was put in at that
9      point. It did not happen on the other three.
10     But that was what I was told when I asked that
11     question. General counsel. If you -- we can
12     obviously work out some sort of documentary to
13     verify that, that that notation was done. I
14     don't know if Jessica was part of that
15     conversation that I had with general counsel.
16 THE WITNESS: Well, I want to clear up the answer to
17     that question. Initially I thought what you had
18     meant was when it's uploaded into the system do
19     we have a way of manipulating what number appears
20     on the account on initial upload, and the answer
21     to that question is no. Can we manipulate that
22     phone number once it's in the queue and under a
23     collector's influence? Certainly. If somebody's

Page 78

1   giving us -- if they say it's a wrong number and
2   they say you want to reach them at this number,
3   then we absolutely can go in and change that
4   number.
5   BY MR. HILLER:
6   Q. And that would be reflected in the account notes
7     that the number was changed?
8   A. Correct.
9   Q. Okay.
10  MR. BUSHWAY: I was speaking just as to why it says G
11    and C review instead of a phone number, and that
12    was the explanation I was given. So I was
13    speaking strictly to the --
14  THE WITNESS: Okay.
15  MR. BUSHWAY: To that line, because I noticed the
16    same thing that you did.
17  BY MR. HILLER:
18  Q. All right. And on line twenty-one, it says --
19    can you tell me what those initials mean on that
20    line?
21  A. That means that Soundbite called the, the number
22    and somebody picked up the phone, and while they
23    were holding to transfer that call to an

Page 79

1   available collector, that person hung up before
2   that transfer could take place.
3   Q. And so if the person hung up while they were on
4     hold, they would have heard an automated message?
5   A. I don't know.
6   Q. Well, isn't the only way that they get placed on
7     hold is if they press a button, a one or a two,
8     to be placed through to somebody?
9   A. I don't know if there's a lag time between when
10    the phone rings and that person picks up the
11    phone, if there could possibly be a second or two
12    of just dead air before the automation comes on.
13    I don't know how quickly that response time is,
14    so it's always possible that they could have hung
15    up then.
16  Q. The only one who would really know that then
17    would be the debtor or whoever answered that
18    phone call themselves?
19  A. Correct. Somebody -- a representative from
20    Soundbite might be able to answer that question
21    as well. I'm not sure.
22  Q. Okay. And in line twenty-nine where it says
23    LMTCB, that's left message to call back, correct?

Page 80

1   A. Correct.
2   Q. And lines thirty-seven and thirty-eight, can you
3     tell me what those -- and actually through forty,
4     can you tell me what those abbreviations mean?
5   A. Those mean that an automated message was left.
6   Q. Okay. And on line fifty-two, who called on March
7     9th, 2007?
8   A. That would be Soundbite. Soundbite always
9     subsequently places it because of the day-end
10    process that -- when it was called and what time
11    it was called. So what you're seeing -- like
12    when you see account sent to Soundbite, that just
13    simply means that that's when the account was
14    tagged to be loaded into the template. When it
15    was actually called is always going to be stamped
16    underneath it by the actual automated system.
17  Q. And on line fifty-one, it says telephone
18    residence, no answer.
19  A. Um-hum.
20  Q. Would Soundbite have left a message if there was
21    an answering machine?
22  A. Not necessarily. Again, it depends on the
23    operations manager's strategy at the time. We

Page 81

1   can check a box to say deliver that message or
2   don't.
3   Q. Can you tell from this what instruction Soundbite
4     had?
5   A. No, I can't.
6   Q. You would have to look at the Soundbite log,
7     correct?
8   A. Correct.
9   Q. And does the Soundbite log document every call as
10    well and whether a message was left?
11  A. I believe it does.
12  Q. Okay. All right. I want to take you down to
13    line sixty-three.
14  A. Okay.
15  Q. Can you tell me what that -- those abbreviations
16    mean?
17  A. Yes. AKI was the collector that received an
18    inbound call. And she -- the review caller ID
19    simply is her putting in the caller ID that
20    showed up on her phone from the inbound call.
21  Q. Okay. And then lines sixty-four through
22    sixty-seven are notes of the nature of the
23    telephone conversation?

Page 82

1 A. Correct.
2 Q. Can you tell me what the notes indicate to you or
3    what's discussed?
4 A. Yes. AKI spoke with the cardholder, documented
5    that the cardholder stated that she could not pay
6    in full, she needs a payment plan. Stated that
7    she needs payment plan and she cannot do anything
8    until April 20th. Refused even fifty dollars,
9    stated she is broke.
10 Q. What does WB slash AKI mean?
11 A. Worked by and then the CUBS initials.
12 Q. Does the -- do these notes indicate whether the
13    debt collector informed the -- gave any mini
14    Miranda warning to the debtor?
15 A. It does not indicate either way.
16 Q. Is it Firstsource's policy that in all
17    communication with debtors that debt collectors
18    should give them a mini Miranda warning?
19 A. Yes.
20 Q. The Miranda warning, can you tell me what that
21    is?
22 A. This is an attempt to collect a debt, any
23    information obtained will be used for that

Page 83

1    purpose.
2 Q. And are the debt collectors trained to document
3    the fact that they left a mini Miranda warning
4    when they document telephone conversations with
5    debtors?
6 A. They should, yes.
7 Q. So in this case, either a mini Miranda was not
8    given or it was given and the debt collector did
9    not follow Firstsource's policies and didn't
10    record it?
11 A. Correct.
12 Q. And what does line sixty-eight designate?
13 A. That another calling took place and she followed
14    up with, or calling followed up with, but these
15    should specify who she was speaking to. Again,
16    the collector did not document full and complete
17    notes.
18 Q. So the debtor called back and we don't know what
19    was said?
20 A. We don't know who called back. She's not
21    indicating who called back.
22 Q. And do you know who AKI is?
23 A. Her name is Ashley Kirk. She is no longer

Page 84

1    employed with the company.
2 Q. Do you know why? Was she terminated?
3 A. I don't believe so. I don't believe so. I think
4    she left voluntarily.
5 Q. Do you know if she was ever reprimanded for not
6    fully documenting conversations she had with
7    debtors?
8 A. I'm not sure.
9 Q. Would that be in her personnel file?
10 A. Yes.
11 Q. I'd like you to go to lines one hundred through
12    one o-four, and if you could tell me what those
13    abbreviations mean.
14 A. Okay. Again, an incoming call came into the
15    line. They reviewed the caller ID number and
16    stamped the number that showed up on their
17    telephone screen. It was worked by WLN who was
18    William Nunley. What he did is, he promised the
19    account out, stated that he did give the mini
20    Miranda. He requested to obtain payment in full
21    from the customer. And the customer agreed to
22    pay fifty dollars on May 31st; on June 14th,
23    sixty-eight dollars and eighteen cents; and on

Page 85

1    June 28th, she would pay sixty-eight dollars and
2    eighteen cents.
3 Q. And what does res PTP mean again?
4 A. Res means that it was the residential number that
5    he called and a PTP is a promise to pay.
6 Q. Okay. So does that mean he was trying to obtain
7    a promise to pay?
8 A. That he did obtain a promise to pay.
9 Q. He did. Okay. And then lines one-o-five through
10    one-o-seven document that -- actually, through
11    one-o-nine document that payments were, in fact,
12    made by the debtor, correct?
13 A. Correct.
14 Q. So every pay check number documents the receipt
15    of a check from the debtor?
16 A. Yes. PD check stands for a postdated check.
17 Q. I see. Do you know if letters -- any letters
18    were sent out to the debtor before depositing
19    those postdated checks?
20 A. It looks to me that on line one-o-nine on May
21    23rd of 2007, a letter did go out letting the
22    customer know that we did have a check on file
23    for them. That was going to be sent.

## Page 86

1  Q. And then line one ten, what does that mean?
2  A. That means that it was -- the account moved from
3     open desk AD1 to MSD.
4  Q. And who is that?
5  A. AD1 was simply an open desk for Adelphia and MSD
6     was Daniel Martin.
7  Q. And is Daniel Martin and WLN who you identified
8     still with the company?
9  A. Daniel Martin is not.  William Nunley, I'm not
10    sure.
11 Q. One eleven says sent letter paid.  Can you tell
12    me what that means?
13 A. Again, it is a letter with a, with a post date.
14    So I -- the post date, okay?  So when you go back
15    to one-o-nine, the letter was requested by the
16    system.  Line one eleven reflects when it was
17    actually sent.
18 Q. And then what does one twelve mean?
19 A. That means that the check for fifty dollars was
20    selected by the system to be printed.
21 Q. And what does one thirteen mean?
22 A. One thirteen means that it was actually printed.
23 Q. And one fourteen and one fifteen?

## Page 87

1  A. One fourteen is when it posted to the account.
2     The payment.
3  Q. And then one sixteen?
4  A. Again, this would be a request for a postdated
5     letter to go out to the customer to let them know
6     that they again have another check to be
7     withdrawn.
8  Q. So on line fourteen where it has fifty point zero
9     zero and then later on it says auto post, that
10    means fifty dollars was received and posted to
11    the account?
12 A. Correct.
13 Q. And is every letter mailed by Firstsource
14    documented on the -- on this log?
15 A. Yes.  Any letter that was sent would be
16    documented on the log.
17 Q. So was this account paid in full by the debtor?
18 A. Yes.
19 Q. Tell me how a file is closed.  What is the
20    process of closing a file?
21 A. It depends on the action that's taken place.  So,
22    in this case, the account was paid in full.  Once
23    that paid-in-full is received, we notify the

## Page 88

1     client.  We close the account and notify the
2     client that the payment in full has taken place
3     so they can update their records.
4  Q. So she apparently paid this in full -- when?
5     When did she do that?
6  A. The actual -- the last payment, it looks like
7     that posted on the 28th of June.
8  Q. Okay.  And then on 7/3, it says paid, checks
9     completed, add to tickler.  What would that mean?
10 A. The tickler -- if you go back to the first page,
11    the tickler -- well, you're not going to see it
12    on here.  Sorry.  It's where -- it's a column
13    within -- on the top of the screen where the
14    collector can go in and they can put the promise
15    in, the promise to pay, amount, promise to pay
16    date.  Or let's just say that they called the
17    account and they wanted to time it up for the
18    next day to be called.  That's the tickler.  They
19    can put all of that information in there.
20    Once the account is on a postdated check
21    plan or a promise to pay has taken place, all of
22    that information is removed from the tickler so
23    that it doesn't populate into their queue.

## Page 89

1  Q. So what would they be adding to the tickler at
2     this point --
3  A. Let's see.
4  Q. -- in one thirty-three?  Because it says zero
5     balance right above that.
6  A. Bill, Bill -- it looks like William Nunley made
7     an error.  What happens is, once the account is
8     zeroed out, all the information is removed from
9     the tickler because there's no reason for it to
10    be populating into someone's queue.  It's a waste
11    of time.  When William Nunley looked at the
12    account, it gives you the option to add the
13    information back to the tickler for that
14    particular collector or not.  He put yes instead
15    of no.
16 Q. Okay.  And then the next line, perhaps he noticed
17    this error and he said the account has been
18    settled?
19 A. Yes.
20 Q. And so would he then transfer the account to
21    somebody else?  Would he have been done with the
22    account at this point?
23 A. Yeah, that's correct.  So he -- when he put that

Page 90

1  -- when it says collector review account has been
2  settled, he used an action code to, to reflect
3  that, that the account has been settled, and then
4  it was overwritten by the cancellation for
5  payment in full on July 28th.
6  Q. Somebody overrode what?
7  A. The status code.
8  Q. Because the status code said that the account was
9  still open?
10 A. No. It just changed it from a paid-in-full to
11 settled in full, and then it changed it back to a
12 paid-in-full.
13 Q. Paid in full means you paid the full amount due.
14 Settled in full is where you pay a lower amount
15 by agreement, correct?
16 A. Correct.
17 Q. And who would have corrected that?
18 A. It would happen automatically.
19 Q. Okay. And then what does line one thirty-four
20 mean?
21 A. That it went from desk -- Bill Nunley's desk,
22 WLN, to my desk, WJE, to take it out of
23 population.

Page 91

1  Q. Was that done automatically or did William do
2  that?
3  A. It could be that I did that. It could have --
4  any -- I mean, he doesn't -- he could have. He
5  doesn't have the ability on -- at a collector's
6  level to change the desk. Only a supervisor or
7  higher can change a desk.
8  Q. Okay. So how would this file have come to your
9  attention?
10 A. It could have been that he may have complained
11 and said this keeps coming up or it's in my code
12 and it's paid in full. I don't, I don't want it
13 to keep showing itself to me. And I may have
14 taken it out to -- just because nobody works my
15 file. When it's stamped WJE, that's where -- the
16 accounts that maybe are a zero balance that the
17 client has not recalled yet, we might put it
18 there to just take it out of general population.
19 Q. So after an account was paid in full, describe to
20 me the proper procedure for closing out a file at
21 that point to get it to your desk to close out.
22 A. Well, that -- that's client-specific and that's
23 another question for Theresa Milbrath because it

Page 92

1  has to do with client requirements on how these
2  accounts get reported back to them.
3  Q. Okay.
4  A. And time frames.
5  Q. Well, but I just want to know how it got -- how
6  in general an account would get to your desk to
7  put final closure on the account. How would that
8  happen?
9  A. Well, that doesn't dictate the closure. That
10 just means that it was moved from one desk to
11 another. Once the account reflects a zero
12 balance, the CUBS is designed to automatically
13 put a payment-in-full status code on an account.
14 Q. Okay. And is there -- is that then put in some
15 sort of queue to close at that point?
16 A. It can be. It can be supported which means that
17 it can be put into the client relations desk.
18 But, again, that is a manual attempt. Or
19 typically, our clients will -- they will go
20 through a recall process and be closed and
21 recalled to the client. What Time Warner's
22 policies were for recalling their accounts I
23 don't know.

Page 93

1  Q. Is there ever an instance where a file is left
2  open more than thirty days after it's paid in
3  full?
4  A. I don't know.
5  Q. Well, does Time -- does Firstsource have some
6  sort of procedure to insure that there are not an
7  excessive number of paid-in-full files still
8  open?
9  A. Yes.
10 Q. And what is that?
11 A. It's called our exceptions report. So if I have
12 a paid-in-full and there's something on that
13 account that dictates that maybe the client's
14 standard hasn't been yet -- let's just say it
15 says payment in full but there's still five cents
16 showing on the balance -- this is hypothetically
17 -- and the client standard says no, you can't
18 send it back to us until it's zero, it's going to
19 be on a specific report that the managers receive
20 through an e-mail every day to say you need to
21 look at this, there's something not right with
22 it.
23 Q. And so is it sorted by oldest to youngest case?

Page 94

1   For instance, a paid-in-full account more than --
2   that's been paid in full for, say, two months, it
3   may be at the top of the list in some way and one
4   that was just paid in full a week ago would be
5   lower on the list?
6 A. I'm not sure if, again, if that's
7   client-specific. I only look at the exceptions
8   that are pertinent to my client codes. So if you
9   have a client out there that says we don't need
10  to know about this for twenty days, don't tell
11  us, that's always a possibility. And you may
12  have another client that says I want to know
13  within seven.
14 Q. And who is responsible for handling the Time
15  Warner accounts?
16 A. Well, we no longer have Time Warner as a client.
17 Q. Who was responsible?
18 A. Me.
19 Q. Okay.
20 A. After, after Barbara Healey. She was the primary
21  manager. I only had Time Warner Cable I think
22  for two or three months.
23 Q. Were you the manager -- do you know what months

Page 95

1   those were?
2 A. Gosh. I want to say -- I'm trying to remember
3   when I was promoted. June of -- was it '06?
4   Yes.
5 MR. BUSHWAY: I want to say roughly the account was
6   canceled end of calendar year 2007. By that I
7   mean, you know, I don't know if it was December
8   20th or January 10th, but around, you know, the
9   end of the year of 2007.
10 MR. HILLER: Okay.
11 MR. BUSHWAY: So somewhere in that range is the
12  closure date. Whether --
13 BY MR. HILLER:
14 Q. It says PI -- on line one thirty-three, it says
15  PIF close, 7/28. And so at that point would you
16  have been receiving exception reports for this
17  account on that because it's paid in full and the
18  account still remains an open account?
19 A. I'm not sure. I would have to review the report.
20 Q. And where are those reports kept?
21 A. Theresa Milbrath would have a log.
22 Q. And is it unusual for -- I mean, apparently it
23  got to your desk four months later. Almost four

Page 96

1   -- three and a half months later in November of
2   2008. Is that unusual for it to take that long
3   for it to get to you to close out?
4 A. Yes. And the reason being is, Bill Nunley went
5   in and changed the status of the account.
6 Q. To paid in full?
7 A. To a settled-in-full versus a paid-in-full. I
8   don't know when the computer system caught that
9   and changed it back. I'm not really sure how
10  that's programmed or designed.
11 Q. Well, they caught it, it looks like, on 7/28/07
12  where it says canceled, paid in full, close?
13 A. Right.
14 Q. Why would it have taken until November 8th for
15  you to actually close out the account?
16 A. I'm not sure.
17 Q. Is that unusual for it to take that long?
18 A. Yes, definitely that is unusual.
19 MR. HILLER: All right. I'd like to take a break.
20 MR. BUSHWAY: Are we done with Starkey?
21 MR. HILLER: Yes. Do you want to take a
22  fifteen-minute break?
23 MR. BUSHWAY: Yes.

Page 97

1      (Whereupon, a short recess was then taken
2   and Mr. Borgese left the proceedings.)
3 BY MR. HILLER:
4 Q. I'm showing you Plaintiff's Exhibit 10. Can you
5   identify that?
6 A. Donna Riley. Donna D. Riley.
7 Q. It's her account log, correct?
8 A. Correct.
9 Q. That states that it was assigned 10/5/06,
10  correct?
11 A. Correct.
12 Q. And that three hundred seventy dollars and
13  ninety-three cents was originally owed on the
14  account, correct?
15 A. Correct.
16 Q. And who is manager SHB?
17 A. Barbara Healey.
18 Q. This would have been in 2006 when it was still
19  under the auspices of Account Solutions Group?
20 A. I believe so. Again, I cannot recall as to the
21  exact date of the name change.
22 Q. At the very top it says Firstsource Advantage,
23  LLC. When it was -- when the account was at

Page 98

1   Account Solutions Group, was it different at the
2   top?
3   A. I don't know.
4   MR. BUSHWAY: I would note that Firstsource/Account
5     Solutions Group is on the same line as the March
6     2008 run line, and, therefore, which was -- the
7     March 2008 date is then running the reports for
8     me which may mean that that line is the same
9     computer line and, therefore, have nothing to do
10    with the actual -- correct?
11  THE WITNESS: Correct.
12  MR. BUSHWAY: This would merely reflect that it was
13    printed.
14  THE WITNESS: Correct.  That would not show up on the
15    actual screen.
16  BY MR. HILLER:
17  Q. So line twenty-nine indicates that a message was
18    delivered to a live person, correct?
19  A. Correct.
20  Q. It would have been an automated message, correct?
21  A. Yes.
22  Q. And the only way you can really determine whether
23    or not an automated message was left is by

Page 99

1   looking at the Soundbite log?
2   A. Correct.  You could, you could -- you can look at
3     the note line and it tells you right in the notes
4     that it was delivered to a live person.
5   Q. Correct.
6   A. The message was delivered to a live person.
7   Q. But there are many lines, for instance, line --
8     well, a lot of these were answered.  Well, for
9     instance, Soundbite no result, is there any way
10    of knowing whether or not a message was left?
11    This is line sixty-seven I'm looking at.
12  A. I see.
13  Q. Can you tell whether or not a message was left?
14  A. No, I cannot.
15  Q. Okay.  So you know which ones definitely a
16    message was left and the other ones you really
17    can't tell?
18  A. You can't tell from the note line, no.
19  Q. All right.  And many of these say message
20    delivered to live person and then there's nothing
21    further.  What would that indicate to you?
22  A. That could have been -- I -- it's possible that
23    that could have been what we call an unattended

Page 100

1   campaign where it's not set up to be delivered to
2   a collector; that it simply acts as a Blaster
3   would and simply leaves a call-back number for
4   that person.
5   Q. Okay.  And you could verify that by looking at
6     the Soundbite log, correct?
7   A. Yeah.  We would have to see how that was set up.
8     I'm not sure if the log would identify that or
9     not.
10  Q. Is Soundbite -- are those calls placed by a
11    company other than Firstsource?
12  A. Yes.  So the way that Soundbite is set up and how
13    it's run is by a third-party vendor.  We simply
14    put the accounts from a temporary Internet file
15    -- or, I'm sorry, Excel file into it and we
16    upload it into their database and they run it.
17  Q. Okay.
18  A. How that communication happens, I'm not sure.
19  Q. Does Firstsource keep those Excel files?
20  A. They do get, they do get erased every now and
21    then when we get very full, but how often that
22    happens or where they go after that I'm not sure.
23  Q. And what is the vendor that operates Soundbite?

Page 101

1 A. They are Soundbite.
2 Q. They're called Soundbite?
3 A. Yes.
4 Q. And do they call from their telephone system?
5 A. I don't know how that works to be honest with
6   you.
7 Q. Okay.  Who would know that?
8 A. You could talk to either Lisa Stuart or Nathan
9   Anderson.
10 Q. Okay.
11 MR. BUSHWAY: Are they Firstsource people or --
12 THE WITNESS: Yes.  I don't know who their contact is
13   at Soundbite.
14 BY MR. HILLER:
15 Q. And what is Lisa Stuart's position?
16 A. She's the manager of telecom.
17 Q. And what is Nathan Anderson's --
18 A. He is -- I believe his title is a data analyst,
19   but Soundbite is his, his process.
20 Q. All right.  Then on line eighty-three -- well,
21   eighty-two and eighty-three, can you tell me what
22   those entries mean?
23 A. Okay.  Eighty-two was the status and that was

Page 102

1  active. And then it looks like we must have
2  scrubbed for a bankruptcy or we received
3  documentation of a bankruptcy. Yeah,
4  correspondence was received. So we canceled the
5  account. We changed the status from an active
6  account to a bankruptcy.
7 Q. And where -- okay. And who did that, MG -- who
8  is MGU?
9 A. MGU I do believe is Maria Guercio, and she is in
10  accounting.
11 Q. So what is the process that should be undertaken
12  when Firstsource receives notice that a debtor
13  filed bankruptcy?
14 A. Again, that would be Theresa Milbrath's area.
15  She handles the bankruptcies.
16 Q. All right. So what do lines eighty-four and
17  eighty-five reveal?
18 A. That reveals that we received correspondence, and
19  then it looks like Roberta Suida (phonetic), who
20  is RAB, documented that we -- an account was
21  already closed and forwarded to general counsel
22  for review.
23 Q. When was the account closed?

Page 103

1 A. It looks to me from the notes that it was closed
2  on March 2nd of 2007.
3 Q. But there's no indication that -- there's no line
4  entry that actually says account closed?
5 A. Well, it was canceled, so it was. If it's
6  canceled, it's closed.
7 Q. All right. What are the asterisks in the
8  left-hand column? What do they designate?
9 A. I don't know. That, that -- the asterisks, I
10  don't believe that those even show up in CUBS.
11  I've never seen them.
12 Q. So do you know why the account would have
13  remained open for nine months after notice of the
14  bankruptcy was received?
15 A. Again, that would be a Theresa Milbrath question.
16  I'm not sure why.
17 Q. Well, in your job as operations manager, would
18  you close out files after notice of bankruptcy is
19  received?
20 A. I probably would not. Operations does not close
21  accounts. We simply document what -- if, if --
22  let's say hypothetically we received a call from
23  an attorney that said that this person has filed

Page 104

1  bankruptcy, or the customer themselves. We would
2  status-code it with a bankruptcy and it would
3  prompt us for specific information like an
4  attorney's name, the number, the case number.
5  Things of that nature. And then client relations
6  would be alerted by that status, and they, again,
7  would be the ones to handle it from there.
8 Q. When this notice of bankruptcy was received on
9  March 2nd, is there any indication that the
10  programming for Soundbite or Blaster was
11  terminated?
12 A. Yeah, because you don't see it again.
13 Q. But wouldn't there be a message sent to
14  discontinue it?
15 A. You don't need to because it's all by status.
16 Q. And what -- all right. Where does it say what
17  the status is?
18 A. Right there. You can see that the status was
19  changed on March 2nd from active to bankruptcy.
20  So ACT went to BKT.
21 Q. What does ACT stand for?
22 A. Active.
23 Q. And BKT is actually a status entry?

Page 105

1 A. For bankruptcy, yes.
2 Q. And automatically discontinues any further calls?
3 A. Correct.
4 MR. HILLER: I don't think I had this marked. If you
5  could mark this.
6
7    (Whereupon, a Collection Communications Log
8  was then received and marked as Plaintiff's
9  Exhibit 15, for identification.)
10
11 MR. BUSHWAY: I'd like the record to reflect that the
12  document that we're now viewing was provided
13  during the Plaintiffs' depositions which took
14  place yesterday, so this is not something that my
15  witness has had any opportunity to review. And,
16  obviously, any objections that we might have to
17  its disclosure, we'll deal with it at a later
18  time and not hold up the deposition.
19 BY MR. HILLER:
20 Q. I'm showing you what's been marked as Plaintiff's
21  Exhibit 15. And at yesterday's deposition, Ms.
22  Riley testified that that was a
23  contemporaneously-kept telephone log of calls she

**Starkey, et al vs. Firstsource**                    **CondenseIt!**™

---

Page 106

1  received in 2007.
2  A. Okay.
3  Q. The dates -- you can see the month and the date,
4     but she testified it was in 2007.
5  A. Okay.
6  Q. But those dates are not reflected on
7     Firstsource's records. There's no indication
8     that telephone calls were made on those dates.
9     There is -- Firstsource's records show no calls
10    made after March 2nd, 2007. Do you have any idea
11    how those calls could have possibly been made?
12 MR. BUSHWAY: Object to the form for one second. And
13    just so I'm clear, on the record, the date
14    column, are you representing that that is 2000 --
15    what did you say?
16 MR. HILLER: Seven.
17 MR. BUSHWAY: Because they're not marked on there.
18 THE WITNESS: The only way that I can think that her
19    account -- her number could have been called is
20    if it was a number that was on an account maybe
21    from a different client that happened to be hers.
22    I don't know.
23 BY MR. HILLER:

---

Page 107

1  Q. Okay. There's a phone number, there's a phone
2     number on this document, 888-46 -- 446-8517. Do
3     you know if that is an Account Solutions Group or
4     Firstsource telephone number?
5  A. I do not know.
6  Q. But your testimony is that there was no
7     collection phone calls made to Ms. Riley on this
8     particular Time Warner Cable account?
9  A. Correct.
10 Q. Is there any way that these calls could have been
11    made and not be reflected on the call log?
12 A. The only way for that to happen would be if a
13    collector themselves pulled up the account and
14    called the number and didn't document it.
15 Q. Okay. But if he did that, if a debt collector
16    did that, would it leave a voice -- could he
17    cause a voice-recorded message to be left?
18 A. No.
19 Q. And the debt collector can't send a message to
20    Soundbite and Blaster? Or Blaster.
21 A. No.
22 Q. Do you know if it's possible to delete any
23    entries in the notes? You know, the notes in

---

Page 108

1  this particular case numbered one through
2  eighty-six. Is it possible, for example, to
3  delete line eighty-one?
4  A. I would think that it's possible. Can I do it or
5     any member of operations? Absolutely not.
6  Q. It would have to be somebody higher in
7     management?
8  A. Maybe IT. I don't know.
9  Q. Who would know the answer to that question?
10 A. Chris Habschied.
11 Q. So in this account log for Donna Riley, there's
12    no indication that a telephone conversation ever
13    took place with Miss Riley or anyone else?
14 A. Let's take a look. No.
15 Q. Okay. I'm showing you Plaintiff's Exhibit 14.
16 A. Do you have a front page?
17 Q. I have it.
18 MR. BUSHWAY: She's saying there's a page missing
19    from what's been copied here, that there should
20    be -- this is off the record.
21    (Discussion off the record.)
22 BY MR. HILLER:
23 Q. I'm showing you what's been marked as exhibit --

---

Page 109

1  Plaintiff's Exhibit 14. Can you identify that
2  document?
3  A. Thomas Moltz.
4  Q. And it's his account record, correct?
5  A. Yes.
6  Q. And it was assigned to Firstsource on July 25th,
7     2007, correct?
8  A. Correct.
9  Q. And this and all the other accounts are for Time
10    Warner debts, correct?
11 A. Correct.
12 Q. And it states that eighty-six dollars and
13    twenty-five cents is owed on the account,
14    correct?
15 A. Correct.
16 Q. And I'd like you to go down to line twenty-five.
17 A. Okay.
18 Q. And can you tell me what lines twenty-five
19    through thirty say.
20 A. Okay. Line twenty-five was a Blaster campaign.
21    So what this tells me is that the, the customer,
22    whoever answered the phone, was on hold, you have
23    a very important message, and before the message

---

**Sue Ann Simonin Court Reporting**              Page 106 - Page 109

Page 110

1   could be delivered hung up the phone.
2 Q. Okay.
3 A. Again, that happened on the 22nd of August. And
4     then when you go down to line twenty-seven, some
5     -- it looks like someone called in. I'm jumping
6     from eighty-two. It was the customer. The
7     caller ID was documented by Bobbi Jo Jermy. And
8     she demanded payment -- or requested, I should
9     say, payment in full, and no arrangement was made
10    because the customer refused the options that she
11    gave. So that she -- it looks like she's
12    claiming that she doesn't owe anything -- or he
13    doesn't owe anything and don't call him again.
14 Q. So this was indicating that Mr. Moltz asked the
15    debt collector to have Firstsource place no
16    further phone calls to him?
17 A. Yes.
18 Q. And obviously, after that, many calls were made
19    to him, correct?
20 A. Correct.
21 Q. Was that consistent with Firstsource's policies?
22 A. Yes. We would have required that to be in
23    writing.

Page 111

1 Q. Okay. So that -- you testified earlier that
2     would be the policy that Time Warner provided to
3     Firstsource?
4 A. Possibly. I -- again, I don't know what the
5     contract states.
6 Q. Would you go to line thirty-three and tell me
7     what that says?
8 A. Again, it was called by Blaster and the party
9     hung up.
10 Q. And then can you tell me what line -- well, on
11    Blaster -- you probably answered this already --
12    can you tell from a -- if there's a reference to
13    a Blaster call whether it was one call or
14    multiple calls?
15 A. On the note lines, I don't know if it was
16    reflected more -- the only time it's going to
17    call it again is if we requested what's called
18    multiple passes. I have never known any managers
19    to do that. I don't even know if it's an option
20    to be honest with you. But when we request it,
21    we're the ones putting it on a template that we
22    give to the dialer staff, and we just say here,
23    we want these blasted. When we do that, it was

Page 112

1     only one time.
2 Q. So you're not aware of ever programming Blaster
3     to make more than one call a day?
4 A. I never have.
5 Q. But you can't say for sure that it never happens?
6 A. I can't say for sure. I'm not sure.
7 Q. And who is the operations manager for this file?
8 A. Let me see. I'm going to assume it was myself.
9 Q. Oh, I think line ten says that.
10 A. Judging from the dates, yeah.
11 Q. That's you?
12 A. Because this would have been -- this would have
13    fit the time frame that I would have taken it
14    over. Yep, there it is. It was me.
15 Q. So given the fact that you have never done it,
16    you did not program the Blaster to place more
17    than one call a day?
18 A. No.
19 Q. And do you ever program Soundbite to make more
20    than one call in a day?
21 A. In this particular case I'm not sure if I did or
22    not, but, yes, I have in the past.
23 Q. You have. Okay. But I thought you said that the

Page 113

1     policy was not to call people more than one time
2     per day.
3 A. What we do is, we set it up on Soundbite. We can
4     set it up for what's called multiple passes. So
5     if the result is a no-answer or we have, we have
6     designed it so that if we're leaving an automated
7     message that it ends the call upon detection of a
8     voice mail and not to leave it, we can run that
9     number for another pass at a later time that day.
10 Q. Okay. All right. So could you tell me what
11    lines thirty-four through forty-eight designate?
12 A. Okay. It looks like the customer called in to
13    our office and KKDU, which is Karen Duvall,
14    answered that call. She documented a refusal on
15    the account. Apparently whoever she spoke with
16    yelled at her in a very threatening manner, felt
17    that he should not get calls because he told us
18    not to. She documented his caller ID. Told her
19    that we were harassing him and he does not feel
20    he should pay because he already paid this at
21    another collection sntex (sic) or something.
22    That it was hard to make out what he was saying
23    because he was obnoxious. Extremely loud, would

Page 114

1  not letter her explain anything and she could not
2  get a word in edgewise.
3 Q. Well, you're saying that's what was said.
4 A. Yes.
5 Q. But that's what her -- that's her account of the
6  conversation, correct?
7 A. Yes. This is what her notes reflect, yes.
8 Q. Right. And there was no automatic entry of this
9  call into the account log, correct? She had to
10  enter this?
11 A. Yes, she had to enter that.
12 Q. So I thought you said that if somebody called in
13  and the debt collector pulled the account file
14  that it automatically got entered into that
15  account file as an incoming call. Is that not
16  the case?
17 A. No. No. No, that is not the case.
18 Q. And is a -- then --
19 A. I'm -- it comes into their phone. It's
20  documented. We can query for that by the phone
21  reports, not CUBS.
22 Q. Okay. So there's form reports that can document
23  all incoming calls?

Page 115

1 A. Yes.
2 Q. What is that report called?
3 A. There is no name to the report. If I were to
4  request a query to be done on a phone -- a
5  specific phone number, I would have to open up
6  what's called an IT ticket for telecom to query
7  that number for me and they would provide me with
8  the results.
9 Q. And is the phone logs detailed to each particular
10  debt collector?
11 A. Yes. It would tell you who it -- who -- either
12  when they had ownership of it or where it was
13  routed, if it went to their phone.
14 Q. Does it print it out per account?
15 A. No, I don't think it gives any account specifics.
16  It just does it by phone number only.
17 Q. It shows the dates and times of all outgoing
18  calls and calls received by a debt collector, but
19  you can't tell from this who called or who they
20  called?
21 A. Yeah, we can tell who called because we know that
22  the collectors, when they come in, have to log
23  into their phones. They have a log-in code and

Page 116

1  that code identifies who they are. So when the,
2  when the phone number is queried, it shows whose
3  phone that routed to.
4 Q. And so, for instance, if Thomas Moltz called,
5  let's just say hypothetically, on September 5th
6  and there is no call logged here, but if this
7  debt collector answered that call, it would --
8  the call log -- not the CUBS log, but the call
9  log would show that she received a call on that
10  time and date?
11 A. Correct.
12 MR. BUSHWAY: Well, let me clarify. You know, would
13  you be searching by Thomas Moltz or would you be
14  searching by a phone number that was used to call
15  into the system?
16 THE WITNESS: A phone number.
17 BY MR. HILLER:
18 Q. So could you search for Thomas Moltz's phone
19  number in this particular debt collector's
20  account to see if there's any receipts of phone
21  calls from him?
22 A. I -- we have the capability of doing that.
23  Whether we keep records that far back, I don't

Page 117

1  know. I don't know how far back we archive.
2 Q. All right. Could you tell me what lines
3  forty-nine to fifty-one designate?
4 A. Okay. So Karen Duvall, regarding the same call,
5  she simply added notes because she, she ended the
6  documentation but remembered something after the
7  fact that she wanted -- she felt was pertinent to
8  document. So she added notes and just said did
9  not verify address and Social Security and amount
10  because he would not allow her to get that much
11  information out.
12 Q. What does line fifty-seven mean?
13 A. A high-and-dry is -- that's a dialer term, and
14  that means that they got -- they experienced dead
15  air.
16 Q. And what does AMD mean in lines fifty-nine and
17  sixty?
18 A. I'm not -- I don't know what the acronym
19  specifically means, but it's an automatic -- I
20  think it's automatic dialer or automated dialer
21  message left.
22 Q. And where it says answered call, that means that
23  a -- what's the difference between answered call

Page 118

1  and e-answer call?
2  A. I don't know.  It looks like there's an S too.  I
3     don't know what that means.
4  Q. But that all means that telephone calls were
5     made?
6  A. Correct.  And answered.
7  Q. And in all of those, the person answering the
8     phone would have heard a voice-recorded message,
9     correct?
10 A. Correct.  It could mean -- the difference with
11    these codes, with the letter codes, it could be
12    that when we run a campaign, whether -- well, no,
13    it couldn't be in this case because we never had
14    manned campaigns on this, so I'm not sure what
15    the difference between the E and the G is.
16 Q. And the August 27, '07, according to this log, is
17    the last conversation that ever took place
18    between Firstsource and the debtor, correct?
19 A. Where are we now?
20 Q. Well, you just read lines forty-nine through
21    fifty-one.
22 A. Yes.
23 Q. And this log doesn't show any further

Page 119

1  communication -- conversations taking place,
2     correct?
3  A. That is correct.
4  Q. And the account was closed on January 3rd, 2008?
5  A. January 3rd, 2008, correct.
6  Q. Okay.  Does Firstsource have any procedures in
7     place -- oh.  At the time that the calls were
8     made on these four accounts, did Firstsource have
9     any procedures in place to insure that they did
10    not leave voice-recorded messages on cellular
11    telephones to people who did not consent to such
12    messages?
13 A. No.
14 MR. HILLER:  I think I'm almost done.  I just want to
15    review my notes for about five minutes.
16 MR. BUSHWAY:  That's fine.
17    (Whereupon, a short recess was then taken.)
18 BY MR. HILLER:
19 Q. Can you tell me what procedures in place
20    Firstsource has to monitor the debt collectors'
21    activities that are employed by them?
22 A. Okay.  Presently we have a system called NICE
23    that records the right party.  Or, not just right

Page 120

1  parties, but the contact made by the collectors,
2  whether it's on dialer or manual attempts.  And
3  then the QA department goes through those calls
4  and grades them.  And they have to do -- I
5  believe it's six calls per month per collector.
6  Q. So you recall six calls per month as an audit of
7     sorts to make sure that they're following
8     Firstsource's procedures?
9  A. Correct.
10 Q. And are their calls recorded?
11 A. Yes.
12 Q. Does Firstsource keep those records of the
13    recordings?
14 A. Yes.  We do now.  At the time that these calls
15    took place, we did not have that system.
16 Q. Okay.  So what was the system back then?
17 A. The Q -- the quality assurance representatives
18    would actually have to look at what we call
19    symposium where they would see the collector's
20    activity on the phone and look for a live contact
21    and then monitor the call remotely from their
22    phone.
23 Q. So they'd listen in on them?

Page 121

1  A. Yes.
2  Q. Now, you testified earlier that the procedures
3     that Firstsource follows are at least partially
4     dictated by the client when they collect on a
5     debt, is that correct?
6  A. Correct.
7  Q. Are those procedures put in writing?
8  A. I don't -- I'm not sure if they are or not.  As
9     far as -- I mean, do you have a specific --
10 Q. For example, if Time Warner wanted Firstsource to
11    call people even though the debtor verbally
12    stated that they did not want any more phone
13    calls and they had other policies for various
14    things that you might encounter in the collection
15    process, would they put that in writing?
16 A. If it supersedes the FDCPA.  If it went above and
17    beyond, yes.  If it was sticking to the minimal
18    guidelines of the FDCPA, then no.
19 Q. In other words, they might just say follow the
20    FDCPA?
21 A. Um-hum.  Follow our own standards.
22 Q. Follow your own standards.  And -- or might -- do
23    they sometimes tell you to do things that violate

Page 122

1   Firstsource's policies?
2 A. No.  We wouldn't do that.
3 Q. Okay.  And they sometimes ask you to even be more
4    careful than the FDCPA requires?
5 A. Absolutely.
6 Q. And do you know if Time Warner had any specific
7    instructions beyond just follow the FDCPA?
8 A. No, they did not.
9 Q. They did not.
10 A. No.
11 Q. Okay.  And I just want to -- I'm just drawing
12    your attention back to Plaintiff's Exhibits 8,
13    10, 4 and 14, the four call logs we went over.
14    Those are all records maintained by Firstsource
15    in their ordinary course of business, correct?
16 A. Correct.
17 Q. And to the best of your knowledge, those are
18    true, unaltered copies of those logs, correct?
19 A. That is correct.
20 MR. HILLER: I don't think I have any further
21    questions.  Thank you for your time.
22 THE WITNESS: Okay.
23            *   *   *   *   *

Page 123

1       I HEREBY CERTIFY that I have read the
2    foregoing 122 pages and that, except as to those
3    changes set forth in the attached errata form(s),
4    they are a true and accurate transcript of the
5    testimony given by me in the above-entitled
6    action on January 28, 2009.
7
8
9
10    _____
11       JESSICA AMBER WILTON
12
13
14  Sworn to before me this
15
16  _____ day of _____ 2009.
17
18
19  _____
20     Notary Public.
21
22
23

Page 124

1  STATE OF NEW YORK)
2       SS:
3  COUNTY OF ERIE)
4
5       I, Carla M. Glinski, a Notary Public in and
6  for the State of New York, County of Erie, DO
7  HEREBY CERTIFY that the testimony of JESSICA
8  AMBER WILTON was taken down by me in a verbatim
9  manner by means of Machine Shorthand, on January
10  28, 2009.  That the testimony was then reduced
11  into writing under my direction.  That the
12  testimony was taken to be used in the
13  above-entitled action.  That the said deponent,
14  before examination, was duly sworn by me to
15  testify to the truth, the whole truth and nothing
16  but the truth, relative to said action.
17     I further CERTIFY that the above-described
18  transcript constitutes a true and accurate and
19  complete transcript of the testimony.
20
21         CARLA M. GLINSKI.
22            Notary Public.
23

Starkey, et al vs. Firstsource                    CondenseIt!™                              '06 - answered

**-'-**

'06 [1]          95:3
'07 [1]          118:16

**-1-**

1 [3]       2:5      4:21
16:18
1/26/07 [5]          48:23
50:2    52:6    52:9
56:23
1/8/07 [1]          74:17
10 [4]      2:19     6:1
97:4    122:13
10/5/06 [1]          97:9
100 [1]  55:4
105 [1]  3:4
10th [1]  95:8
11 [2]      2:20     6:4
12 [2]      2:20     6:7
122 [1]  123:2
13 [2]      3:1      6:10
1382 [1] 6:17
14 [5]      3:2      6:13
108:15  109:1   122:13
14072 [1]          6:18
14202 [1]          4:7
14226 [1]          4:4
14th [1] 84:22
15 [3]      3:4      105:9
105:21
1692-G [1]          55:20
173 [1]  55:14
19 [4]      2:16     2:19
5:16    5:22
19th [1] 77:3
1A [1]     4:4

**-2-**

2 [2]       2:6      4:23
2/06 [1] 60:22
2/14/07 [1]          63:2
2000 [2] 4:7       106:14
2006 [1] 97:18
2007 [10]          74:21
80:7    85:21   95:6
95:9    103:2   106:1
106:4   106:10  109:7
2008 [16]          2:6
2:9     2:16    2:19
3:3     4:22    5:4
5:16    5:22    6:11
77:3    96:2    98:6
98:7    119:4   119:5
2009 [3] 123:6   123:16
124:10
20th [2] 82:8     95:8
21st [1] 66:7
22nd [1] 110:3
23rd [1] 85:21
25th [1] 109:6

26 [2]      2:9      5:4
27 [1]  118:16
28 [2]      123:6    124:10
28th [3] 85:1     88:7
90:5
2nd [4]  103:2    104:9
104:19  106:10

**-3-**

3 [3]       2:7      5:3
45:2
31st [1] 84:22
3rd [2]  119:4    119:5

**-4-**

4 [6]       2:5      2:6
2:8     5:6     47:7
122:13
446-8517 [1]        107:2

**-5-**

5 [10]      2:7      2:8
2:10    2:10    2:12
2:14    2:15    2:17
2:19    5:9
5/17 [1] 66:1
5/18 [2] 66:1     66:1
5/21 [1] 66:1
578-3206 [1]        48:1
5th [1]  116:5

**-6-**

6 [6]       2:12     2:20
2:22    3:1     3:2
5:12
6000 [1] 4:3
6948366 [1]         47:21
6th [1]  60:23

**-7-**

7 [4]       2:14     3:3
5:15    6:11
7/28 [1] 95:15
7/28/07 [1]          96:11
7/3 [1]  88:8
716 [1]  48:1

**-8-**

8 [4]       2:16     5:18
74:5    122:12
888-46 [1]          107:2
8th [1]  96:14

**-9-**

9 [4]       2:6      2:17
4:22    5:21
9/11/07 [1]          66:22
97 [1]   4:3
9th [1]  80:7

**-A-**

abbreviations [4]
52:4    80:4    81:15
84:13
abide [1]          8:18
ability [3]          7:3
8:1     91:5
able [5]  23:2     41:15
66:23   67:8    79:20
above [3]          66:13
89:5    121:16
above-described [1]
124:17
above-entitled [2]
123:5   124:13
absolutely [5]   44:9
71:3    78:3    108:5
122:5
accordance [1]  58:12
according [3]    62:6
70:10   118:16
account [173]     10:6
10:8    11:6    11:12
11:15   11:23   12:3
12:12   12:16   12:22
15:1    15:3    15:5
15:13   15:17   16:5
16:6    16:7    16:9
16:23   17:3    17:4
19:20   22:5    22:13
22:16   22:21   23:6
23:12   24:2    24:6
24:8    24:20   25:2
25:3    25:12   25:21
26:5    26:12   26:14
27:20   28:10   28:12
30:3    33:11   33:12
33:22   34:3    34:13
40:13   40:16   40:20
40:21   43:16   46:3
47:9    47:10   47:11
47:12   47:18   47:20
47:20   47:21   47:22
48:20   49:1    49:9
49:20   49:22   50:4
50:6    50:8    51:3
51:11   51:14   51:18
51:20   51:22   53:7
54:9    56:1    56:15
56:20   60:16   60:20
61:7    62:5    67:18
68:22   70:5    70:9
72:13   72:14   72:18
73:14   74:13   74:17
74:19   74:22   75:2
75:2    75:8    75:10
75:11   75:18   76:1
76:3    76:8    76:11
76:14   76:17   77:20
78:6    80:12   80:13
84:19   86:2    87:1
87:11   87:17   87:22
88:1    88:17   88:20
89:7    89:12   89:17
89:20   89:22   90:1
90:3    90:8    91:19
92:6    92:7    92:11
92:13   93:13   94:1
95:5    95:17   95:18

95:18   96:5    96:15
97:7    97:14   97:19
97:23   98:1    102:5
102:6   102:20  102:23
103:4   103:12  106:19
106:20  107:3   107:8
107:13  108:11  109:4
109:13  113:15  114:5
114:9   114:13  114:15
115:14  115:15  116:20
119:4
accounting [1] 102:10
accounts [26]    9:16
9:17    13:4    13:7
14:10   15:7    15:19
23:9    23:10   23:11
23:15   23:18   25:8
25:23   32:22   44:16
55:5    74:19   91:16
92:2    92:22   94:15
100:14  103:21  109:9
119:8
accurate [2]       123:4
124:18
accurately [1]    8:1
acquired [3]       11:7
15:17   16:15
acquisition [2] 11:9
11:18
acronym [1]      117:18
Act [5]   35:19   36:3
37:14   104:20  104:21
action [7]          50:7
59:2    87:21   90:2
123:6   124:13  124:16
actions [1]        7:16
active [4]          102:1
102:5   104:19  104:22
activities [6]    10:12
13:1    14:19   24:17
28:15   119:21
activity [2]       25:10
26:12   28:13   73:13
76:11   120:20
acts [1]  100:2
actual [11]        26:6
26:6    27:21   29:14
36:14   50:7    75:14
80:16   88:6    98:10
98:15
AD1 [2] 86:3     86:5
add [2]   88:9    89:12
added [2]          117:5
117:8
adding [1]        89:1
addition [1]      45:22
address [12]     20:10
25:4    42:1    54:9
54:18   55:2    55:4
55:9    55:11   55:15
56:4    117:9
Adelphia [4]     16:9
20:13   22:2    86:5
adjudication [1]
10:23
Advantage [3]   8:10
11:7    97:22

affiliated [1]   53:17
again [28]          23:1
25:22   53:19   60:8
60:15   61:1    63:14
64:13   66:2    80:22
83:15   84:14   85:3
86:13   87:4    87:6
92:18   94:6    97:20
102:14  103:15  104:6
104:12  110:3   110:13
111:4   111:8   111:17
ago [4]   11:22   12:1
68:9    94:4
agree [1] 18:14
agreed [3]          6:23
7:2     84:21
agreement [5]    2:5
4:19    17:22   18:2
90:15
ahead [1]          66:16
air [2]   79:12   117:15
AKI [4]  81:17   82:4
82:10   83:22
alerted [1]       104:6
alleged [1]       47:18
allegedly [1]     48:19
allow [3]          46:10
46:19   117:10
almost [4]         8:21
16:15   95:23   119:14
alone [1]          14:7
along [2]          31:2
62:21
alphanumeric [1]
22:10
always [4]         79:14
80:8    80:15   94:11
AMBER [2]       123:11
124:8
AMD [2]          69:7
117:16
American [1]    35:15
Amherst [4]     4:4
11:10   13:21   14:7
14:20
amount [8]        25:5
48:19   48:21   74:14
88:15   90:13   90:14
117:9
analyst [1]       101:18
analytics [1]    37:5
Anderson [1]   101:9
Anderson's [1] 101:17
annually [1]     37:19
answer [22]       7:17
15:21   15:22   18:15
20:22   21:19   38:21
39:20   46:10   46:19
47:1    47:3    52:3
54:22   62:1    72:10
73:15   77:16   77:20
79:20   80:18   108:9
answered [21]    30:10
32:2    57:22   61:12
63:20   64:11   64:20
64:21   64:22   65:2

65:9      70:20     79:17
99:8      109:22    111:11
113:14    116:7     117:22
117:23    118:6

**answering** [4]        21:19
61:13     80:21     118:7

**answers** [7]          21:11
21:18     21:19     29:17
29:20     30:10     42:10

**apologize** [2]        31:16
41:16

**APPEARANCES** [1]
4:1

**appearing** [3]        4:5
4:8       21:7

**application** [1] 20:20

**apply** [1]            43:14

**appropriate** [1] 41:2

**approximate** [1]
14:6

**April** [1]            82:8

**archive** [1]          117:1

**area** [1] 102:14

**arrangement** [1]
110:9

**ASG** [1] 19:19

**Ashley** [1]           83:23

**assign** [1]           17:23

**assigned** [12]        8:16
22:7      23:12     24:14
48:21     48:23     49:5
51:3      74:17     74:20
97:9      109:6

**assigning** [1]        23:20

**assignment** [1] 74:23

**assigns** [3]          22:20
23:14     23:17

**assume** [4]           18:16
36:18     51:8     112:8

**assumed** [1]          75:5

**assuming** [1]         68:8

**assurance** [2]        37:3
120:17

**asterisks** [2]        103:7
103:9

**attached** [1]         123:3

**attempt** [4]          34:1
70:16     82:22    92:18

**attempted** [1]        33:23

**attempting** [2] 38:14
41:2

**attempts** [6]         12:12
14:14     14:16    37:18
70:13     120:2

**attention** [4]        27:13
27:14     91:9    122:12

**attorney** [2]         21:13
103:23

**attorney's** [1]       104:4

**audit** [1] 120:6

**August** [2]           110:3
118:16

**auspices** [1]         97:19

**authorized** [1]       18:17

**auto** [1] 87:9

**automated** [23]   25:17
29:3      29:8     29:21
30:12     30:19     31:8
31:22     32:3      59:3
60:17     61:10     61:18
62:20     63:9      69:9
79:4      80:5     80:16
98:20     98:23    113:6
117:20

**automatic** [5]        72:11
72:15   114:8    117:19
117:20

**automatically** [10]
22:12     27:6      30:5
71:11     73:6     90:18
91:1      92:12    105:2
114:14

**automation** [2] 14:17
79:12

**available** [5]        20:9
24:23     29:18    40:15
79:1

**Avenue** [3]           4:3
55:15     56:3

**aware** [8]            10:14
11:3      21:3     40:19
44:12     73:18    73:19
112:2

-B-

**B** [1]      6:16

**back** [27]            14:2
17:15     17:18    29:14
31:23     40:10    40:11
62:11     65:6     69:20
69:21     70:6     79:23
83:18     83:20    83:21
86:14     88:10    89:13
90:11     92:2     93:18
96:9     116:23   117:1
120:16   122:12

**backwards** [1] 60:14

**Bailey** [1]           4:3

**balance** [6]          25:9
26:5      89:5     91:16
92:12     93:16

**balances** [1]         26:8

**Banco** [1]            53:16

**banking** [1]          10:20

**bankruptcies** [1]
102:15

**bankruptcy** [12]
53:14    102:1    102:3
102:6    102:13   103:14
103:18   104:1    104:2
104:8    104:19   105:1

**Barbara** [2]          94:20
97:17

**based** [4]            27:7
32:13     70:19    71:18

**bearing** [2]          75:17
75:17

**bears** [1]            49:21

**becomes** [1]          25:2

**began** [2]            11:11

12:21

**begin** [1]            50:11

**behalf** [2]           21:20
46:20

**best** [2]    7:3      122:17

**between** [8]          4:12
17:2      46:5     64:10
79:9     117:23   118:15
118:18

**beyond** [2]           121:17
122:7

**BFSI** [3] 10:17       10:19
10:20

**bifurcated** [1]        7:8

**Bill** [4]   89:6      89:6
90:21     96:4

**billed** [1]           43:5

**bit** [2]    10:12     40:10

**BKT** [2] 104:20      104:23

**blasted** [1]          111:23

**Blaster** [24]         29:9
30:19     30:22    31:18
31:19     32:6     32:12
33:13     34:16    34:23
63:11     63:13    65:5
73:5     100:2    104:10
107:20   107:20   109:20
111:8    111:11   111:13
112:2    112:16

**Blasters** [1]         67:9

**block** [1]            7:4

**Bobbi** [1]            110:7

**Borgese** [2]          4:2
97:2

**box** [1]  81:1

**brand-new** [1]        25:3

**break** [2]            96:19
96:22

**brings** [1]           22:12

**broke** [1]            82:9

**Buffalo** [1]          4:7

**Building** [1]         4:7

**Bushway** [55]         4:6
6:22      7:9     12:6
14:2      14:18    17:5
17:17     18:8     21:15
22:15     30:22    38:21
39:20     40:6     43:22
44:17     45:13    46:9
46:18     47:1     47:11
49:11     50:9     57:5
57:8     60:22     64:9
64:14     66:4     67:14
68:12     70:19    73:15
74:6      74:8     75:6
75:13     76:20    77:6
78:10     78:15    95:5
95:11     96:20    96:23
98:4      98:12   101:11
105:11   106:12   106:17
108:18   116:12   119:16

**business** [9]         10:12
15:10     17:8     24:10
24:12     32:15    50:23
53:1     122:15

**button** [3]           28:20

31:12     79:7

-C-

**C** [5]      4:6      6:16
69:23     77:8     78:11

**C-I-G-A-N-K-O** [1]
35:13

**Cable** [9]            16:10
16:23     46:2     47:17
48:5      55:7     71:22
94:21    107:8

**calendar** [1]         95:6

**call-back** [1]        100:3

**caller** [5]           81:18
81:19     84:15   110:7
113:18

**calls** [62]           13:23
28:16     28:17    29:3
29:5      29:7     32:6
32:11     33:18    34:5
34:19     38:16    38:17
39:12     39:18    41:6
42:9      43:8     44:8
52:12     52:15    52:17
57:2      61:17    62:16
62:18     65:8     67:21
68:21     69:17    70:12
71:4      71:8     73:1
73:2      73:6     73:8
73:22    100:10   105:2
105:23   106:8    106:9
106:11   107:7   107:10
110:16   110:18   111:14
113:17   114:23   115:18
115:18   116:21   118:4
119:7    120:3    120:5
120:6    120:10   120:14
121:13

**campaign** [3]         100:1
109:20   118:12

**campaigns** [1] 118:14

**canceled** [7]         69:23
70:5      95:6     96:12
102:4    103:5    103:6

**cancellation** [1]
90:4

**cannot** [5]           49:19
67:15     82:7    97:20
99:14

**capability** [3]       68:20
72:23    116:22

**Capital** [4]          9:7
9:13      9:17     9:17

**captions** [1]         7:2

**cardholder** [2]       82:4
82:5

**care** [3]   10:17     10:22
35:7

**careful** [1]          122:4

**Carla** [2]            124:5
124:21

**case** [12] 22:17      58:17
60:12     83:7     87:22
93:23    104:4    108:1
112:21   114:16   114:17
118:13

**cases** [3]            14:10

**category** [1]         10:21
96:11

**caught** [2]           96:8

**cease** [1]            39:11

**cease-and-desist** [1]
39:2

**cell** [2]   44:7      68:1

**cellular** [2]         67:20
68:19    119:10

**center** [2]           13:19
14:20

**centers** [2]          13:14
13:17

**cents** [7] 48:17      74:15
84:23     85:2     93:15
97:13    109:13

**certain** [9]          13:18
16:15     31:7     43:19
45:8      50:3     53:17
57:4      64:5

**certainly** [4]        17:23
18:20     70:23    77:23

**certification** [1]
4:14

**CERTIFY** [3]        123:1
124:7    124:17

**cetera** [1]           54:11

**change** [5]           56:21
78:3      91:6     91:7
97:21

**changed** [12]         48:7
48:12     49:7     49:10
76:13     78:7     90:10
90:11     96:5     96:9
102:5    104:19

**changeover** [1] 12:19

**changes** [1]          123:3

**charge** [4]           36:18
37:3      37:4     37:9

**check** [9]            81:1
85:14     85:15    85:16
85:16     85:22    86:19
87:6      88:20

**checking** [1]         26:7

**checks** [1]           85:19
88:8

**chose** [1]            57:22

**Chris** [1]            108:10

**Christopher** [4]     19:7
19:9      19:18    68:5

**Ciganko** [2]          35:11
36:9

**circumstances** [1]
54:15

**claiming** [1]         110:12

**clarify** [3]          22:20
76:21    116:12

**class** [1] 33:2

**clear** [4] 47:13      74:9
77:16    106:13

**client** [26]          9:15
16:4      26:6     28:4
38:22     39:10    41:5
43:12     47:16    70:6

Starkey, et al vs. Firstsource   CondenseIt!™   client's - depositing

**collector's** [4] 77:23
91:5   116:19   120:19

**collectors** [20] 13:15
13:22   14:13   14:15
14:17   27:19   35:2
35:17   36:2   36:15
38:19   40:20   43:8
44:7   44:13   70:13
82:17   83:2   115:22
120:1

**collectors'** [2] 37:9
119:20

**collects** [1] 10:9

**colon** [1] 50:18
51:17

**COLUCCI** [1] 4:6

**Columbia** [1] 15:10

**column** [4] 75:20
88:12   103:8   106:14

**combined** [1] 30:23

**coming** [1] 91:11

**committed** [1] 73:12

**communication** [3]
82:17   100:18   119:1

**Communications** [5]
3:4   13:6   105:7

**company** [11] 11:5
11:20   18:21   37:23
42:21   44:1   46:21
53:11   84:1   86:8
100:11

**complained** [1] 91:10

**complete** [3] 70:17
83:16   124:19

**completed** [1] 88:9

**compliance** [4] 36:18
36:19   37:10   37:18

**complies** [2] 39:18
40:2

**comply** [1] 36:4
39:13

**computer** [5] 23:6
23:20   72:4   96:8
98:9

**concerning** [1] 22:2

**conclude** [1] 64:19

**concluding** [1] 4:3

**connected** [5] 57:15
57:17   59:1   61:23
62:1

**connection** [3] 20:20
57:13   62:16

**consent** [2] 18:3
119:11

**consented** [1] 73:21

**consistent** [1] 110:21

**constitutes** [1] 124:18

**contact** [11] 29:15
41:15   59:16   60:11
60:12   69:14   74:2
74:3   101:12   120:1
120:20

**contacting** [1] 41:1

**contained** [2] 42:12
42:15

**containing** [1] 86:2

**contemporaneously-kept**
[1]   105:23

**content** [1] 35:9

**continue** [1] 37:22

**continuing** [1] 39:23

**contract** [10] 16:15
16:21   16:22   17:1
17:7   17:11   18:9
18:12   29:12   111:5

**contracts** [2] 8:18
17:14

**conversation** [12]
70:12   70:17   70:22
71:1   71:3   71:5
72:13   77:15   81:23
108:12   114:6   118:17

**conversations** [5]
71:4   83:4   84:6
119:1

**copied** [1] 108:19

**copies** [1] 122:18

**copy** [3] 17:11   17:17
36:16

**corporate** [7] 12:7
12:8   21:4   21:8
21:22   35:15   75:14

**corporation** [1] 21:20

**correct** [134] 9:3
9:18   11:14   13:16
15:4   15:12   18:22
21:9   21:10   21:20
21:21   24:22   25:17
25:18   26:20   28:23
29:2   29:19   31:13
32:1   32:4   32:5
32:8   32:9   33:7
33:9   33:10   34:15
34:21   37:15   39:9
39:14   40:22   42:8
44:3   47:22   47:23
48:2   48:3   48:17
48:18   50:20   51:9
51:10   51:13   51:15
51:16   52:6   52:7
52:11   55:1   56:1
56:2   56:5   56:8
56:9   57:3   58:6
58:7   58:15   58:20
59:20   61:5   61:8
61:9   62:3   62:23
64:1   65:11   65:19
69:18   71:15   73:4
73:6   74:15   74:16
74:18   78:8   79:19
79:23   80:1   81:7
81:8   82:1   83:11
85:12   85:13   87:12
89:23   90:15   90:16
97:7   97:8   97:10
97:11   97:14   97:15
98:10   98:11   98:14
98:18   98:19   98:20
99:2   99:5   100:6
105:3   107:9   109:4
109:7   109:8   109:10
109:11   109:14   109:15
110:19   110:20   114:6
114:9   116:11   118:6

**71:20**   75:1   88:1
88:2   91:17   92:1
92:17   92:21   93:17
94:8   94:9   94:12
94:16   104:5   106:21
121:4

**client's** [1] 93:13

**client-specific** [2]
91:22   94:7

**clients** [6] 8:15
38:23   39:1   39:3
39:7   92:19

**close** [9] 88:1   91:21
92:15   95:15   96:3
96:12   96:15   103:18
103:20

**closed** [9] 70:5
87:19   92:20   102:21
102:23   103:1   103:4
103:6   119:4

**closing** [2] 87:20
91:20

**closure** [3] 92:7
92:9   95:12

**coach** [1] 10:9

**code** [8] 59:3   90:2
90:7   90:8   91:11
92:13   115:23   116:1

**codes** [3] 94:8
118:11   118:11

**collect** [11] 13:15
14:12   22:21   28:18
37:22   38:15   41:2
58:4   70:13   82:22
121:4

**collectable** [2] 33:3
33:9

**collected** [1] 14:11

**collection** [30] 2:5
3:4   4:19   8:5
9:16   10:13   11:2
13:23   15:6   15:20
22:5   25:10   26:12
26:21   28:7   28:13
28:14   30:3   34:13
35:19   36:3   37:13
38:17   44:8   75:4
76:11   105:7   107:7
113:21   121:14

**collections** [2] 11:10
16:10

**collector** [50] 22:8
22:15   24:12   24:15
26:18   27:11   27:18
27:18   28:6   28:11
29:5   29:15   29:18
30:14   31:10   31:14
31:15   31:21   37:22
38:2   41:6   43:23
57:20   58:5   58:8
59:2   60:15   62:19
63:3   71:14   72:3
72:21   79:1   81:17
82:13   83:8   83:16
88:14   89:14   90:1
100:2   107:13   107:15
107:19   110:15   114:13
115:10   115:18   116:7
120:5

**118:9**   118:10   118:18
119:2   119:3   119:5
120:9   121:5   121:6
122:15   122:16   122:18
122:19

**corrected** [1] 90:17

**correctly** [1] 75:16

**correspondence** [2]
102:4   102:18

**counsel** [8] 4:12
45:8   45:13   76:7
76:10   77:11   77:15
102:21

**counsel's** [1] 46:10

**County** [2] 124:3
124:6

**course** [2] 17:8
122:15

**Court** [1] 55:4

**created** [3] 51:19
56:13   56:14

**credit** [5] 25:7
25:19   26:3   26:8
26:10

**criteria** [3] 27:7
32:14   58:13

**CUBS** [32] 15:11
15:12   15:13   18:22
19:12   19:14   19:15
22:7   22:7   24:15
27:2   27:4   30:8
32:20   32:20   33:5
35:7   40:11   40:15
50:22   51:20   56:14
56:14   56:14   72:21
72:22   73:3   82:11
92:12   103:10   114:21
116:8

**Current** [1] 14:4

**customary** [1] 60:1

**customer** [9] 84:21
84:21   85:22   87:5
104:1   109:21   110:6
110:10   113:12

**-D-**

**D** [1] 97:6

**D-sit** [1] 65:13

**da** [3] 65:16   65:16
65:16

**Daniel** [3] 86:6
86:7   86:9

**dash** [1] 69:7

**data** [4] 22:18   37:5
46:3   101:18

**database** [2] 56:18
100:16

**date** [14] 11:17   12:18
49:5   60:21   74:23
86:13   86:14   88:16
95:12   97:21   98:7
106:3   106:13   116:10

**dated** [10]   2:6
2:9   2:16   2:19
3:3   4:22   5:4
5:16   5:22   6:11

**dates** [5] 106:3   106:6
106:8   112:10   115:17

**day-end** [4]   30:8
59:6   63:8   80:9

**days** [2] 93:2   94:10

**dead** [2] 79:12   117:14

**deal** [2] 41:9   105:17

**dealing** [1]   42:9

**debt** [41] 10:13   13:22
14:12   25:6   28:11
28:18   29:5   31:10
35:17   35:18   36:1
36:3   37:13   37:21
38:2   40:20   41:3
43:8   44:6   44:12
58:5   58:8   63:3
70:13   71:14   75:4
82:13   82:17   82:22
83:2   83:8   107:15
107:19   110:15   114:13
115:10   115:18   116:7
116:19   119:20   121:5

**debt-collection** [1]
14:19

**debtor** [33]   16:6
20:19   28:22   30:10
30:17   30:18   32:21
38:14   38:18   39:11
40:1   40:1   41:8
41:20   47:18   55:10
60:6   61:12   62:19
64:20   65:4   69:12
72:14   79:17   82:14
83:18   85:12   85:15
85:18   87:17   102:12
118:18   121:11

**debtors** [5]   22:3
29:3   82:17   83:5
84:7

**debts** [5]   11:2
13:15   14:12   70:14
109:10

**December** [1] 95:7

**decide** [1] 56:21

**decision** [1] 46:10

**Defendant** [1] 4:8

**Defendants** [1] 46:1

**definitely** [2] 96:18
99:15

**delete** [1] 107:22
108:3

**deliver** [3] 31:19
31:20   81:1

**delivered** [7] 30:2
98:18   99:4   99:6
99:20   100:1   110:1

**Delsan** [2] 55:4
55:13

**demanded** [1] 110:8

**department** [4] 35:4
37:4   37:6   120:3

**depend** [1] 28:4

**depending** [2] 25:8
43:11

**deponent** [1] 124:13

**depositing** [1] 85:18

deposition - first                     CondenseIt!™                     Starkey, et al vs. Firstsource

**deposition** [6]   8:1
   8:4      21:12      21:13
   105:18   105:21

**depositions** [1] 105:13

**deputy** [1]            13:13

**describe** [2]          42:17
   91:19

**designate** [4]         83:12
   103:8    113:11    117:3

**designated** [4]        33:14
   47:10    56:8      71:20

**designates** [1]        61:7

**designation** [3] 33:12
   34:3     64:18

**designed** [3]
   96:10    113:6         92:12

**desist** [1]            39:12

**desk** [30]             24:10
   24:10    24:13    26:19
   27:5     27:11    27:19
   28:3     28:5     28:8
   50:20    50:23    50:23
   51:1     51:3     75:20
   75:23    76:1     86:3
   86:5     90:21    90:21
   90:22    91:6     91:7
   91:21    92:6     92:10
   92:17    95:23

**desks** [1]             27:3

**detailed** [1]          115:9

**details** [1]           71:9

**detection** [1]         113:7

**determine** [3]         30:4
   34:19    98:22

**determined** [4] 26:2
   26:3     32:11    51:12

**determines** [1] 32:13

**develop** [1]           10:9

**device** [1]            53:11

**devices** [1]           29:8

**dialer** [7]            29:10
   64:7     111:22   117:13
   117:20   117:20   120:2

**dialer-specific** [1]
   64:6

**dictate** [1]           92:9

**dictated** [1]          121:4

**dictates** [1]          93:13

**differ** [2]            27:15
   31:17

**difference** [4]        64:10
   117:23   118:10   118:15

**different** [4]         27:22
   66:19    98:1     106:21

**differently** [1]       56:11

**digits** [1]            41:23

**direct** [1]            56:14

**directed** [1]          38:20

**direction** [1]         124:11

**director** [1]          16:4

**disclosure** [1]        105:17

**disconnected** [7]
   43:18    54:20    65:20
   65:22    66:3     66:11

**discontinue** [1] 104:14

**discontinues** [1]
   105:2

**discovery** [1]         40:12

**discuss** [1]           46:21

**discussed** [1]         82:3

**Discussion** [2] 74:11
   108:21

**dispersed** [1]         29:13

**disperses** [1]         27:6

**distinct** [1]          59:18

**distribute** [2]
   51:12                  26:18

**distributed** [2] 26:21
   28:10

**distributing** [1] 24:12

**distribution** [1] 27:2

**document** [28] 10:1
   45:3     45:4     45:7
   56:15    70:16    70:23
   81:9     83:2     83:4
   83:16    85:10    85:11
   103:21   105:12   107:2
   107:14   109:2    114:22
   117:8

**documentary** [1]
   77:12

**documentation** [2]
   102:3    117:6

**documented** [8]
   82:4     87:14    87:16
   102:20   110:7    113:14
   113:18   114:20

**documenting** [2]
   70:12    84:6

**documents** [15] 2:11
   2:13     2:18     2:23
   5:8      5:11     5:20
   6:6      8:3      8:6
   30:5     34:1     60:16
   60:17    85:14

**doesn't** [18]          19:7
   27:17    28:6     31:20
   42:4     43:16    62:5
   64:2     66:10    66:12
   75:13    88:23    91:4
   91:5     92:9     110:12
   110:13   118:23

**dollars** [11]          26:9
   48:17    74:15    82:8
   84:22    84:23    85:1
   86:19    87:10    97:12
   109:12

**done** [14]             14:12
   21:6     25:10    27:12
   36:13    44:13    77:2
   77:13    89:21    91:1
   96:20    112:15   115:4
   119:14

**Donna** [3]             97:6
   97:6     108:11

**down** [9]              49:4
   50:1     63:17    65:12
   68:8     81:12    109:16
   110:4    124:8

**drafted** [1]           18:11

**drawing** [1]           122:11

**dropped** [1]           57:11

**due** [1]               90:13

**duly** [2]  6:19        124:14

**dunning** [3]           25:15
   26:11    55:21

**duplicate** [1]         63:7

**during** [1]            105:13

**duties** [2]            18:2
   37:11

**Duvall** [2]            113:13
   117:4

───── -E- ─────

**E** [3]      6:16        6:16
   118:15

**e-answer** [1]          118:1

**E-answered** [4] 63:10
   63:17    64:10    64:14

**e-mail** [2]            68:15
   68:18    93:20

**East** [1]  6:17

**Ed** [1]    46:1

**edgewise** [1]          114:2

**efforts** [1]           69:19

**eight** [4] 50:18       50:20
   50:23    51:2

**eighteen** [2]          84:23
   85:2

**eighteen-o-one** [1]
   66:8

**eighty-five** [1] 102:17

**eighty-four** [1] 66:6
   102:16

**eighty-one** [1] 108:3

**eighty-six** [3] 74:14
   108:2    109:12

**eighty-three** [3]66:4
   101:20   101:21

**eighty-two** [3] 101:21
   101:23   110:6

**either** [6]            24:12
   43:13    82:15    83:7
   101:8    115:11

**eleven** [2]            86:11
   86:16

**eliminate** [1]         7:9

**elsewhere** [1]         73:12
   73:21

**employed** [9]          8:9
   8:10     8:19     11:19
   13:23    40:23    43:23
   84:1     119:21

**employees** [1]         15:2

**employment** [3]
   8:22     11:11    38:9

**encounter** [1]         121:14

**end** [2] 69:17         95:6
   95:9

**ended** [1]             117:5

**ends** [2] 69:19        113:7

**ensues** [1]            28:11

**enter** [5] 22:6        22:12

**56:12    114:10   114:11

**entered** [2]           4:10
   114:14

**enters** [1]            24:3

**entity** [1]            75:3

**entries** [4]           50:2
   52:17    101:22   107:23

**entry** [7]33:17        56:8
   72:11    72:15    103:4
   104:23   114:8

**erased** [1]            100:20

**Erie** [2]  124:3       124:6

**errata** [1]            123:3

**error** [2] 89:7        89:17

**ESQ** [3] 4:2           4:2
   4:6

**et** [1]    54:11

**everybody's** [1]
   59:7

**evidence** [6]          46:13
   46:14    46:22    47:2
   73:18    73:19

**evidences** [1]         18:5

**exact** [3]             14:4
   31:7     97:21

**exactly** [6]           19:4
   20:1     34:19    35:8
   59:14    62:14

**examination** [2]
   7:12     124:14

**example** [3]           61:14
   108:2    121:10

**Excel** [4]             33:1
   56:17    100:15   100:19

**excellence** [1] 37:2

**except** [3]            4:16
   74:4     123:2

**exception** [1] 95:16

**exceptions** [2] 93:11
   94:7

**excessive** [1] 93:7

**exclamation** [1]
   63:18

**exhibit** [25]          4:21
   4:23     5:3      5:6
   5:9      5:12     5:15
   5:18     5:21     6:1
   6:4      6:7      6:10
   6:12     16:17    45:2
   45:12    47:7     74:5
   97:4     105:9    105:21
   108:15   108:23   109:1

**Exhibits** [3]          2:1
   2:4      122:12

**exist** [3] 12:4        12:7
   54:1

**existing** [1]          15:18

**experienced** [1] 117:14

**explain** [3]           15:18
   18:6     114:1

**explanation** [1] 78:12

**Extremely** [1] 113:23

**fact** [15] 41:19       42:2
   46:20    51:23    51:23
   52:10    53:9     60:18
   71:7     73:1     75:9
   83:3     85:11    112:15
   117:7

**failed** [1]            38:8

**Fair** [2]  35:18       36:3
   37:13

**falls** [1]  10:21

**familiar** [2]          21:4
   21:23

**far** [5]   10:21       72:21
   116:23   117:1    121:9

**fashion** [1]           23:3

**Fastdata** [13]         52:21
   53:1     53:8     53:15
   53:17    53:18    53:22
   53:23    54:3     54:8
   54:14    55:2     55:5

**fax** [1]   65:15

**FDCPA** [11]            36:14
   37:11    37:13    37:18
   39:19    40:3     121:16
   121:18   121:20   122:4
   122:7

**February** [1]          60:23

**felt** [2]  113:16      117:7

**few** [1]   9:9

**fifteen** [1]           86:23

**fifteen-minute** [1]
   96:22

**fifty** [5] 82:8        84:22
   86:19    87:8     87:10

**fifty-nine** [1] 117:16

**fifty-one** [1] 80:17
   117:3    118:21

**fifty-seven** [1] 117:12

**fifty-two** [1] 80:6

**figure** [1]            14:4

**file** [34] 2:8         2:15
   2:19     3:2      5:4
   5:16     5:22     6:11
   25:19    26:18    26:21
   27:12    27:18    33:1
   44:22    53:21    53:22
   56:17    56:18    74:23
   75:22    84:9     85:22
   87:19    87:20    91:8
   91:15    91:20    93:1
   100:14   100:15   112:7
   114:13   114:15

**filed** [3] 53:14       102:13
   103:23

**files** [10]24:13       28:7
   30:9     32:19    32:21
   33:2     33:3     93:7
   100:19   103:18

**filing** [2]            4:14
   12:8

**final** [1] 92:7

**finances** [1]          10:20

**fine** [1]  119:16

**first** [32]2:7         2:10
   2:12     2:14     2:17
   2:20     2:22     3:1

───── -F- ─────

Index Page 4                                              Sue Ann Simonin Court Reporting

Case 1:07-cv-00662-RJA-HKS   Document 26-8   Filed 08/21/09   Page 38 of 44

Starkey, et al vs. Firstsource                CondenseIt!™                    Firstsource - intend

5:1      5:7      5:10
5:13     5:19     6:2
6:5      6:8      21:6
22:13    22:22    24:7
25:12    41:11    42:6
50:9     51:2     55:23
59:9     59:10    60:13
60:13    75:20    88:10
**Firstsource** [92] 8:10
9:2      9:4      9:6
9:20     10:11    11:4
11:7     11:12    11:15
12:12    12:15    13:14
14:1     15:1     15:5
15:17    15:19    16:7
16:12    17:8     18:21
19:11    19:13    19:19
20:18    21:8     22:1
22:21    22:22    23:6
23:17    24:7     32:8
35:2     36:20    37:17
38:10    38:14    38:15
39:6     39:10    39:13
39:15    39:17    39:23
41:1     41:18    42:22
43:5     43:10    43:11
43:23    44:6     45:9
45:13    45:17    46:4
46:7     46:16    47:2
49:1     49:10    53:22
54:3     55:10    67:23
69:11    70:8     70:11
73:11    75:5     75:11
87:13    93:5     97:22
100:11   100:19   101:11
102:12   107:4    109:6
110:15   111:3    118:18
119:6    119:8    119:20
120:12   121:3    121:10
122:14
**Firstsource's** [13]
11:9     36:4     38:16
41:8     42:18    71:6
82:16    83:9     106:7
106:9    110:21   120:8
122:1
**Firstsource/Account**
[1]      98:4
**fit** [1]   112:13
**five** [8]  2:8      5:4
48:16    60:3     60:9
70:1     93:15    119:15
**five-eighteen** [1]
58:18    59:9     59:23
**five-thirteen** [2]
58:23    59:11
**flow** [1] 27:3
**follow** [7]
38:20
71:6     83:9     121:19
121:21   121:22   122:7
**followed** [2]     83:13
83:14
**following** [2]    4:10
120:7
**follows** [2]      6:20
121:3
**footnoted** [1]    48:13
**foregoing** [1]    123:2
**form** [13]        4:16

17:5      18:8      38:21
39:4      39:20     46:9
46:18     73:15     75:6
106:12    114:22    123:3
**forth** [2] 17:18   123:3
**forty** [2] 51:17   80:3
**forty-eight** [1]  113:11
**forty-nine** [2]   117:3
118:20
**forty-seven** [2] 48:17
70:1
**forwarded** [1]    102:21
**found** [1]        55:8
**four** [17] 2:15    5:16
7:1      7:2      7:10
7:15     14:8     14:8
14:10    14:19    41:23
54:10    76:23    95:23
95:23    119:8    122:13
**fourteen** [5]     17:22
51:17    86:23    87:1
87:8
**frame** [1]        112:13
**frames** [1]       92:4
**FRANK** [1]        4:2
**fraudulent** [1]   73:13
**free** [1]  7:20
**front** [2] 43:16   108:16
**FTCP** [3]
68:13    68:14
**FTP** [2] 68:8     68:10
**full** [23] 82:6    83:16
84:20    87:17     87:22
88:2     88:4      90:5
90:11    90:13     90:13
90:14    91:12     91:19
93:3     93:15     94:2
94:4     95:17     96:6
96:12    100:21    110:9
**fully** [1] 84:6
**future** [1]       21:18
55:13

## -G-

**G** [3]     77:8    78:10
118:15
**GALLAHER** [1]
4:6
**GC** [1]    76:6
**gears** [1] 40:10
**general** [7]      7:4
13:13    47:1     76:7
76:9     77:11    77:15
91:18    92:6     102:21
**given** [6]        55:12
78:12    83:8     83:8
112:15   123:5
**giving** [1]       78:1
**Glinski** [2]      124:5
124:21
**globally** [2]     10:14
10:18
**goes** [3] 29:9    74:22
120:3

**gone** [1] 59:7
**Gosh** [1] 95:2
**grab** [1]  28:8
**grades** [1]       120:4
**Grand** [1]        6:18
**Group** [23]       11:6
11:13    11:16    12:3
12:13    12:17    12:22
15:2     15:3     15:13
15:18    16:7     16:9
16:23    17:3     17:4
74:20    75:3     75:10
97:19    98:1     98:5
107:3
**Guercio** [1]      102:9
**guide** [1]        19:13
**guidelines** [1]   121:18

## -H-

**H-A-B-S-C-H-I-E-D**
[1]       19:10
**Habschied** [4]    19:8
19:18    68:5     108:10
**half** [1]  96:1
**handing** [1]      17:18
**handle** [1]       104:7
**handled** [1]      71:16
**handles** [1]      102:15
**handling** [1]     94:14
**hang** [1] 74:4
**happening** [1]    76:9
**harassing** [1]    113:19
**hard** [1] 113:22
**heading** [2]      49:11
67:14
**Healey** [2]       94:20
97:17
**health** [3]       10:17
10:22    35:6
**heard** [3]        69:3
79:4     118:8
**held** [1] 10:4
**hereby** [3]
4:12
123:1    124:7
**hers** [1] 106:21
**herself** [1]      36:13
**high-and-dry** [1]
117:13
**higher** [2]       91:7
108:6
**highest** [1]      32:16
**Hiller** [66]      4:2
7:1      7:8      7:12
7:15     12:10    14:3
14:5     14:21    14:23
17:6     17:20    18:14
21:17    22:19    31:1
39:5     39:22    40:7
40:9     44:3     44:5
44:21    46:12    46:22
47:5     47:14    49:13
49:16    50:14    57:7
57:16    61:3     64:12
64:17    66:5     66:9

66:15    67:17    68:14
68:17    70:21    71:17
74:7     74:12    75:7
75:19    77:5     78:5
78:17    95:10    95:13
96:19    96:21    97:3
98:16    101:14   105:4
105:19   106:16   106:23
108:22   116:17   119:14
119:18   122:20
**himself** [1]      37:16
**history** [1]      76:17
**hit** [3]   22:8    22:11
28:19
**hold** [9] 31:3    45:5
62:21    67:3     69:2
79:4     79:7     105:18
109:22
**holding** [1]      67:4
78:23
**home** [1]         59:7
**honest** [2]       101:5
111:20
**honor** [1]        39:11
**hopefully** [1]    38:6
71:1
**hours** [1]        25:16
**HU** [1]    67:3
**human** [1]        35:7
**hundred** [12]     14:8
14:8     14:8     48:16
63:18    64:3     64:4
64:5     64:7     74:14
84:11    97:12
**hung** [9] 58:6    61:16
67:4     69:2     79:1
79:3     79:14    110:1
111:9
**hypothetically** [4]
53:7     93:16    103:22
116:5

## -I-

**ID** [5]    81:18    81:19
84:15    110:7    113:18
**idea** [2] 41:14   106:10
**identification** [3]
2:4      6:13     105:9
**identified** [2]   45:23
86:7
**identifies** [1]   116:1
**identify** [10]    7:5
16:20    41:22    42:1
45:2     45:17    47:7
97:5     100:8    109:1
**identity** [1]     12:4
**illnesses** [1]    7:22
**immediately** [5]
8:22     38:4     48:15
52:8     55:3
**impair** [1]       7:23
**implement** [1]    32:14
**implemented** [1]
51:23

**implementing** [1]
27:7
**important** [2]    67:7
109:23
**inbound** [2]      81:18
81:20
**inclusive** [1]    53:15
**incoming** [1]     71:8
71:16    71:17    72:19
73:1     84:14    114:15
114:23
**inconvenience** [1]
41:16
**incorrect** [1]    55:15
**incurred** [1]     25:7
**INDEX** [1]        2:1
**India-based** [1]  11:8
**indicate** [8]     17:1
56:7     74:1     76:8
82:2     82:12    82:15
99:21
**indicates** [1]    98:17
**indicating** [5]   33:12
57:2     67:19    83:21
110:14
**indication** [12]  49:20
56:6     66:19    67:18
70:7     73:11    73:20
75:8     103:3    104:9
106:7    108:12
**individual** [6]   24:15
33:14    34:13    41:19
42:10    47:12
**individually** [1]
22:16
**individuals** [1]  45:22
**influence** [1]    77:23
**information** [24]
18:17    19:21    20:12
22:1     22:1     22:23
23:4     24:23    32:22
36:2     43:20    49:9
49:13    53:3     53:5
55:6     55:8     82:23
88:19    88:22    89:8
89:13    104:3    117:11
**informed** [2]     39:17
82:13
**informs** [1]      38:15
39:10
**initial** [3]      19:22
48:8     77:20
**initials** [7]     22:6
22:7     27:3     50:22
75:23    78:19    82:11
**instance** [1]     58:5
93:1     94:1     99:7
99:9     116:4
**instances** [1]    44:12
**instead** [3]      17:18
78:11    89:14
**instruction** [1]  81:3
**instructions** [1] 122:7
**insure** [4]       37:18
41:1     93:6     119:9
**intend** [1]       45:18

**Internet** [1]     100:14
**interpret** [5]        18:6
   18:9     18:12    57:9
   62:15
**interrogatories** [9]
   2:7     2:14    2:21
   3:1     5:2     5:14
   6:3     6:9     45:16
**interrogatory** [3]
   45:19   45:20   45:23
**involve** [1]        11:2
**involved** [7]       10:23
   14:11   24:2    25:2
   26:13   37:5    37:6
**Island** [1]         6:18
**issued** [1]         12:11
**item** [1] 51:17
**itself** [3] 34:11   75:18
   91:13

### -J-

**J** [2]      4:2     6:16
**January** [6]        74:20
   95:8    119:4   119:5
   123:6   124:9
**Jeffrey** [1]        36:23
**Jennifer** [3]       35:11
   36:9
**Jermy** [1]         110:7
**Jessica** [4]        45:22
   77:14   123:11  124:7
**Jo** [1]    110:7
**job** [1]   103:17
**Judging** [1]        112:10
**July** [2]  90:5    109:6
**jumping** [1]        110:5
**June** [4] 84:22     85:1
   88:7    95:3
**JWA** [1] 57:20

### -K-

**Karen** [2]          113:13
   117:4
**keep** [9] 7:4      7:7
   17:14   54:3    74:9
   91:13   100:19  116:23
   120:12
**keeps** [1]          91:11
**Ken** [3]  49:11   64:9
   76:22
**Kenneth** [2]        4:2
   7:14
**kept** [3]  17:7    32:7
   95:20
**kind** [1] 76:11
**Kirk** [1]  83:23
**KKDU** [1]           113:13
**knowing** [1]        99:10
**knowledge** [3]      16:13
   40:17   122:17
**known** [2]          11:12
   111:18
**knows** [2]          12:7

**47:4**

### -L-

**L** [1]     6:16
**lag** [1]   79:9
**landline** [2]       67:20
   68:2
**last** [7]  16:1    34:1
   41:23   42:7    54:10
   88:6    118:17
**law** [1]  36:5
**lawsuit** [2]        40:12
   77:7
**lawsuits** [1]       7:1
**learn** [3] 34:7    35:18
   68:1
**learned** [1]        34:10
**least** [3] 56:7    70:23
   121:3
**leave** [4] 32:3    107:16
   113:8   119:10
**leaves** [1]         31:22
   59:4    100:3
**leaving** [1]        113:6
**led** [1]   64:19
**left** [32] 28:6     29:21
   30:4    61:11   61:16
   61:18   61:22   62:7
   63:13   63:14   63:15
   65:18   68:19   69:8
   69:9    69:9    69:18
   76:5    79:23   80:5
   80:20   81:10   83:3
   84:4    93:1    97:2
   98:23   99:10   99:13
   99:16   107:17  117:21
**left-hand** [1]      103:8
**left-message-to-call**
   [1]     59:16
**legal** [2] 18:9    46:21
**less** [2]  33:9    38:2
**letter** [14]        2:6
   4:22    22:9    22:11
   56:1    85:21   86:11
   86:13   86:15   87:5
   87:13   87:15   114:1
   118:11
**letters** [4]        12:11
   22:11   85:17   85:17
**letting** [1]        85:21
**level** [1] 91:6
**Lewis** [1]          13:11
**liability** [1]      49:22
**Liberty** [1]        4:7
**licensing** [1]      37:8
**line** [61] 28:20    30:6
   51:8    52:2    55:17
   57:17   57:19   59:13
   59:13   59:17   59:21
   60:19   61:15   61:21
   62:8    63:1    63:16
   64:14   64:4    66:13
   66:16   69:1    69:7
   69:23   71:18   72:2
   78:15   78:18   78:20

**79:22    80:6    80:17**
   81:13   83:12   84:15
   85:20   86:1    86:16
   87:8    89:16   90:19
   95:14   98:5    98:6
   98:8    98:9    98:17
   99:3    99:7    99:11
   99:18   101:20  103:3
   108:3   109:16  109:20
   110:4   111:6   111:10
   112:9   117:12
**lines** [27]          31:3
   33:22   40:18   48:9
   48:14   50:10   55:8
   57:5    59:6    59:19
   62:21   64:18   67:12
   69:20   74:1    80:2
   81:21   84:11   85:9
   99:7    102:16  109:18
   111:15  113:11  117:2
   117:16  118:20
**Lisa** [1]  43:2    101:8
   101:15
**list** [4]  27:2    56:13
   94:3    94:5
**listen** [1]         120:23
**live** [13] 29:1     29:15
   31:20   57:15   57:18
   57:23   60:16   63:2
   98:18   99:4    99:6
   99:20   120:20
**lived** [1] 55:10
**LLC** [1] 97:23
**LMTC** [2]           62:3
   63:14
**LMTCB** [1]          79:23
**load** [3]  29:12   32:23
   56:18
**loaded** [4]         49:6
   55:2    61:1    80:14
**locate** [3]         72:12
   72:14   72:18
**located** [1]        14:13
**location** [1]       43:20
**log** [47]  3:4     32:7
   33:11   33:12   33:17
   34:3    34:11   34:14
   34:16   34:18   40:20
   49:20   52:17   52:18
   52:19   52:20   67:18
   70:7    71:8    71:12
   72:11   72:15   73:7
   73:9    73:12   73:20
   75:9    81:6    81:9
   87:14   87:16   95:21
   97:7    99:1    100:6
   100:8   105:7   105:23
   107:11  108:11  114:9
   115:22  116:8   116:8
   116:9   118:16  118:23
**log-in** [1]         115:23
**logged** [1]         72:19
   116:6
**logs** [4]  40:13   115:9
   122:13  122:18
**longer** [1]         76:10
   83:23   94:16
**look** [8]  62:5    81:6

**93:21    94:7    99:2**
   108:14  120:18  120:20
**looked** [1]         89:11
**looking** [10]       25:3
   28:7    60:21   62:4
   62:13   63:7    76:8
   99:1    99:11   100:5
**looks** [22]         16:21
   25:20   55:17   56:23
   57:1    57:9    63:8
   67:2    71:17   71:18
   74:3    85:20   88:6
   89:6    96:11   102:1
   102:19  103:1   110:5
   110:11  113:12  118:2
**lost** [2]  60:5    62:17
**loud** [1]  113:23
**lower** [2]          90:14
   94:5

### -M-

**M** [4]      6:16    47:19
   124:5   124:21
**M-A-R-K-L-E-Y** [1]
   36:23
**M-I-L-B-R-A-T-H** [1]
   16:2
**machine** [6]        61:13
   61:23   62:2    70:20
   80:21   124:9
**mail** [3]  54:17   69:19
   113:8
**mailed** [1]         87:13
**mailing** [1]        42:1
**mainstrat** [1]      50:12
**maintain** [2]       12:3
   15:6
**maintained** [1]     124:14
**makes** [2]          29:16
   29:20
**management** [3]
   9:7     9:17    108:7
**manager** [35]       8:12
   8:14    8:20    9:19
   10:2    13:3    13:13
   21:2    24:11   24:16
   24:19   25:1    25:11
   25:13   25:20   26:13
   26:17   26:22   32:13
   36:19   43:4    50:22
   51:6    51:9    51:19
   54:13   54:17   58:14
   76:2    94:21   94:23
   97:16   101:16  103:17
   112:7
**manager's** [1]      80:23
**managers** [3]       30:1
   93:19   111:18
**manipulate** [2]     55:6
   77:21
**manipulating** [1]
   77:19
**manned** [1]         118:14
**manner** [3]         46:2
   113:16  124:9
**manual** [10]        19:13

**36:1     36:7    36:11**
   36:12   36:14   36:16
   42:12   92:18   120:2
**manually** [1]       48:12
**March** [14]         2:9
   2:16    2:19    5:4
   5:16    5:22    77:3
   80:6    98:5    98:7
   103:2   104:9   104:19
   106:10
**Maria** [1]          102:9
**mark** [3] 44:17   74:8
   105:5
**marked** [22]        4:20
   4:23    5:2    5:5
   5:9    5:12   5:14
   5:17   5:21   5:23
   6:3    6:7    6:9
   6:12   16:17  45:1
   47:6   105:4  105:8
   105:20 106:17 108:23
**Markley** [1]        36:23
**Martin** [3]         86:6
   86:7    86:9
**matter** [3]         45:19
   46:8    60:10
**may** [21] 2:6       3:3
   4:22    6:11    17:23
   19:7    32:15   37:15
   41:22   46:1    46:11
   46:11   47:2    66:7
   84:22   85:20   91:10
   91:13   94:3    94:11
   98:8
**mean** [43]          18:7
   24:14   34:4    37:13
   42:6    47:11   49:11
   50:15   52:4    52:22
   62:15   63:10   65:14
   65:21   66:17   67:3
   75:21   76:6    78:19
   80:4    80:5    81:16
   82:10   84:13   85:3
   85:6    86:1    86:18
   86:21   88:9    90:20
   91:4    95:7    95:22
   98:8    101:22  117:12
   117:16  118:10  121:9
**Meaning** [2]        40:6
   67:14
**means** [33]         50:6
   50:19   50:20   52:23
   57:19   59:15   61:15
   62:1    62:11   63:19
   64:3    64:4    69:8
   70:2    70:5    76:7
   78:21   80:13   85:4
   86:2    86:12   86:19
   86:22   87:10   90:13
   92:10   92:16   117:14
   117:19  117:22  118:3
   118:4   124:9
**meant** [2]          18:16
   77:18
**medication** [1] 7:23
**member** [1]         108:5
**merely** [1]         98:12
**mess** [1] 69:8

Case 1:07-cv-00662-RJA-HKS Document 26-8 Filed 08/21/09 Page 40 of 44

Starkey, et al vs. Firstsource CondenseIt!™ message - original

**message** [50] 29:21
30:2 30:4 30:12
30:19 31:22 32:3
58:9 59:5 61:10
61:11 61:15 61:18
61:22 62:6 62:20
63:13 63:15 63:23
65:3 65:10 67:3
67:5 69:2 69:3
69:9 69:10 69:18
79:4 79:23 80:5
80:20 81:1 81:10
98:17 98:20 98:23
99:6 99:10 99:13
99:16 99:19 104:13
107:17 107:19 109:23
109:23 113:7 117:21
118:8

**messages** [3] 68:18
119:10 119:12

**method** [1] 46:3

**MG** [1] 102:7

**MGR** [1] 51:8

**MGU** [2] 102:8
102:9

**Mia** [1] 47:19

**Michelle** [1] 13:11

**might** [12] 26:17
26:17 32:17 33:5
33:8 46:15 79:20
91:17 105:16 121:14
121:19 121:22

**Milbrath** [11] 15:23
19:6 20:3 23:1
23:23 49:18 53:19
54:6 91:23 95:21
103:15

**Milbrath's** [1] 102:14

**mini** [5] 82:13 82:18
83:3 83:7 84:19

**minimal** [1] 121:17

**minute** [1] 45:5

**minutes** [3] 60:3
60:9 119:15

**Miranda** [6] 82:14
82:18 82:20 83:3
83:7 84:20

**Miss** [1] 108:13

**missing** [1] 108:18

**misspeak** [1] 10:15

**misunderstood** [1]
76:18

**modified** [1] 49:10

**module** [1] 27:4

**modum** [1] 65:15

**Moltz** [4] 109:3
110:14 116:4 116:13

**Moltz's** [1] 116:18

**monitor** [3] 15:6
119:20 120:21

**month** [4] 12:20
106:3 120:5 120:6

**months** [7] 9:9
94:2 94:22 94:23
95:23 96:1 103:13

**Moore** [6] 44:22

47:19 49:21 73:12
73:21 74:1

**morning** [1] 7:23

**move** [1] 44:15

**moved** [4] 25:23
50:23 86:2 92:10

**moves** [1] 25:14

**MSD** [2] 86:3
86:5

**multiple** [5] 33:18
34:5 111:14 111:18
113:4

**must** [3] 38:4 76:18
102:1

**Mutual** [1] 10:7

-N-

**N** [1] 6:16

**name** [22] 7:14
12:16 12:22 16:1
20:7 23:9 25:4
27:23 28:1 28:4
36:7 41:22 42:4
42:6 42:7 42:7
50:21 54:9 83:23
97:21 104:4 115:3

**Nathan** [2] 101:8
101:17

**nature** [3] 46:4
81:22 104:5

**necessarily** [2] 61:14
80:22

**need** [6] 7:9 30:15
76:21 93:20 94:9
104:15

**needed** [1] 54:8

**needs** [2] 82:6
82:7

**Neither** [1] 17:23

**never** [9] 61:23
62:1 76:13 103:11
111:18 112:4 112:5
112:15 118:13

**new** [12] 4:4 4:7
6:18 13:19 14:13
24:10 44:18 44:20
55:2 61:4 124:1
124:6

**next** [11] 27:12 28:11
30:7 45:14 51:8
52:2 55:17 61:1
62:21 88:18 89:16

**NICE** [1] 119:22

**nine** [6] 63:18 64:3
64:4 64:5 64:7
103:13

**nineteen** [5] 57:5
57:19 59:17 59:22
69:20

**ninety** [3] 38:1
38:3 38:6

**ninety-six** [3] 69:23
70:3 70:4

**ninety-three** [1]
97:13

**NML** [2] 61:15
61:17

**no-answer** [5] 59:5
59:15 60:4 61:23
113:5

**no-result** [1] 57:10
62:12

**nobody** [2] 29:20
91:14

**normal** [1] 60:1

**North** [2] 4:3
35:15

**Notary** [3] 123:20
124:5 124:22

**notate** [1] 51:22

**notation** [2] 77:8
77:13

**notations** [1] 50:17

**note** [15] 30:6 33:21
40:18 48:9 48:13
55:8 58:5 59:6
66:13 67:12 73:23
98:4 99:3 99:18
111:15

**notes** [34] 2:8
2:15 2:19 3:2
5:4 5:6 5:22
6:11 8:5 16:5
16:8 47:9 47:16
48:1 49:9 50:1
62:6 62:13 66:18
70:10 70:17 78:6
81:22 82:2 82:12
83:17 99:3 103:1
107:23 107:23 114:7
117:5 117:8 119:15

**nothing** [4] 73:23
98:9 99:20 124:15

**notice** [12] 21:12
21:16 25:15 26:11
50:13 54:19 55:18
55:20 102:12 103:13
103:18 104:8

**noticed** [1] 78:15
89:16

**notification** [1] 72:4

**notify** [2] 87:23
88:1

**November** [2] 96:1
96:14

**now** [15] 18:21 29:13
32:10 50:1 59:17
65:12 67:7 69:23
74:8 75:10 100:20
105:12 118:19 120:14
121:2

**number** [79] 7:16
13:4 14:6 20:5
20:8 20:14 20:19
22:3 23:12 25:5
25:5 30:15 31:6
31:15 41:4 41:6
41:7 41:17 43:17
43:17 47:21 47:21
48:1 48:4 48:8
50:10 53:3 53:6
53:8 53:9 54:11
54:19 54:21 54:23

55:18 57:17 57:22
65:6 65:22 66:20
67:9 67:11 67:16
70:16 71:19 71:22
76:13 76:15 76:16
77:19 77:22 78:1
78:2 78:4 78:7
78:11 78:21 84:15
84:16 85:4 85:14
93:7 100:3 104:4
104:4 106:19 106:20
107:1 107:2 107:4
107:14 113:9 115:5
115:7 115:16 116:2
116:14 116:16 116:19

**numbered** [1] 108:1

**numbers** [7] 23:14
23:17 43:21 54:10
54:10 71:20 72:20

**numeric** [1] 22:9

**Nunley** [5] 84:18
86:9 86:6 89:11
96:4

**Nunley's** [1] 90:21

-O-

**O** [1] 6:16

**o-four** [1] 84:12

**oath** [1] 4:13

**Object** [9] 17:5
18:8 38:21 39:20
46:9 46:18 73:15
75:6 106:12

**objections** [2] 4:16
105:16

**obligations** [1] 18:1

**obnoxious** [1] 113:23

**obtain** [6] 24:19
24:20 27:20 84:20
85:6 85:8

**obtained** [4] 20:14
22:2 26:4 82:23

**obtaining** [1] 26:10

**obviously** [4] 42:5
77:12 105:16 110:18

**ODSK** [2] 50:17
50:20

**off** [6] 6:23 38:4
74:9 74:11 108:20
108:21

**office** [2] 75:1
113:13

**often** [1] 100:21

**oldest** [1] 93:23

**once** [10] 24:9
33:5 33:8 69:14
72:18 77:22 87:22
88:20 89:7 92:11

**one** [60] 7:4 9:13
9:17 13:6 27:12
28:2 29:9 29:10
31:5 31:9 34:4
34:8 44:18 44:19
50:12 52:12 55:18
56:7 57:22 60:13
65:3 66:16 67:10

67:14 69:1 69:7
69:23 70:3 70:4
71:7 72:2 74:14
77:1 79:7 79:16
84:11 84:12 86:1
86:11 86:16 86:18
86:21 86:22 86:23
86:23 87:1 87:3
89:4 90:19 92:10
94:3 95:14 106:12
108:1 111:13 112:1
112:3 112:17 112:20
113:1

**one-eight-hundred** [1]
71:21

**one-o-five** [1] 85:9

**one-o-nine** [3] 85:11
85:20 86:15

**one-o-seven** [1]
85:10

**ones** [4] 99:15 99:16
104:7 111:21

**onto** [1] 61:13

**open** [20] 22:5
22:10 24:13 26:18
28:3 28:5 28:20
50:4 50:20 50:21
71:18 72:2 86:3
86:5 90:9 93:2
93:8 95:18 103:13
115:5

**open-desk** [2] 27:15
27:17

**opened** [6] 23:7
24:6 24:9 24:21
28:10 74:21

**opening** [1] 24:2

**operate** [1] 19:14

**operated** [1] 11:5

**operates** [1] 100:23

**operation** [2] 11:8
54:13

**operationally** [1]
49:19

**operations** [31] 8:12
8:14 8:20 9:19
10:2 13:3 17:9
21:2 24:10 24:16
24:19 25:1 25:11
25:13 25:20 26:13
26:17 26:22 30:1
32:13 35:16 51:5
51:19 54:17 58:13
76:2 80:23 103:17
103:20 108:5 112:7

**operator** [1] 62:22

**opportunity** [1] 105:15

**option** [4] 30:1
57:22 89:12 111:19

**options** [1] 110:10

**order** [4] 8:3 23:20
26:7 61:4

**ordinary** [2] 17:8
122:15

**organization** [2]
20:23 48:12

**original** [2] 55:20

originally - purchase                    CondenseIt!™                 Starkey, et al vs. Firstsource

74:14
originally [3]   74:19
  75:9    97:13
originate [1]   29:5
originated [2]   16:6
  17:3
outbound [1]   29:13
outgoing [3]   72:19
  73:1   115:17
outlined [1]   42:12
overlying [1]   47:12
overrode [1]   90:6
oversee [1]   8:15
oversees [2]   37:2
  37:16
overwritten [1] 90:4
owe [2]   110:12  110:13
owed [2]   97:13
  109:13
owing [1]   48:15
  48:19
own [4]   27:23   28:4
  121:21  121:22
owned [1]   11:20
ownership [3]   27:17
  27:21  115:12
owns [1] 68:5

-P-

P.C [1]   4:6
p.m [1]   58:19
p.m. [1]   58:22
page [10]   4:3
  44:18  44:20  45:11
  45:12  65:13  67:14
  88:10  108:16  108:18
pages [10]   2:8
  2:15   2:19   3:2
  5:4    5:16   5:22
  6:11   66:17  123:2
paid [16] 86:11   87:17
  87:22  88:4   88:8
  90:13  90:13  91:12
  91:19  93:2   94:2
  94:4   95:17  96:6
  96:12  113:20
paid-in-full [7] 87:23
  90:10  90:12  93:7
  93:12  94:1   96:7
paragraph [1]   17:22
Park [1]  6:17
part [2]   36:12  77:14
parted [1]
partially [1]   76:4
  121:3
particular [11]   10:6
  16:5   58:17   69:17
  72:18  89:14  107:8
  108:1  112:21  115:9
  116:19
particulars [1]  11:1
parties [6]   4:11
  4:16   16:22   18:5
  46:5   120:1

party [13]   17:23
  18:3   18:18   31:20
  42:2   57:15   57:18
  58:6   67:3   69:1
  69:2   111:8   119:23
pass [2] 38:6   113:9
passes [2]   111:18
  113:4
past [1]  112:22
pay [13]  32:17   82:5
  84:22  85:1   85:5
  85:7   85:8   85:14
  88:15  88:15  88:21
  90:14  113:20
payment [1]   82:6
  82:7   84:20  87:2
  88:2   88:6   90:5
  93:15  110:8  110:9
payment-in-full [1]
  92:13
payments [1]   85:11
PD [1]  85:16
pending [1]   7:1
people [7]   11:19
  14:9   112   101:11
  113:1  119:11  121:11
per [8]   33:6   69:12
  69:14  113:2  115:14
  120:5  120:5  120:6
percent [3]   38:1
  38:3   38:7
performance [1]
  37:10
performed [1]   26:12
perhaps [1]   33:2
  54:22  89:16
period [1]   22:12
permitted [2]   43:8
  44:10
person [38]   23:17
  23:19  28:22  30:10
  31:9   31:12  31:13
  37:16  39:16  41:2
  41:7   41:12  41:12
  41:15  53:3   53:14
  53:19  57:21  58:1
  60:6   60:7   61:16
  62:18  65:8   69:16
  70:15  70:20  74:2
  79:1   79:3   79:10
  98:18  99:4   99:6
  99:20  100:4  103:23
  118:7
personal [1]   44:7
personally [2]  28:19
  28:22
personnel [1]   84:9
pertain [1]   32:22
pertinent [1]   94:8
  117:7
phone [76]   22:3
  25:4   28:16  28:17
  28:19  29:1   29:21
  30:18  38:4   38:16
  39:18  41:4   42:10
  43:16  44:1   48:1
  48:4   48:7   52:10

52:12   52:15   53:3
53:6   53:8   53:9
54:9   54:19  54:23
56:20  57:21  57:22
59:2   59:18  61:12
63:20  66:19  68:2
70:16  72:7   72:8
72:8   72:10  76:6
76:12  76:15  76:16
77:22  78:11  78:22
79:10  79:11  79:18
81:20  107:1  107:1
107:7  109:22  110:1
110:16  114:19  114:20
115:4  115:5  115:9
115:13  115:16  116:2
116:3  116:14  116:16
116:18  116:20  118:8
120:20  120:22  121:12
phones [4]   38:12
  44:7   44:8   115:23
phonetic [1]  102:19
Phyllis [2]   55:14
  56:3
physically [1]   56:17
PI [1]   95:14
pick [1]  28:19
picked [3]   63:20
  64:4   78:22
picks [1]   30:18
79:10
PIF [1]   95:15
place [23]   48:14
  67:21  67:23  68:21
  70:22  71:1   71:5
  71:7   79:2   83:13
  87:21  88:2   88:21
  105:14  108:13  110:15
  112:16  118:17  119:1
  119:7  119:9  119:19
  120:15
placed [4]   25:6
  79:6   79:8   100:10
placement [4]   19:22
  25:16  48:8   48:22
places [1]   80:9
Placing [1]  28:16
Plaintiff's [40] 2:4
  2:7   2:10   2:12
  2:14   2:17   2:20
  2:22   3:1   4:20
  4:23   5:1   5:3
  5:5   5:7   5:9
  5:10   5:12   5:13
  5:15   5:17   5:19
  5:21   5:23   6:2
  6:4   6:5   6:7
  6:8   6:10   6:12
  45:2   47:7   74:5
  97:4   105:8  105:20
  108:15  109:1  122:12
Plaintiffs [3]   4:5
  7:6   7:15
Plaintiffs' [1]  105:13
plan [3] 82:6   82:7
  88:21
plans [1]   46:7
point [14]   24:11

26:23   44:16   56:21
58:10   63:18   70:1
77:9   87:8   89:2
89:22  91:21  92:15
95:15
policies [9]   35:6
  36:4   38:18  71:6
  83:9   92:22  110:21
  121:13  122:1
policy [10]   39:6
  39:7   41:9   42:12
  44:6   69:11  70:11
  82:16  111:2  113:1
populate [1]   88:23
populating [1]  89:10
population [2]  90:23
  91:18
portfolio [1]   10:10
portion [1]   18:1
position [8]   9:10
  9:21   10:3   13:12
  16:3   19:11  43:3
  101:15
positive [4]   42:23
  57:11  62:10  68:9
possess [1]   19:13
possesses [1]  46:16
possibility [1]  94:11
possible [14]   25:22
  33:16  33:20  34:22
  52:15  69:5   69:6
  73:8   73:10  79:14
  99:22  107:22  108:2
  108:4
possibly [6]   25:20
  35:1   55:16  79:11
  106:11  111:4
post [4]  16:16  86:13
  86:14  87:9
postdated [4]   85:16
  85:19  87:4   88:20
posted [3]   87:1
  87:10  88:7
potential [1]   53:2
Potentially [1]  49:18
power [1]   58:8
practical [1]   12:9
Practices [3]   35:19
  36:3   37:14
pre [1]   66:17
pre-programmed [2]
  58:13  60:9
prepare [1]   8:4
presently [3]   13:8
  68:3   119:22
press [6] 31:5   31:6
  31:9   65:3   65:4
  79:7
presses [1]   31:12
presume [1]   58:19
previous [1]   67:8
previously [5]   11:6
  11:9   19:19  20:13
  42:13
primary [1]   94:20

print [1] 115:14
printed [3]   86:20
  86:22  98:13
probing [1]   41:11
procedure [5]   41:9
  67:23  68:4   91:20
  93:6
procedures [12] 36:4
  38:19  40:23  42:9
  42:11  50:3   119:6
  119:9  119:19  120:8
  121:2  121:7
proceedings [1]97:2
process [16]   22:10
  27:16  27:17  29:10
  30:8   37:2   40:11
  59:4   59:5   68:6
  80:10  87:20  92:20
  101:19  102:11  121:15
processes [1]   59:6
Production [8]   2:10
  2:12   2:17   2:22
  5:8   5:11   5:20
  6:6
program [10]   31:17
  31:18  31:19  33:5
  34:23  35:3   51:5
  60:1   112:16  112:19
programmed [1]
  96:10
programmer [1]
  19:12
programming [4]
  50:8   61:4   104:10
  112:2
promise [1]   85:5
  85:7   85:8   88:14
  88:15  88:15  88:21
promised [1]   84:18
promoted [1]   95:3
prompt [1]   104:3
propensity [1]  32:16
proper [2]   46:20
  91:20
provide [3]   39:7
  76:15  115:7
provided [24]   19:14
  19:21  20:4   20:7
  20:10  20:13  20:19
  22:1   22:23  35:5
  35:21  36:2   36:15
  40:13  41:4   42:18
  43:9   45:7   46:15
  54:4   65:7   67:12
  105:12  111:2
provides [1]   36:13
  42:21  55:3
provision [1]   18:7
PTP [2]  85:3   85:5
Public [1]   123:20
  124:5  124:22
pull [1]  30:15
pulled [1]   77:2
  77:7   107:13  114:13
purchase [1]   11:15
  15:3   16:11

Starkey, et al vs. Firstsource                    CondenseIt!™                              purchased - see

**purchased** [2]   15:1
16:11

**purpose** [1]   83:1

**pursuant** [1]   21:12

**pursue** [1]   76:10

**put** [22]   6:22   7:2
31:9   31:14   58:13
62:18   76:1   76:13
77:1   77:8   88:14
88:19   89:14   89:23
91:17   92:7   92:13
92:14   92:17   100:14
121:7   121:15

**puts** [1]   59:2

**putting** [3]   51:21
81:19   111:21

**-Q-**

**QA** [1]   120:3

**quality** [2]   37:3
120:17

**queried** [2]   72:21
116:2

**query** [8]   32:19
32:23   51:20   51:21
56:12   114:20   115:4
115:6

**questions** [9]   4:17
7:4   7:17   7:18
7:19   21:11   45:9
47:3   122:21

**queue** [15]   22:14
24:15   25:14   25:14
27:9   27:22   27:23
28:1   28:8   29:12
57:20   77:22   88:23
89:10   92:15

**quickly** [1]   79:13

**-R-**

**R** [3]   4:2   6:16
70:1

**RAB** [1] 102:20

**randomly** [1]   27:6

**range** [1]   95:11

**reach** [2]   67:10
78:2

**read** [4]   17:21   45:20
118:20   123:1

**reading** [1]   33:22

**really** [8]   11:21
26:5   32:18   37:7
79:16   96:9   98:22
99:16

**reason** [4]   51:21
66:22   89:9   96:4

**recalled** [2]   91:17
92:21

**recalling** [1]   92:22

**receipt** [1]   85:14

**receipts** [1]   116:20

**receive** [8]   18:18
30:12   30:19   38:16
39:18   72:3   76:14
93:19

**received** [44]   4:20
4:22   5:2   5:5
5:8   5:11   5:14
5:17   5:20   5:23
6:3   6:6   6:9
6:12   19:1   52:21
53:23   54:17   54:20
54:22   55:7   55:9
57:20   62:20   63:22
65:3   72:16   73:2
73:9   75:2   87:1
87:10   87:23   102:2
102:4   102:18   103:14
103:19   103:22   104:8
105:8   106:1   115:18
116:9

**receives** [2]   19:19
102:12

**receiving** [2]   73:22
95:16

**recess** [2]   97:1
119:17

**record** [13]   6:22
6:23   7:5   44:17
74:8   74:10   74:11
83:10   105:11   106:13
108:20   108:21   109:4

**recorded** [3]   73:3
73:6   120:10

**recordings** [1]   120:13

**records** [7]   88:3
106:7   106:9   116:23
119:23   120:12   122:14

**recovery** [1]   32:16

**reduced** [1]   124:10

**refer** [1] 15:11

**Referee** [1]   4:14

**reference** [4]   30:15
55:14   64:3   111:12

**references** [1]   57:1

**referred** [1]   42:13

**referring** [5]   50:9
55:22   57:5   66:4
68:12

**reflect** [6]   50:3
52:10   90:2   98:12
105:11   114:7

**reflected** [8]   32:7
48:9   48:10   73:9
78:6   106:6   107:11
111:16

**reflects** [2]   48:21
86:16   92:11

**refusal** [1]   113:14

**refused** [1]   82:8
110:10

**regard** [1]   35:22

**regarding** [5]   35:6
53:18   69:12   70:11
117:4

**relations** [3]   16:4
92:17   104:5

**relationship** [1] 46:4

**relative** [2]   40:15
124:16

**relevant** [1]   46:16

**remained** [1]   103:13

**remains** [2]   76:16
95:18

**remember** [3]   12:18
12:19   95:2

**remembered** [1]
117:6

**remotely** [1]   120:21

**remove** [1]   41:17

**removed** [2]   88:22
89:8

**repeat** [2]   9:22
39:21

**repeatedly** [1]   66:18

**rephrase** [2]   7:20
71:11

**report** [17]   13:9
25:19   26:3   26:10
52:21   53:18   53:21
53:22   53:23   54:1
54:8   54:14   93:11
93:19   95:19   115:2
115:3

**reported** [1]   92:2

**reports** [8]   25:7
26:8   54:3   95:16
95:20   98:7   114:21
114:22

**represent** [1]   7:15

**representative** [5]
21:4   21:8   21:22
31:3   79:19

**representatives** [1]
120:17

**representing** [1]
106:14

**represents** [2]   33:21
64:5

**reprimanded** [1]
84:5

**request** [16]   2:10
2:12   2:17   2:22
5:7   5:10   5:19
6:5   39:1   39:11
39:13   40:6   40:7
87:4   111:20   115:4

**requested** [6]   40:1
54:14   84:20   86:15
110:8   111:17

**require** [1]   41:18

**required** [4]   37:21
70:16   76:9   110:22

**requirements** [1]
92:1

**requires** [1]   122:4

**res** [4]   63:17   64:2
85:3   85:4

**reserve** [1]   38:8

**reserved** [2]   4:17
55:13

**residence** [2]   52:3
80:18

**residential** [2]   67:11
85:4

**resources** [1]   35:8

**respect** [2]   73:13
74:13

**respective** [1]   4:13

**respond** [1]   56:11

**response** [20]   2:7
2:10   2:12   2:14
2:17   2:20   2:22
3:1   5:1   5:7
5:10   5:13   5:19
6:2   6:5   6:8
45:8   45:20   45:23
79:13

**responsibilities** [4]
8:13   8:15   27:21
37:1

**responsible** [4] 13:3
24:11   94:14   94:17

**result** [12]   57:12
59:14   59:15   60:4
60:13   61:22   62:8
62:10   62:13   63:7
99:9   113:5

**results** [1]   115:8

**retested** [1]   38:5

**return** [1]   54:18

**returned** [1]   70:6

**reveal** [1]   102:17

**reveals** [1]   102:18

**revenue** [1]   8:17

**review** [15]   8:3
40:15   51:8   51:9
76:6   76:7   76:10
77:8   78:11   81:18
90:1   95:19   102:22
105:15   119:15

**reviewed** [2]   51:11
84:15

**reviewing** [2]   25:11
37:9

**right** [52]   7:14
11:11   12:11   15:1
16:14   17:7   17:15
18:21   21:18   23:3
24:1   28:1   28:14
38:9   39:6   40:7
42:2   44:15   45:14
48:15   49:4   49:7
50:1   54:23   55:23
58:2   58:4   58:14
61:21   63:12   65:23
66:10   69:11   70:22
78:18   81:12   89:5
93:21   96:13   96:19
99:3   99:19   101:20
102:16   103:7   104:16
104:18   113:10   114:8
117:2   119:23   119:23

**rights** [1]   18:1

**Riley** [6]   97:6
97:6   105:22   107:7
108:11   108:13

**ring** [1]   72:8

**rings** [1] 79:10

**Road** [1] 6:17

**Roberta** [1]

**Rogers** [1]   46:1

**roughly** [1]   95:5

**route** [1] 29:14

**routed** [5]   71:17
71:23   72:2   115:13
116:3

**routes** [1]   29:17

**ruling** [1]   68:14

**run** [5]   98:6   100:13
100:16   113:8   118:12

**running** [1]   98:7

**-S-**

**s** [5]   6:16   6:16
69:7   118:2   123:3

**S-T-U-A-R-T** [1]
43:2

**sale** [1]   16:16

**sales** [1] 20:23

**says** [55] 22:8   31:15
41:7   47:20   48:15
48:16   48:23   50:11
50:17   51:8   51:14
52:2   52:8   52:21
53:23   55:2   55:17
56:6   59:9   60:19
61:6   62:8   63:1
63:17   63:17   64:2
64:21   65:20   66:13
69:1   69:1   69:23
75:20   77:3   78:10
78:18   79:22   80:17
86:11   87:9   88:8
89:4   90:1   93:15
93:17   94:9   94:12
95:14   95:14   96:12
97:22   103:4   111:7
112:9   117:22

**score** [2] 32:16   37:21

**scores** [1]   38:2

**screen** [6]   22:8
40:21   72:5   84:17
88:13   98:15

**screens** [1]   40:14

**scrub** [4]   52:23
53:5   53:16   68:7

**scrubbed** [2]   53:2
102:2

**scrubs** [1]   68:6

**search** [1]   31:20
53:13   116:18

**searches** [1]   32:21

**searching** [2] 116:13
116:14

**second** [5]   17:16
17:17   38:8   79:11
106:12

**second-last** [1] 45:12

**Security** [3]   20:7
25:5   41:23   54:11
117:9

**see** [23]   17:21   25:4
48:9   50:5   59:8
59:12   60:12   62:4
64:7   64:22   77:3
80:12   85:17   88:11
89:3   99:12   100:7
104:12   104:18   106:3

Case 1:07-cv-00662-RJA-HKS   Document 26-8   Filed 08/21/09   Page 43 of 44

seeing - Theresa                     CondenseIt!™                    Starkey, et al vs. Firstsource

112:8   116:20   120:19
seeing [1]   80:11
seem [1] 66:12
segment [1]   32:15
selected [1]   86:20
send [5] 25:15   54:18
58:8   93:18   107:19
sending [1]   26:11
sent [15] 51:14   51:18
53:1   55:18   56:1
56:3   56:20   60:20
80:12   85:18   85:23
86:11   86:17   87:15
104:13
separate [4]   12:4
34:14   34:16   59:18
September [1]   116:5
served [1]   21:12
service [1]   42:18
42:22
services [3]   2:5
4:19   20:20
set [15]   2:7   2:14
2:21   3:1   5:1
5:13   6:2   6:8
72:1   100:1   100:7
100:12   113:3   113:4
123:3
settled [5]   89:18
90:2   90:3   90:11
90:14
settled-in-full [1]
96:7
seven [2]   94:13
106:16
seven-thirteen [1]
60:2
seventeen [2]   45:19
45:21
seventeen-eighteen
[2]   57:14   58:18
seventy [1]   97:12
seventy-eight [1]
65:12
seventy-nine [1]
65:13
several [2]   33:18
33:23
share [1] 42:4
shares [1]   41:22
SHB [5] 50:18   50:21
51:5   51:11   76:5
97:16
sheets [1]   76:23
shift [1] 40:10
short [2] 97:1   119:17
Shorthand [1] 124:9
show [11]   16:17
30:6   45:1   47:6
56:12   71:8   98:14
103:10   106:9   116:9
118:23
showed [2]   81:20
84:16
showing [6]   91:13

shows [3]   74:13
115:17   116:2
sic [1]   113:21
simply [11]   55:7
65:6   66:6   80:13
81:19   86:5   100:2
100:3   100:13   103:21
117:5
sit [2]   65:15   66:14
sitting [1]   45:14
situation [1]   41:10
six [2]   120:5   120:6
sixteen [1]   87:3
sixty [1] 117:17
sixty-eight [3] 83:12
84:23   85:1
sixty-five [2]   66:16
69:1
sixty-four [1] 81:21
sixty-seven [3] 69:7
81:22   99:11
sixty-three [1] 81:13
skill [1] 72:1
skip [2] 43:15   66:16
skip-tracing [1]
53:11
slash [2] 50:18   82:10
sntex [1]   113:21
Social [5]   20:7
25:5   41:23   54:10
117:9
software [7]   15:6
15:9   15:15   15:20
18:22   19:1   19:15
Solutions [24]   11:6
11:13   11:16   11:23
12:3   12:12   12:17
12:22   15:2   15:3
15:13   15:17   16:7
16:9   16:23   17:3
17:4   74:20   75:3
75:10   97:19   98:1
98:5   107:3
someone [1]   110:5
sometime [1]   20:21
sometimes [5]   25:7
28:9   62:17   121:23
122:3
somewhere [3]   12:8
54:1   95:11
soon [1]  40:14
sorry [4] 31:2   69:21
88:12   100:15
sort [13] 8:17   28:14
30:20   35:5   35:8
35:21   60:13   65:17
65:18   72:4   77:12
92:15   93:6
sorted [1]   93:23
sorts [1] 120:7
Sound [2]   30:18
30:22
Soundbite [70] 29:11

29:16   29:20   30:5
30:11   30:22   31:2
31:17   32:6   32:11
33:1   33:13   33:17
34:3   34:11   34:14
34:18   34:20   51:14
51:18   52:1   52:2
52:18   56:6   56:13
56:15   56:20   57:1
58:9   58:17   59:1
59:4   60:2   60:8
60:17   60:20   61:1
61:6   61:8   61:18
62:11   62:13   63:6
65:5   67:9   73:5
73:7   78:21   79:20
80:8   80:8   80:12
80:20   81:3   81:6
81:9   99:1   99:9
100:6   100:10   100:12
100:23   101:1   101:2
101:13   101:19   104:10
107:20   112:19   113:3
Soundbite's [1] 56:18
speak [1]   29:1
speaking [4]   42:2
78:10   78:13   83:15
specific [8]   7:6
12:18   44:16   93:19
104:3   115:5   121:9
122:6
specifically [4] 35:23
37:15   61:19   117:19
specifics [1]   115:15
specify [1]   83:15
spell [2] 19:9   35:11
spoke [5]   57:23
58:3   70:8   82:4
113:15
Sprint [1]   42:23
SS [1]   124:2
staff [1] 111:22
stamp [6]   56:15
56:19   63:8   63:8
64:7   74:22
stamped [3]   80:15
84:16   91:15
stamping [1]   72:22
stamps [1]   55:7
stand [1]   104:21
standard [5]   16:21
25:15   55:21   93:14
93:17
standards [3]   8:17
121:21   121:22
standpoint [1]   60:18
stands [1]   85:16
Starkey [3]   74:7
74:9   96:20
start [5] 21:5   42:11
44:17   44:20   44:22
started [2]   11:23
77:7
starting [1]   38:11
starts [1]   50:2
State [2] 124:1   124:6

states [3]   97:9
109:12   111:5
status [11]   90:7
90:8   92:13   96:5
101:23   102:5   104:6
104:15   104:17   104:18
104:23
status-code [1] 104:2
steps [1] 24:1
sticking [1]   121:17
still [12] 12:3   12:4
12:21   56:19   75:3
75:4   86:8   90:9
93:7   93:15   95:18
97:18
stipulated [1]   4:12
stipulations [1] 4:10
stone [1]   26:9
stopped [2]   12:15
12:16
strategy [5]   32:18
46:21   50:11   56:22
80:23
strictly [2]   11:9
78:13
Stuart [2]   43:2
101:8
Stuart's [1]   101:15
subsequent [2]   38:7
38:17
subsequently [3]
38:6   75:4   80:9
such [7] 25:2   44:7
53:3   53:13   73:18
73:19   111:5
suffering [1]   7:22
Suida [1]   102:19
Suite [1] 4:4
supersedes [1]   121:16
supervise [1]   13:4
supervised [2]   9:15
9:16
supervisor [8]   9:1
9:11   9:12   10:5
10:8   13:10   13:11
91:6
supported [1]   92:16
Susan [5]   44:22
49:21   73:12   73:21
74:1
sworn [1]   6:19
123:14   124:14
symposium [1] 120:19
system [25]   15:11
15:13   18:22   23:20
27:8   30:16   33:1
35:7   40:11   40:15
49:6   61:1   72:17
72:20   73:3   77:18
80:16   86:16   86:20
96:8   101:4   116:15
119:22   120:15   120:16
Systems [1]   15:10

─────────────

-T-

T [1]   6:16
tagged [2]   51:22
80:14
takes [1] 70:22
taking [1]   119:1
target [3]   32:17
32:19   51:20
team [1] 10:9
tel [1]   65:20
telecom [6]   10:17
10:19   10:22   43:4
101:16   115:6
telephone [27]   20:4
20:14   20:19   30:11
39:12   42:18   42:22
52:2   54:21   56:7
65:22   66:18   67:19
67:20   70:12   72:17
72:20   80:17   81:23
83:4   84:17   101:4
105:23   106:8   107:4
108:12   118:4
telephones [3]   43:9
68:19   119:11
telephony [1]   72:1
tells [1] 99:3   109:21
temp [1] 33:1
template [2]   80:14
111:21
temporary [1]   56:17
100:14
ten [2]   86:1   112:9
ten-forty-eight [1]
58:21
term [1] 117:13
terminate [1]   38:9
terminated [2]   84:2
104:11
terms [2]   12:8
37:10
test [3]   37:19   37:21
38:11
testified [8]   6:20
18:10   75:13   76:12
105:22   106:4   111:1
121:2
testify [1]   8:1
46:2   124:15
testifying [1]   21:23
testimonial [1] 46:14
testimony [9]   7:6
7:10   106:12   107:6
123:5   124:7   124:10
124:12   124:19
tests [1] 38:7
Thank [2]   18:19
122:21
themselves [4]   14:15
79:18   104:1   107:13
thereafter [2]   20:21
61:6
therefore [2]   98:6
98:9
Theresa [13]   15:23
16:1   19:6   20:3

Starkey, et al vs. Firstsource          CondenseIt!™                third-party - zeroed

23:1     23:23    49:18
53:19    54:6     91:23
95:21    102:14   103:15
**third-party** [2]    29:11
100:13
**thirteen** [6]       50:18
50:21    50:23    51:2
86:21    86:22
**thirty** [5]         64:11
64:15    64:23    93:2
109:19
**thirty-eight** [1] 80:2
**thirty-four** [2]  90:19
113:11
**thirty-seven** [1]
80:2
**thirty-six** [1]   74:15
**thirty-three** [3] 89:4
95:14    111:6
**Thomas** [4]       109:3
116:4    116:13   116:18
**thought** [4]      76:12
77:17    112:23   114:12
**thousand** [1]     26:8
**threatening** [1] 113:16
**three** [18]        2:19
3:2      5:22     6:11
9:5      10:3     11:22
11:23    14:8     15:4
45:23    57:23    64:22
69:15    77:9     94:22
96:1     97:12
**through** [31]      29:9
31:10    32:21    32:23
33:1     35:3     35:4
35:6     53:16    56:14
59:3     59:4     62:19
64:23    66:23    69:20
72:1     72:17    79:8
80:3     81:21    84:11
85:9     85:10    92:20
93:20    108:1    109:19
113:11   118:20   120:3
**throughout** [1]   76:17
**ticket** [1]       115:6
**tickler** [8]      88:9
88:10    88:11    88:18
88:22    89:1     89:9
89:13
**times** [4]         7:10
33:23    69:12    115:17
**timing** [1]       26:1
**title** [6]        8:11    12:12
12:16    35:14    37:7
101:18
**today** [3]        14:11
21:7     21:11
**TODD** [1]         4:6
**toll-free** [1]   71:20
**tone** [5]        65:13    65:15
65:17    65:18    66:14
**too** [1]          118:2
**took** [11] 48:14    67:21
71:1     71:5     71:7
76:4     83:13    105:13
108:13   118:17   120:15

**tool** [1]  53:8
**top** [10]  47:20    49:11
67:11    75:21    77:3
77:4     88:13    94:3
97:22    98:2
**touch** [1]         69:16
**tracing** [1]       43:15
**train** [1] 35:2
**trained** [3]       35:17
38:19    83:2
**trainer** [1]       35:15
**training** [6]      35:3
35:4     35:5     35:7
35:21    36:12
**transcript** [5]   4:15
7:7      123:4    124:18
124:19
**transfer** [4]      17:23
78:23    79:2     89:20
**transferred** [1] 15:19
**transferring** [1] 46:3
**trial** [4] 4:17    45:18
45:18    46:7
**tried** [1] 54:18
**true** [5]  17:11    34:22
122:18   123:4    124:18
**truth** [3] 124:15   124:15
124:16
**try** [2]  43:20    68:1
**trying** [4]        53:5
74:2     85:6     95:2
**turned** [1]       55:14
**twelve** [1]       86:18
**twenty** [5]       57:6
59:13    59:19    62:8
94:10
**twenty-eight** [3]
63:16    64:19    64:23
**twenty-five** [6] 48:16
70:1     109:13   109:16
109:18   109:20
**twenty-four** [1] 25:16
**twenty-nine** [6] 63:16
64:10    64:14    64:19
79:22    98:17
**twenty-one** [5]  57:7
59:13    59:19    69:21
78:18
**twenty-seven** [2]
63:1     110:4
**twenty-six** [1]  61:15
**twenty-three** [1]
61:21
**twenty-two** [1]  60:19
**two** [22] 8:21    8:21
10:1     26:16    29:8
30:23    46:5     46:6
50:12    52:12    52:15
52:16    57:1     57:2
57:22    65:4     65:13
66:17    79:7     79:11
94:2     94:22
**two-week** [1]     35:3
**type** [2]  28:17   36:20
**typically** [5]    25:4

25:22    26:7     62:12
92:19

### -U-

**Ultimate** [1]      15:10
**Um-hum** [3]        33:4
80:19    121:21
**unaltered** [1]    122:18
**unattended** [1] 99:23
**under** [12]        12:12
18:2     26:8     48:16
50:17    52:8     54:14
55:3     60:19    77:22
97:19    124:11
**underneath** [1]  80:16
**understand** [3]  7:19
35:18    69:22
**undertaken** [2] 50:4
102:11
**unit** [1]  75:20
**unusual** [4]      95:22
96:2     96:17    96:18
**up** [41]   22:10    24:2
28:19    30:6     30:15
30:18    44:18    49:11
58:6     61:16    63:20
64:4     67:4     69:2
69:15    74:4     75:20
77:16    78:22    79:1
79:3     79:10    79:15
81:20    83:14    83:14
84:16    88:17    91:11
98:14    100:1    100:7
100:12   103:10   105:18
107:13   110:1    111:9
113:3    113:4    115:5
**update** [1]        88:3
**updates** [1]       30:8
**upgraded** [1]     19:4
**upload** [3]        50:6
77:20    100:16
**uploaded** [2]     23:4
77:18
**upside** [1]        63:17
**used** [5] 19:1     82:23
90:2     116:14   124:12
**uses** [1]  18:21
**using** [3]         12:15
12:16    12:21

### -V-

**various** [1]      121:13
**vendor** [4]       29:11
53:2     100:13   100:23
**verbal** [3]       39:1
40:6     40:7
**verbally** [4]     7:18
39:12    39:16    121:11
**verbatim** [1]    124:8
**verbiage** [2]     31:7
62:10
**verification** [2] 41:18
45:11
**verified** [1]    45:13

**verify** [4]       42:1
77:13    100:5    117:9
**version** [3]      19:1
19:3     19:4
**versus** [2]       70:20
96:7
**view** [2] 25:8    27:20
**viewing** [1]     105:12
**violate** [2]      38:18
121:23
**voice** [3]        69:18
107:16   113:8
**voice-recorded** [9]
61:11    63:22    65:3
65:9     68:18    69:3
107:17   118:8    119:10
**voluntarily** [1] 84:4

### -W-

**W** [1]    6:16
**Wait** [1] 9:22
**waived** [2]       4:14
4:15
**Warner** [26]      13:6
16:10    16:23    17:2
17:2     19:20    20:13
22:2     22:17    22:20
46:2     47:17    48:5
49:2     55:7     71:22
73:14    76:15    94:15
94:16    94:21    107:8
109:10   111:2    121:10
122:6
**Warner's** [1]    92:21
**warning** [4]     82:14
82:18    82:20    83:3
**Washington** [1] 10:7
**waste** [1]        89:10
**WB** [1]   82:10
**websites** [1]    43:19
**week** [2] 33:8    94:4
**Western** [2]     13:19
14:13
**whatsoever** [1] 49:13
**whichever** [2]  44:18
57:23
**whisper** [1]     30:13
**whole** [2]       11:21
124:15
**William** [5]     84:18
86:9     89:6     89:11
91:1
**Wilton** [5]       7:14
45:22    123:11   124:8
**wish** [2] 38:16   39:17
**withdrawn** [1]   87:7
**within** [9]      24:15
25:15    27:4     30:15
51:20    56:17    72:18
88:13    94:13
**without** [2]      18:2
56:20
**witness** [28]     14:4
14:22    38:22    39:21

40:8     44:4     46:20
49:14    50:11    57:9
60:23    64:13    64:16
66:6     67:15    68:13
68:15    73:16    75:15
77:16    78:14    98:11
98:14    101:12   105:15
106:18   116:16   122:22
**witnesses** [3]   45:17
46:6     46:15
**WJE** [3] 75:20    90:22
91:15
**WLN** [3]          84:17
86:7     90:22
**wondering** [1]  54:22
**word** [1] 114:2
**words** [5]        12:11
33:16    53:23    61:4
121:19
**worked** [5]       9:4
10:1     10:2     82:11
84:17
**works** [2]        91:14
101:5
**writing** [5]     42:15
110:23   121:7    121:15
124:11
**written** [4]      18:2
26:9     39:2     39:3
**wrong** [7]        31:6
31:15    41:7     43:18
54:20    60:7     78:1
**wrote** [1]        58:5

### -Y-

**year** [5] 9:20    9:22
11:17    95:6     95:9
**years** [7]        8:21
8:21     9:4     10:1
10:3     11:22   12:1
**yelled** [1]      113:16
**Yep** [2] 60:23   112:14
**yesterday** [2]  76:22
105:14
**yesterday's** [1] 105:21
**yet** [3]  11:20   91:17
93:14
**York** [7] 4:4     4:7
6:18     13:20   14:13
124:1    124:6
**youngest** [1]   93:23
**yourself** [1]    25:2

### -Z-

**zero** [6] 87:8    87:9
89:4     91:16   92:11
93:18
**zeroed** [1]       89:8