ELIZABETH M. GEARHART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------------------

ELIZABETH M. STARKEY,

                Plaintiff,

    -vs-

FIRSTSOURCE ADVANTAGE, LLC a/k/a
ACCOUNT SOLUTIONS GROUP, LLC d/b/a ASG,

                Defendant.

----------------------------------------------------

                Examination Before Trial of

ELIZABETH M. GEARHART, Plaintiff, taken pursuant to the

Federal Rules of Civil Procedure, in the law offices of

KENNETH HILLER, 6000 North Bailey Avenue, Suite 1A, Amherst,

New York, taken on January 27, 2009, commencing at 10:00

A.M., before CARLA M. GLINSKI, Notary Public.

### Sue Ann Simonin Court Reporting

421 Franklin Street
Buffalo, New York 14202


NATIONAL COURT REPORTERS
NCRA
ASSOCIATION

(716) 882-8059
Fax (716) 882-8099
sascr.com

Page 2

```
1              INDEX TO WITNESSES

2

3

4   Witness:  ELIZABETH M. GEARHART              Page

5   Examination By:

6     Mr. Botticelli                    5

7     Mr. Borgese                      33

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

              Sue Ann Simonin Court Reporting
```

Page 3

```
1              INDEX TO EXHIBITS

2

3

4   Gearhart Exhibits            For Identification

5   1    Collection Services Agreement      25

6   2    four Pages of File Notes dated     25
         March 19, 2008
7
8   3    nineteen Pages of Verizon          29
         Wireless Records
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

              Sue Ann Simonin Court Reporting
```

Page 4

```
1    APPEARANCES:
     LAW OFFICES OF KENNETH HILLER,
2    By FRANK J. BORGESE, ESQ.,
     6000 North Bailey Avenue,
3    Suite 1A,
     Amherst, New York 14226,
4    Appearing for the Plaintiff.

5    COLUCCI & GALLAHER, P.C.,
     By JASON A. BOTTICELLI, ESQ.,
6    2000 Liberty Building,
     Buffalo, New York 14202,
7    Appearing for the Defendant.

8

9

10       (The following stipulations were entered

11   into by both parties.)

12       It is hereby stipulated by and between counsel

13   for the respective parties that the oath of the

14   Referee is waived, that signing, filing and

15   certification of the transcript are waived, and

16   that all objections, except as to the form of the

17   questions, are reserved until the time of trial.

18

19

20       E L I Z A B E T H   M.   G E A R H A R T,

21     5408 Maelou Drive, Hamburg, New York 14075,

22         after being duly called and sworn,

23             testified as follows:
```

Page 5

```
1  EXAMINATION BY MR. BOTTICELLI:

2

3  Q. Good morning, Miss Gearhart.

4  A. Good morning.

5  Q. We met.  My name is Jason Botticelli.  I'm going

6     to be asking you some questions today regarding

7     your action you commenced.  If at any time you

8     don't understand my question, let me know and

9     I'll do my best to rephrase it for you, okay?

10 A. Okay.

11 Q. And any time if you need to take a break or

12    anything, just let me know and we can accommodate

13    you for that too, okay?

14 A. Okay.

15 Q. Can I have your date of birth, please?

16 A. ▮▮▮▮

17 Q. And your Social Security number?

18 A. ▮▮▮▮▮▮

19 Q. And a lot of my questions are going to be dealing

20    with the time frame we're concerned with here

21    with the collection case.  What is it -- when is

22    it that you're claiming that the calls from

23    Firstsource started?
```

| Page 6 | Page 8 |
|---|---|
| 1 A. Late 2006. | 1 Q. And who is that? |
| 2 Q. Any way to be a little more specific? A month? | 2 A. My husband and our son. |
| 3 A. I don't specifically recall. Maybe September, | 3 Q. And how old is your son? |
| 4   October. | 4 A. Two and a half. |
| 5 Q. And up until when did the calls continue through? | 5 Q. And how about back in October of 2006, were you |
| 6 A. May, June 2007. | 6   residing with anyone back then? |
| 7 Q. All right. With that time frame in mind, that's | 7 A. Yes; my husband. |
| 8   -- most of my questions are going to be dealing | 8 Q. Okay. |
| 9   with September 2006 through then May, June 2007, | 9 A. And my son. |
| 10   okay? | 10 Q. So same living arrangements back then? |
| 11 A. Okay. | 11 A. Yes. |
| 12 Q. The residence that you just gave at the beginning | 12 Q. Okay. Back in September of 2006, did you have a |
| 13   of your deposition, was that your residence back | 13   landline at your home? |
| 14   in fall of 2006? | 14 A. Yes. |
| 15 A. Yes. | 15 Q. Okay. What was that number? |
| 16 Q. Are you employed? | 16 A. (716) 649-5241. |
| 17 A. Yes. | 17 Q. And do you still have that same landline? |
| 18 Q. Okay. And who with? | 18 A. Yes. |
| 19 A. Millennium Funding. | 19 Q. And back in September of 2006, did you have a |
| 20 Q. And what do you do for them? | 20   cell phone? |
| 21 A. I'm an account executive. | 21 A. Yes. |
| 22 Q. Was that your same employment back in the fall of | 22 Q. Okay. And what was that number? |
| 23   2006? | 23 A. (716) 984-3012. |

| Page 7 | Page 9 |
|---|---|
| 1 A. No. | 1 Q. And do you still have that same cell phone? |
| 2 Q. Okay. What did you do back then? | 2 A. Yes. |
| 3 A. I was a marketing assistant for the Erie County | 3 Q. Back in the fall of 2006, did you have a direct |
| 4   Agricultural Society. | 4   dial at work? |
| 5 Q. Did you have any jobs in between the 2006 | 5 A. Yes. |
| 6   employment and your current employment? | 6 Q. And then when you changed jobs then in February |
| 7 A. No. | 7   of 2007, did you have a direct dial at work? |
| 8 Q. When did you switch jobs? | 8 A. Yes. |
| 9 A. February 2007. | 9 Q. Now, from the fall of 2006 through June of 2007, |
| 10 Q. Can I just get your basic education; high school. | 10   who else other than yourself had access to your |
| 11 A. I went to Immaculata Academy. | 11   cell phone, if anyone? |
| 12 Q. And when did you graduate from there? | 12 A. Nobody really. |
| 13 A. 2001. | 13 Q. Did anyone else use your cell phone in that time |
| 14 Q. And any college? | 14   frame? |
| 15 A. Yes. | 15 A. My husband might have used it here and there. |
| 16 Q. Okay. Where did you attend college? | 16   More like on an occasion. Yes. |
| 17 A. Saint Bonaventure University. | 17 Q. And kind of sticking with that same time frame, |
| 18 Q. All right. Graduation? | 18   fall of 2006 through summer of 2007, was your |
| 19 A. 2005. | 19   cell phone your primary or secondary source for |
| 20 Q. What degree did you graduate with? | 20   communication? |
| 21 A. A bachelor of arts. | 21 A. Secondary. |
| 22 Q. Are you currently residing with anyone? | 22 Q. Did your husband have his own cell phone? |
| 23 A. Yes. | 23 A. Yes. |

Starkey vs. Firstsource

CondenseIt!™

**Page 10**

1 Q. Okay.  Did you normally have your cell phone on?
2   Did you keep it on ring, vibrate?
3 A. I usually had it on vibrate.
4 Q. Is that including at work?
5 A. Yes.
6 Q. At both jobs?
7 A. Yes.
8 Q. Did the -- is the cell phone, the actual phone
9   itself, the same -- do you still have the same
10   phone now that --
11 A. No.
12 Q. So you've since then switched phones?
13 A. Yes.
14 Q. The phone that you had in the fall of 2006
15   through 2007, was that the same phone in that
16   time frame?
17 A. Yes.
18 Q. Did that phone have any screen on it as to see --
19   you know, would it say any incoming numbers or
20   anything like that?
21 A. Yes.
22 Q. So was it like a flip phone or was it just a --
23 A. A flip phone.

**Page 11**

1 Q. And you could see on the front screen before you
2   flipped it open --
3 A. Yes.
4 Q. -- who was calling?
5 A. Um-hum.
6 Q. Would it give a name of somebody calling or just
7   a number?
8 A. Just the number.  Unless they were in my personal
9   contact list.
10 Q. Generally do you have your cell phone on you at
11   all times in the day, evening or -- I mean, what
12   was your normal use of the cell phone?
13 A. I usually have it on me at all times.
14 Q. And at work would you keep it like on your person
15   or in your purse or like on a desk?
16 A. Yes; it was usually in my purse.
17 Q. And then, you know, at home, same thing, would
18   you keep it on your person, on a desk or in your
19   purse?
20 A. Yes.
21 Q. Which one would it be?
22 A. It was usually on the counter at home.
23 Q. Any restrictions at work -- I guess we'll start

**Page 12**

1   with the first job.  In the fall of 2006 before
2   you switched, any restrictions using your cell
3   phone at work?
4 A. No.
5 Q. So you could use it at work?
6 A. Yes.
7 Q. Okay.  And what about at -- when you switched
8   jobs in February of 2007, any restrictions?
9 A. Same.
10 Q. Same?  Okay.  Where you kept it at home, like
11   would you keep it in a spot where you would plug
12   it in or charge it?
13 A. It would depend.  I usually would have it
14   somewhere near me where I could hear it if it
15   rang.
16 Q. So is it something like you'd charge it every
17   evening or just kind of on an as-needed basis?
18 MR. BORGESE:  Objection just as to form.
19 THE WITNESS:  Usually when I would go to bed, I would
20   put it on the charger.
21 BY MR. BOTTICELLI:
22 Q. Now, dealing with the calls from Firstsource, do
23   you have any estimate or number as to how many

**Page 13**

1   total calls you received?
2 A. Approximately forty.
3 Q. And of those forty calls, were they messages or
4   did you speak to live, you know, persons or a
5   mixture of both?
6 MR. BORGESE:  Objection to form.  Go ahead.
7 THE WITNESS:  Both.
8 BY MR. BOTTICELLI:
9 Q. Is there any way to break down like of the forty
10   calls you received how many were automated
11   messages as opposed to actual conversations with
12   individuals?
13 A. I would say less than five were actual
14   conversations.
15 Q. So approximately thirty-five were messages?
16 A. Yes.
17 Q. And dealing with the messages that were left, as
18   you sit here today, do you recall any of the sum
19   and substances of those messages?
20 A. Yes.  They mispronounced my name and it was a
21   British accent.  And they said we have an
22   important call for Elizbit E. Starkey, and then
23   they would state the phone number.

Page 14

1 Q. I'm sorry. At the end there did you say they
2    would state the phone number?
3 A. Yes.
4 Q. Like a call-back number?
5 A. Yes.
6 Q. And was that -- of the messages you received,
7    were they all the same? Was it the same message,
8    British accent with your name and then to call
9    back?
10 A. Yes.
11 Q. Did they have -- with mispronouncing your name,
12    was it just your first name they would
13    mispronounce?
14 A. Yes. And they would state my middle initial as
15    E.
16 Q. Okay. Is it not?
17 A. It's M.
18 Q. Okay. For the approximate thirty-five messages
19    you received, were they generally at one
20    particular time or at various times?
21 A. They were sporadic.
22 Q. Do you recall -- well, I guess -- strike that.
23    Generally speaking, the messages, when they were

Page 15

1    left, do you know, would you be picking up and
2    listening to your voice mail shortly after the
3    call came in?
4 A. Yes.
5 Q. And with the automated messages, for the majority
6    of them would you actually answer the phone and
7    get this automated message or would it be
8    something that you would go into your voice mail
9    and check?
10 MR. BORGESE: Objection just as to form. Go ahead.
11 THE WITNESS: It would be in my voice mail.
12 BY MR. BOTTICELLI:
13 Q. Were the majority of the messages left calls made
14    during a time that you were at work?
15 A. I don't recall.
16 Q. And generally speaking, with the normal way of
17    using your cell phone, do you normally answer
18    when it rings or do you let it go to voice mail?
19 A. I usually answer if it's someone I know.
20 Q. So if it's a number coming in that you don't
21    recognize, you let it go to voice mail generally?
22 A. Correct.
23 Q. So is it fair to say the Firstsource calls coming

Page 16

1    in you generally let go to voice mail?
2 A. Yes.
3 Q. And then shortly thereafter you'd listen to the
4    voice mail message?
5 A. Yes.
6 Q. Now, on the less -- you said about less than five
7    times you spoke to a live person. Did you
8    initiate those calls in response to the automated
9    message or was it a live person actually called
10    in and you spoke to them?
11 A. One time it was a live person that called. And
12    the rest of the times I initiated the call.
13 Q. Okay. For that one time that a live person
14    initiated the call, was that the first time you
15    spoke to a live person or a few in?
16 A. I don't recall.
17 Q. Do you recall the sum and substance of any of the
18    conversations you had with, you know, live people
19    at Firstsource?
20 A. Yes.
21 Q. Okay. And I guess we'll start with the first one
22    you recall. Let's start that way.
23 A. I called them to try to set up a payment plan and

Page 17

1    it didn't work out, so I requested that they do
2    not call me back and I would call them when I was
3    able to pay the debt.
4 Q. Do you recall when that was that you made that
5    call?
6 A. It was about -- after I'd received about ten
7    phone calls from them.
8 Q. And those were the automated calls, right?
9 A. Yes.
10 Q. Okay. So would it be fair to say that you
11    initiated the first person-to-person contact with
12    Firstsource?
13 A. Yes.
14 Q. Okay. All right. And then you said during that
15    conversation you were trying to set up a payment
16    plan, right?
17 A. Yes.
18 Q. Okay. And when you say it didn't work out, was
19    it actually during that first conversation where
20    you couldn't work it out with them or did
21    something happen later where then you couldn't
22    abide by the payment plan?
23 MR. BORGESE: Objection as to form.

| Page 18 | Page 20 |

**Page 18**

1 THE WITNESS: During the first conversation.
2 BY MR. BOTTICELLI:
3 Q. All right. Can you give me more specifics as to,
4   you know, why it didn't work out?
5 A. I don't remember exactly. I believe they were
6   requesting more than I could afford at the time.
7 Q. Okay. And so then nothing was set up as of that
8   time, correct?
9 A. Correct.
10 Q. And then the second time you actually spoke to a
11   person, when approximately was that?
12 A. I don't exactly recall the date.
13 Q. Did they -- after that first live telephone
14   conference with somebody at Firstsource, did the
15   calls keep coming in?
16 A. Yes.
17 Q. Okay. And they were automated calls?
18 A. Yes.
19 Q. Okay. And for the second time you spoke to
20   somebody at Firstsource, do you remember if that
21   was a call you initiated or was it them calling
22   you?
23 A. I believe it was them calling me.

**Page 19**

1 Q. Okay. And do you recall the sum and substance of
2   that conversation?
3 A. I just took a message.
4 Q. Okay. So it was on your voice mail, right?
5 A. No, I spoke with them.
6 Q. Oh, okay. And what did they say?
7 A. I just said that I was not available. They left
8   a phone number for me to return my call. They
9   did not state who it was.
10 Q. Oh, okay. So you told them that you were not
11   available and they just said please have Miss
12   Starkey call us at this number, is that --
13 A. Correct.
14 Q. Did the automated calls continue after that
15   second conversation with the person at
16   Firstsource?
17 A. Yes.
18 Q. Okay. How did you know it was Firstsource if
19   they didn't state who they were?
20 A. When they called -- when I spoke with them?
21 Q. Correct.
22 A. Just the phone number was the same.
23 Q. Okay.

**Page 20**

1 A. As on the messages.
2 Q. Okay. And I'm sorry if I asked you this. Do you
3   have any time frame as to when that second
4   conversation was with the live individual?
5 A. I don't.
6 Q. And then to your recollection, was there any
7   other calls with a live individual at Firstsource
8   after that second time?
9 A. Yes.
10 Q. And any idea as to when that occurred?
11 A. That was the phone call that I placed with them
12   in May and I set up a payment plan.
13 Q. Okay. Any estimate as to how many calls you
14   received in between that second live conversation
15   and the third one?
16 A. Probably about fifteen to twenty.
17 Q. And then you initiated the third call?
18 A. Correct.
19 Q. Okay. Do you recall the sum and substance of
20   that conversation?
21 A. Yes. I called in and stated that I was ready to
22   make a payment, and we set up a three-part
23   payment plan. And I made those payments and paid

**Page 21**

1   the debt in full.
2 Q. How much was the debt?
3 A. One hundred eighty-six dollars.
4 Q. And you said it was a three-part payment plan.
5   Would you send them individual checks, or how did
6   the payment plan actually work?
7 A. They postdated three checks, and I believe it was
8   every two weeks approximately.
9 Q. Okay. Every two weeks?
10 A. Yes.
11 Q. Did you have any calls with live individuals
12   after that third call then where you set up the
13   payment plan?
14 A. I don't recall.
15 Q. And how about after that third call where you set
16   up the payment plan, did you receive any further
17   automated messages?
18 A. I don't recall.
19 Q. Is it possible that the last contact you may have
20   had with Firstsource then was when you set up the
21   payment plan in May?
22 A. It is possible that's the last time I spoke with
23   someone, but I did receive mail correspondence in

## Page 22

1  the meantime.
2  Q. Okay. And what was the mail correspondence that
3     was, that was still coming in?
4  A. Just confirming the payments we had set up.
5  Q. Oh, okay. Would they send you correspondence
6     after they cashed each check?
7  A. I believe it was before each check went through
8     just stating the dates that we had gone over on
9     the phone.
10 Q. Now, you had mentioned, I think it was during
11    your first live call with the Firstsource rep
12    that you had asked them not to call you anymore.
13    Correct?
14 A. Yes.
15 Q. At any time did you ever send a written request
16    that they stop calling?
17 A. No.
18 Q. Now, was this cable bill for the 5408 -- is it
19    Maelou?
20 A. Um-hum.
21 Q. Address?
22 A. No.
23 Q. Okay. It was for a different address?

## Page 23

1  A. Yes.
2  Q. What was that?
3  A. Main Street in Hamburg.
4  Q. What was the address?
5  A. I don't recall.
6  Q. Was that an apartment?
7  A. Yes.
8  Q. Okay. Was the Maelou address a home?
9  A. Yes.
10 Q. Was the Hamburg address an upper, lower or --
11 A. Upper.
12 Q. So in the fall of 2006, you were living in Maelou
13    though, correct?
14 A. Yes.
15 Q. So this was regarding a past balance on an old
16    residence?
17 A. Correct.
18 Q. When did you move?
19 A. The end of March, 2006.
20 Q. Okay. And at that time when you moved, did you
21    switch over services from the Hamburg -- or from
22    the Main Street address to the Maelou Drive
23    address?

## Page 24

1  A. I don't recall.
2  Q. But you had cable at Maelou Drive, right?
3  A. Yes. For less than a month.
4  Q. Okay. And you switched to something else after
5     that?
6  A. Yes.
7  Q. What did you switch to?
8  A. DirecTV.
9  Q. Have you stayed with DirecTV all along since that
10    time?
11 A. Yes.
12 Q. So you had cable with Time Warner like to April
13    2006?
14 A. Correct.
15 Q. How long did you live at the Main Street address?
16 A. Approximately five months.
17 Q. Do you recall when you set up for your cable
18    services at the Hamburg address what number you
19    gave them as a contact number?
20 A. That would be the (716) 984-3012.
21 Q. Your cell phone number?
22 A. Yes.
23 Q. All right. Did you also use your cell phone

## Page 25

1  number for -- as your contact number for
2  utilities?
3  A. Yes.
4  Q. Did you use it primarily as your contact number?
5  A. Yes.
6  Q. Now, other than your recollection which we've
7     been going over, do you have any other proof
8     regarding the calls coming in from Firstsource?
9  A. No.
10 MR. BOTTICELLI: Can I mark these, please.
11
12    (Whereupon, a Collection Services Agreement
13    was then received and marked as Gearhart Exhibit
14    1; and four Pages of File Notes dated March 19,
15    2008 were then received and marked as Gearhart
16    Exhibit 2, for identification.)
17
18 BY MR. BOTTICELLI:
19 Q. I'm going to show you what's been marked as
20    Gearhart Exhibit 1. And you can take a quick
21    look at it, and I'll state to you that it's the
22    contract between Time Warner and Firstsource,
23    okay? Just take a look at that.

**Starkey vs. Firstsource**                    CondenseIt!™

---

Page 26

1 A. Okay.
2 MR. BORGESE: Can I ask, is this the same contract
3   that ASG would have used? Is this something
4   that's more recent? I know you're probably going
5   to get into it at some point. Is this -- I'm
6   just curious if -- would I be able to make copies
7   of these exhibits?
8 MR. BOTTICELLI: Oh, absolutely.
9 MR. BORGESE: Do you mind if I just steal them?
10 MR. BOTTICELLI: Sure. Go ahead.
11 MR. BORGESE: I'll be right back. Thanks.
12   (Whereupon, a short recess was then taken.)
13 BY MR. BOTTICELLI:
14 Q. I just want to draw your attention to Gearhart
15   Exhibit 1, the first paragraph, showing that the
16   contract between Firstsource and Time Warner was
17   entered into on the 10th day of November, 2006.
18 A. Okay.
19 Q. Okay? And just, you know, with looking at this
20   document and using that as a point of reference,
21   does seeing that in any way change your belief
22   that Firstsource would have made their first call
23   to you regarding the cable bill prior to November

---

Page 27

1   of 2006?
2 MR. BORGESE: I just want to object and just ask a
3   question actually, if I could. We object on the
4   basis that, you know, we wouldn't have seen this
5   before. She wouldn't know if this is a document
6   in the normal course of business or if there was
7   another agreement maybe between ASG and Adelphia,
8   Time Warner's predecessor. But, obviously, to
9   the extent that you're just trying to -- I don't
10   want to interfere with your questioning, but to
11   the extent that she hasn't seen this before and
12   can't know for certain whether this is a -- this
13   document is valid, based on what she sees, I
14   think she can respond to that extent. But -- and
15   the other objection is just on the basis of
16   speculation as well, so --
17 THE WITNESS: Yes, it, it could change the dates.
18   You know, September, October was kind of an
19   approximation based on what I remembered.
20 BY MR. BOTTICELLI:
21 Q. Okay. And I want to show you what the
22   Firstsource -- the printout from Firstsource -- I
23   guess for lack of a better word I'll call it the

---

Page 28

1   Firstsource data sheet which has been marked as
2   Gearhart Exhibit 2, and just take a quick look at
3   that if you would.
4 MR. BORGESE: And just while we're -- while she's
5   looking at that, just place on the record an
6   objection to use of this just in that it assumes
7   that this log is a hundred-percent accurate.
8 BY MR. BOTTICELLI:
9 Q. And having shown you Gearhart Exhibit 2, I draw
10   your attention to the middle of the page under
11   notes where it shows -- it looks like the
12   beginning of your account was opened up January
13   8th, 2007. Do you see that right there?
14 A. Yes.
15 Q. Okay. And having represented to you this is the
16   printout from Firstsource in their records and it
17   shows their account was opened up with regards to
18   you January 8th, 2007, is it possible that
19   Firstsource -- strike that. Is it possible that
20   your first contact with Firstsource was after
21   January 8th, 2007?
22 MR. BORGESE: Objection, speculation. Go ahead if
23   you can.

---

Page 29

1 THE WITNESS: It is possible.
2 BY MR. BOTTICELLI:
3 Q. Do you have any evidence other than your
4   recollection that Firstsource called prior to
5   January 8th, 2007?
6 A. No.
7 MR. BOTTICELLI: I don't know if you have a separate
8   printout of these, or I can mark them. It's
9   attached to the --
10 MR. BORGESE: Yes. I think I have them right here
11   actually. Do you need me to make copies?
12 MR. BOTTICELLI: Yes. That would be great. I
13   appreciate it. Let's mark them first.
14
15   (Whereupon, nineteen Pages of Verizon
16   Wireless Records were then received and marked as
17   Gearhart Exhibit 3, for identification.)
18
19 BY MR. BOTTICELLI:
20 Q. I'm going to show you what's marked as Gearhart
21   Exhibit 3 and just ask if you can identify what
22   that is.
23 A. Okay. This is my phone bill for my cell phone.

---

CondenseIt!

Starkey vs. Firstsource

| Page 30 |
|---|

1  Q. Okay.  And this is for the cell phone that the
2     calls would have came in from Firstsource to?
3  A. Correct.
4  Q. Okay.  Is there any way looking at Exhibit 3 that
5     you're able to identify the calls coming in from
6     Firstsource?
7  A. I don't remember the phone number that it would
8     have come up under.
9  Q. So looking at Exhibit 3 today, you wouldn't be
10    able to point out which exact calls coming in, on
11    the phone bill anyways, are the calls from
12    Firstsource?
13 A. Correct.
14 Q. Do you have any other documentation in your
15    possession which would show when the calls came
16    in from Firstsource?
17 A. I do not.
18 Q. Did you keep any type of diary or notes or like a
19    calendar or anything like that marking when the
20    calls would have come in from Firstsource?
21 A. No.
22 Q. In the fall of 2006 until approximately May of
23    2007, were you being contacted on your cell phone

| Page 31 |
|---|

1     by any other collection agencies?
2  A. Yes.
3  Q. Okay.  And do you recall who they were?
4  A. Solomon and Solomon.
5  Q. And do you know what that was for?
6  A. National Fuel.
7  Q. And other than Solomon and Solomon, any other
8     collectors?
9  A. Not in the fall.
10 Q. Okay.  What about then in the -- after the new
11    year?
12 A. No.
13 Q. Okay.  Anything then from January to May of '07?
14 A. No.
15 Q. So other than Firstsource, it was just Solomon
16    and Solomon during fall of '06 to summer of '07?
17 A. Correct.
18 Q. Any estimate as to how many times you received
19    calls from Solomon and Solomon in that time
20    frame?
21 A. I really don't recall.
22 Q. Were those calls automated or live or a mixture
23    of both?

| Page 32 |
|---|

1  A. They were live.
2  Q. All of them?
3  A. I don't recall.
4  Q. Would you normally take those calls or would you
5     let them go to voice mail?
6  A. Voice mail.
7  Q. From fall of 2006 to summer of 2007, were there
8     any other bills you were behind on other than
9     National Fuel and the Time Warner?
10 A. Not that I recall.
11 Q. Do you recall when you received the first call
12    from Solomon and Solomon?
13 A. I don't recall the exact date.
14 Q. Do you recall when you last had a call from them?
15 A. No, I don't.
16 Q. But it was somewhere in that fall '06 to summer
17    '07 frame?
18 A. Correct.
19 MR. BOTTICELLI:  That's all I have.
20 MR. BORGESE:  Okay.  If I could just have like twenty
21    seconds to see if I'm going to have any
22    questions.
23 MR. BOTTICELLI:  Sure.

| Page 33 |
|---|

1  EXAMINATION BY MR. BORGESE:
2
3  Q. Okay.  I think I just have like three questions.
4     You stated before that, obviously, you entered
5     into an agreement with Adelphia or Time Warner,
6     is that correct?
7  A. Correct.
8  Q. And do you recall whether you filled out a
9     written application with Time Warner for their
10    services?
11 A. Not that I recall.
12 Q. Do you recall whether it would have been over the
13    telephone?
14 A. I believe it was over the phone.
15 Q. Okay.  Did you ever enter into a written
16    agreement with Time Warner?
17 A. Not that I can recall.
18 Q. Okay.  Do you recall when approximately that
19    telephone conversation would have taken place?
20 A. August 2005.
21 Q. And how can you be sure it would have been in
22    that month?
23 A. That was the month that we moved into our

Page 34

1  apartment and we would have used their services.
2 Q. Okay. And do you recall specifically what that
3    conversation entailed?
4 A. Besides calling them to come out and set up
5    cable, no.
6 Q. Okay. Do you recall during that conversation
7    specifically providing them any telephone number
8    to reach?
9 A. No.
10 Q. Okay. You stated earlier, if I'm not mistaken,
11    that you used your cell phone oftentimes to let
12    utility places and things of that nature contact
13    you. Is that correct?
14 A. Yes.
15 Q. You also stated, however, that you had a
16    residential telephone line, is that correct?
17 A. Correct.
18 Q. Is it possible that your residential phone number
19    would have been used for any of those services?
20 A. I didn't have that phone number at that point in
21    time.
22 Q. Okay. So when you initially applied, you're
23    stating that you didn't have a residential phone

Page 35

1    number?
2 A. Correct.
3 Q. Okay. When you were on the phone, do you recall
4    actually giving your cell phone number to the
5    Time Warner/Adelphia representative?
6 MR. BOTTICELLI: Form.
7 THE WITNESS: No, I don't recall.
8 BY MR. BORGESE:
9 Q. Do you recall during that conversation whether
10    the representative asked you to provide a cell
11    phone number that would be used for all further
12    communications?
13 A. I don't specifically recall.
14 MR. BORGESE: I think that's it.
15 MR. BOTTICELLI: No further questions.
16 MR. BORGESE: No further questions.
17
18         *   *   *   *   *
19
20
21
22
23

Page 36

1  STATE OF NEW YORK)
2              SS:
3  COUNTY OF ERIE)
4
5     I, Carla M. Glinski, a Notary Public in and
6  for the State of New York, County of Erie, DO
7  HEREBY CERTIFY that the testimony of ELIZABETH M.
8  GEARHART was taken down by me in a verbatim
9  manner by means of Machine Shorthand, on January
10  27, 2009. That the testimony was then reduced
11  into writing under my direction. That the
12  testimony was taken to be used in the
13  above-entitled action. That the said deponent,
14  before examination, was duly sworn by me to
15  testify to the truth, the whole truth and nothing
16  but the truth, relative to said action.
17     I further CERTIFY that the above-described
18  transcript constitutes a true and accurate and
19  complete transcript of the testimony.
20
21
                       _____
                       CARLA M. GLINSKI,
22                     Notary Public.
23

Starkey vs. Firstsource                     CondenseIt!™                                    '06 - dates

**716** [3]   8:16       8:23
24:20

-'- -

**-8-**

'06 [2]   31:16     32:16
'07 [3]   31:13     31:16
32:17

**8th** [4]   28:13   28:18
28:21   29:5

**-9-**

**-0-**

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 [1]
5:18

9/9/83 [1]          5:16
984-3012 [2]   8:23
24:20

**-1-**

**-A-**

1 [4]      3:5      25:14
25:20   26:15
10th [1]   26:17
14075 [1]            4:21
14202 [1]            4:7
14226 [1]            4:4
19 [2]     3:6       25:14
1A [1]     4:3

abide [1]          17:22
able [4]   17:3    26:6
30:5   30:10
above-described [1]
36:17
above-entitled [1]
36:13
absolutely [1]   26:8
Academy [1]      7:11
accent [2]        13:21
14:8
access [1]          9:10
accommodate [1]
5:12
account [3]        6:21
28:12   28:17
accurate [2]      28:7
36:18
action [3]          5:7
36:13   36:16
actual [3]          10:8
13:11   13:13
address [9]      22:21
22:23   23:4   23:8
23:10   23:22   23:23
24:15   24:18
Adelphia [1]     27:7
33:5
afford [1]         18:6
agencies [1]     31:1
agreement [5]    3:5
25:12   27:7   33:5
33:16
Agricultural [1]
7:4
ahead [4]         13:6
15:10   26:10   28:22
along [1]         24:9
Amherst [1]      4:4
Ann [2]   2:23   3:23
answer [3]       15:6
15:17   15:19
anyways [1]      30:11
apartment [2]   23:6
34:1
APPEARANCES [1]
4:1
Appearing [2]   4:4
4:7
application [1]  33:9

**-2-**

2 [4]      3:6      25:16
28:2   28:9
2000 [1] 4:6
2001 [1] 7:13
2005 [2] 7:19     33:20
2006 [20]           6:1
6:9   6:14   6:23
7:5   8:5   8:12
8:19   9:3   9:9
9:18   10:14   12:1
23:12   23:19   24:13
26:17   27:1   30:22
32:7
2007 [14]           6:6
6:9   7:9   9:7
9:9   9:18   10:15
12:8   28:13   28:18
28:21   29:5   30:23
32:7
2008 [2] 3:6     25:15
2009 [1] 36:10
25 [2]    3:5      3:6
27 [1]    36:10
29 [1]    3:7

**-3-**

3 [5]      3:7      29:17
29:21   30:4   30:9
33 [1]    2:7

**-5-**

5 [1]      2:6
5408 [2] 4:21    22:18

**-6-**

6000 [1] 4:3
649-5241 [1]   8:16

**-7-**

applied [1]       34:22
appreciate [1]   29:13
approximate [1]
14:18
approximately [7]
13:2   13:15   18:11
21:8   24:16   30:22
33:18
approximation [1]
27:19
April [1]        24:12
arrangements [1]
8:10
arts [1]   7:21
as-needed [1]   12:17
ASG [2] 26:3     27:7
assistant [1]     7:3
assumes [1]      28:6
attached [1]     29:9
attend [1]       7:16
attention [2]    26:14
28:10
August [1]       33:20
automated [9]   13:10
15:5   15:7   16:8
17:8   18:17   19:14
21:17   31:22
available [2]    19:7
19:11
Avenue [1]         4:3

**-B-**

B [1]      4:20
bachelor [1]     7:21
back [12]         6:13
6:22   7:2   8:5
8:6   8:10   8:12
8:19   9:3   14:9
17:2   26:11
Bailey [1]         4:3
balance [1]      23:15
based [2]        27:13
27:19
basic [1] 7:10
basis [3] 12:17   27:4
27:15
bed [1]   12:19
beginning [2]    6:12
28:12
behind [1]       32:8
belief [1]       26:21
best [1]  5:9
better [1]       27:23
between [6]      4:12
7:5   20:14   25:22
26:16   27:7
bill [4]   22:18   26:23
29:23   30:11
bills [1] 32:8
birth [1] 5:15
Bonaventure [1]
7:17
Borgese [18]     2:7

4:2      12:18     13:6
15:10   17:23   26:2
26:9   26:11   27:2
28:4   28:22   29:10
32:20   33:1   35:8
35:14   35:16
Botticelli [23]   2:6
4:6   5:1   5:5
12:21   13:8   15:12
18:2   25:10   25:18
26:8   26:10   26:13
27:20   28:8   29:2
29:7   29:12   29:19
32:19   32:23   35:6
35:15
break [2]          5:11
13:9
British [2]       13:21
14:8
Buffalo [1]        4:7
Building [1]       4:6
business [1]     27:6

**-C-**

cable [6]         22:18
24:2   24:12   24:17
26:23   34:5
calendar [1]     30:19
call-back [1]    14:4
calls [27]         5:22
6:5   12:22   13:1
13:3   13:10   15:13
15:23   16:8   17:7
17:8   18:15   18:17
19:14   20:7   20:13
21:11   25:8   30:2
30:5   30:10   30:11
30:15   30:20   31:19
31:22   32:4
Carla [2]         36:5
36:21
case [1]  5:21
cashed [1]        22:6
cell [20]  8:20   9:1
9:11   9:13   9:19
9:22   10:1   10:8
11:10   11:12   12:2
15:17   24:21   24:23
29:23   30:1   30:23
34:11   35:4   35:10
certain [2]       27:12
certification [1]
4:15
CERTIFY [2]      36:7
36:17
change [2]       26:21
27:17
changed [1]      9:6
charge [2]       12:12
12:16
charger [1]      12:20
check [3]         15:9
22:6   22:7
checks [2]       21:5
21:7
claiming [1]     5:22

collection [2]    3:5
5:21   25:12   31:1
collectors [1]   31:8
college [2]       7:14
7:16
COLUCCI [1]     4:5
coming [7]       15:20
15:23   18:15   22:3
25:8   30:5   30:10
commenced [1] 5:7
communication [1]
9:20
communications [1]
35:12
complete [1]     36:19
concerned [1]    5:20
conference [1]  18:14
confirming [1]  22:4
constitutes [1]  36:18
contact [8]       11:9
17:11   21:19   24:19
25:1   25:4   28:20
34:12
contacted [1]    30:23
continue [2]     6:5
19:14
contract [3]     25:22
26:2   26:16
conversation [12]
17:15   17:19   18:1
19:2   19:15   20:4
20:14   20:20   33:19
34:3   34:6   35:9
conversations [3]
13:11   13:14   16:18
copies [2]       26:6
29:11
correct [20]     15:22
18:8   18:9   19:13
19:21   20:18   22:13
23:13   23:17   24:14
30:3   30:13   31:17
32:18   33:6   33:7
34:13   34:16   34:17
35:2
correspondence [3]
21:23   22:2   22:5
counsel [1]      4:12
counter [1]      11:22
County [3]       7:3
36:3   36:6
course [1]       27:6
Court [2]        2:23
3:23
curious [1]      26:6
current [1]      7:6

**-D-**

data [1] 28:1
date [3] 5:15   18:12
32:13
dated [2]         3:6
25:14
dates [2] 22:8   27:17

**lealing - morning**

lealing [4]        5:19
 6:8     12:22    13:17
lebt [3] 17:3     21:1
 21:2
Defendant [1]     4:7
legree [1]        7:20
lepend [1]       12:13
leponent [1]     36:13
leposition [1]    6:13
lesk [2] 11:15   11:18
lial [2] 9:4      9:7
liary [1] 30:18
lifferent [1]    22:23
lirect [2]        9:3
 9:7
lirection [1]    36:11
DirecTV [2]      24:8
 24:9
locument [3]    26:20
 27:5    27:13
locumentation [1]
 30:14
lollars [1]      21:3
lown [2]         13:9
 36:8
lraw [2] 26:14   28:9
Drive [3]        4:21
 23:22   24:2
luly [2] 4:22   36:14
luring [8]       15:14
 17:14   17:19   18:1
 22:10   31:16   34:6
 35:9

**-E-**

E [5]    4:20     4:20
 4:20    13:22   14:15
education [1]     7:10
eighty-six [1]   21:3
ELIZABETH [2]
 2:4     36:7
Elizbit [1]      6:16
employed [1]     6:16
employment [3]
 6:22    7:6     7:6
end [2] 14:1     23:19
entailed [1]     34:3
enter [1] 33:15
entered [3]      4:10
 26:17   33:4
Erie [3] 7:3     36:3
 36:6
ESQ [2] 4:2      4:6
estimate [3]    12:23
 20:13   31:18
evening [2]     11:11
 12:17
evidence [1]    29:3
exact [2]       30:10
 32:13
exactly [1]     18:5
 18:12

**examination [4]**
2:5     5:1      33:1
 36:14
except [1]       4:16
executive [1]    6:21
Exhibit [10]    25:13
 25:16   25:20   26:15
 28:2    28:9    29:17
 29:21   30:4    30:9
exhibits [3]     3:1
 3:4     26:7
extent [1]       27:9
 27:11   27:14

**-F-**

fair [2] 15:23   17:10
fall [13] 6:14   6:22
 9:3     9:9     9:18
 10:14   12:1    30:18
 30:22   31:9    31:16
 32:7    32:16
February [3]     7:9
 9:6     12:8
few [1] 16:15
fifteen [1]     20:16
File [2] 3:6    25:14
filing [1]       4:14
filled [1]       33:8
first [14] 12:1  14:12
 16:14   16:21   17:11
 17:19   18:1    18:13
 22:11   26:15   26:22
 28:20   29:13   32:11
Firstsource [29] 5:23
 12:22   15:16   16:19
 17:12   18:14   18:20
 19:16   19:18   20:7
 21:20   22:11   25:8
 25:22   26:16   26:22
 27:22   27:22   28:1
 28:16   28:19   28:20
 29:4    30:2    30:6
 30:12   30:16   30:20
 31:15
five [3] 13:13   16:6
 24:16
flip [2] 10:22   10:23
flipped [1]     11:2
following [1]    4:10
follows [1]      4:23
form [6] 4:16   12:18
 13:6    15:10   17:23
 35:6
forty [3] 13:2   13:3
 13:9
four [2] 3:6    25:14
frame [8]        5:20
 6:7     9:14    9:17
 10:16   20:3    31:20
 32:17
FRANK [1]        4:2
front [1] 11:1
Fuel [2] 31:6   32:9
full [1] 21:1
Funding [1]      6:19

**-G-**

G [1]    4:20
GALLAHER [1]
 4:5
Gearhart [12]    2:4
 3:4     5:3     25:13
 25:15   25:20   26:14
 28:2    28:9    29:17
 29:20   36:8
generally [6]   11:10
 14:19   14:23   15:16
 15:21   16:1
giving [1]      35:4
Glinski [2]     36:5
 36:21
gone [1] 22:8
Good [2]         5:3
 9:17
graduate [2]     7:12
 7:20
Graduation [1]  7:18
great [1] 29:12
guess [4]       11:23
 14:22   16:21   27:23

**-H-**

H [2]    4:20    4:20
half [1] 8:4
Hamburg [5]      4:21
 23:3    23:10   23:21
 24:18
hear [1] 12:14
hereby [2]       4:12
 36:7
high [1] 7:10
HILLER [1]       4:2
home [5]         8:13
 11:17   11:22   17:10
 23:8
hundred [1]     21:3
hundred-percent [1]
 28:7
husband [4]      8:2
 8:7     9:15    9:22

**-I-**

idea [1] 20:10
identification [1]
 3:4     25:16   29:17
identify [2]    29:21
 30:5
Immaculata [1] 7:11
important [1]   13:22
including [1]   10:4
incoming [1]    10:19
INDEX [2]        2:1
 3:1
individual [3]  20:4
 20:7    21:5
individuals [2] 13:12
 21:11

**initial [1]      14:14**
initiate [1]      16:8
initiated [5]    16:12
 16:14   17:11   18:21
 20:17
interfere [1]   27:10
itself [1] 10:9

**-J-**

J [1]    4:2
January [6]     28:12
 28:18   28:21   29:5
 31:13   36:9
Jason [2]        4:6
 5:5
job [1] 12:1
jobs [5] 7:5     7:8
 9:6     10:6    12:8
June [3] 6:6     6:9
 9:9

**-K-**

keep [6] 10:2   11:14
 11:18   12:11   18:15
 30:18
KENNETH [1] 4:2
kept [1] 12:10
kind [3] 9:17   12:17
 27:18

**-L-**

L [1]    4:20
lack [1] 27:23
landline [2]     8:13
 8:17
last [3] 21:19   21:22
 32:14
Late [1] 6:1
LAW [1]          4:2
left [4] 13:17   15:1
 15:13   19:7
less [4] 13:13   16:6
 16:6    24:3
Liberty [1]      4:6
line [1] 34:16
list [1] 11:9
listen [1]      16:3
listening [1]   15:2
live [16] 13:4  16:7
 16:9    16:11   16:13
 16:15   16:18   18:13
 20:4    20:7    20:14
 21:11   22:1    24:15
 31:22   32:1
living [2]       8:10
 23:12
log [1] 28:7
look [3] 25:21  25:23
 28:2
looking [4]     26:19
 28:5    30:4    30:9
looks [1]       28:11

**lower [1]       23:10**

**-M-**

M [6]    2:4      4:20
 14:17   36:5    36:7
 36:21
Machine [1]     36:9
Maelou [6]      4:21
 22:19   23:8    23:12
 23:22   24:2
mail [12]15:2    15:8
 15:11   15:18   15:21
 16:1    16:4    19:4
 21:23   22:2    32:5
 32:6
Main [1]         23:3
 23:22   24:15
majority [2]    15:5
 15:13
manner [1]      36:9
March [3]        3:6
 23:19   25:14
mark [3] 25:10  29:8
 29:13
marked [6]      25:13
 25:15   25:19   28:1
 29:16   29:20
marketing [1]   7:3
marking [1]    30:19
may [7] 6:6      6:9
 20:12   21:19   21:21
 30:22   31:13
mean [1]        11:11
means [1]       36:9
meantime [1]    22:1
mentioned [1]   22:10
message [5]     14:7
 15:7    16:4    16:9
 19:3
messages [12]   13:3
 13:11   13:15   13:17
 13:19   14:6    14:18
 14:23   15:5    15:13
 20:1    21:17
met [1] 5:5
middle [2]      14:14
 28:10
might [1]        9:15
Millennium [1] 6:19
mind [2]6:7     26:9
mispronounce [1]
 14:13
mispronounced [1]
 13:20
mispronouncing [1]
 14:11
Miss [2] 5:3    19:11
mistaken [1]   34:10
mixture [2]     13:5
 31:22
month [4]        6:2
 24:3    33:22   33:23
months [1]      24:16
morning [2]     5:19

5:4
**most** [1] 6:8
**move** [1]            23:18
**moved** [2]          23:20
33:23

**-N-**

**name** [6]              5:5
11:6    13:20    14:8
14:11   14:12
**National** [2]        31:6
32:9
**nature** [1]          34:12
**near** [1] 12:14
**need** [2] 5:11       29:11
**new** [6] 4:4    4:7
4:21    31:10   36:1
36:6
**nineteen** [2]         3:7
29:15
**Nobody** [1]          9:12
**normal** [1]          11:12
15:16   27:6
**normally** [3]        10:1
15:17   32:4
**North** [1]            4:3
**Notary** [2]          36:5
36:22
**notes** [4]            3:6
25:14   28:11   30:8
**nothing** [2]         18:7
36:15
**November** [2]       26:17
26:23
**now** [7] 9:9          10:10
12:22   16:6    22:10
22:18   25:6
**number** [26]         5:17
8:15    8:22    11:7
11:8    12:23   13:23
14:2    14:4    15:20
19:8    19:12   19:22
24:18   24:19   24:21
25:1    25:1    25:4
30:7    34:7    34:18
34:20   35:1    35:4
35:11
**numbers** [1]        10:19

**-O-**

**oath** [1] 4:13
**object** [2]          27:2
27:3
**objection** [7]        3:12
13:6    15:10   17:23
27:15   28:6    28:22
**objections** [1]      4:16
**obviously** [2]       27:8
33:4
**occasion** [1]        9:16
**occurred** [1]       20:10
**October** [3]          6:4
8:5    27:18
**OFFICES** [1]         4:2

**oftentimes** [1]      34:11
**old** [2]    8:3       23:15
**one** [7]   11:21     14:19
16:11   16:13   16:21
20:15   21:3
**open** [1] 11:2
**opened** [2]          28:12
28:17
**opposed** [1]        13:11
**own** [1] 9:22

**-P-**

**P.C** [1]    4:5
**page** [2] 2:4        28:10
**Pages** [4]            8:9
3:7    25:14   29:15
**paid** [1] 20:23
**paragraph** [1]      26:15
**particular** [1]     14:20
**parties** [2]          4:11
4:13
**past** [1] 23:15
**pay** [1]   17:3
**payment** [11]        16:23
17:15   17:22   20:12
20:22   20:23   21:4
21:6    21:13   21:16
21:21
**payments** [2]       20:23
22:4
**people** [1]          16:18
**person** [9]          11:14
11:18   16:7    16:9
16:11   16:13   16:15
18:11   19:15
**person-to-person** [1]
17:11
**personal** [1]        11:8
**persons** [1]         13:4
**phone** [43]          8:20
9:1    9:11    9:13
9:19    9:22    10:1
10:8    10:8    10:10
10:14   10:15   10:18
10:22   10:23   11:10
11:12   12:3    13:23
14:2    15:6    15:17
17:7    19:8    19:22
20:11   22:9    24:21
24:23   29:23   29:23
30:1    30:7    30:11
30:23   33:14   34:11
34:18   34:20   34:23
35:3    35:4    35:11
**phones** [1]          10:12
**picking** [1]         15:1
**place** [2]           28:5
33:19
**placed** [1]          20:11
**places** [1]          34:12
**Plaintiff** [1]        4:4
**plan** [10] 16:23     17:16
17:22   20:12   20:23
21:4    21:6    21:13
21:16   21:21

**plug** [1] 12:11
**point** [4] 26:5       26:20
30:10   34:20
**possession** [1]     30:15
**possible** [6]        21:19
21:22   28:18   28:19
29:1    34:18
**postdated** [1]       21:7
**predecessor** [1]    27:8
**primarily** [1]       25:4
**primary** [1]         21:5
**printout** [3]        27:22
28:16   29:8
**proof** [1]            25:7
**provide** [1]         35:10
**providing** [1]       34:7
**Public** [2]          36:5
36:22
**purse** [3]           11:15
11:16   11:19
**put** [1]  12:20

**-Q-**

**questioning** [1] 27:10
**questions** [8]       4:17
5:6    5:19    6:8
32:22   33:3    35:15
35:16
**quick** [2]           25:20
28:2

**-R-**

**R** [2]    4:20    4:20
**rang** [1] 12:15
**reach** [1]           34:8
**ready** [1]           20:21
**really** [1]          9:12
31:21
**receive** [2]         21:16
21:23
**received** [3]        13:1
13:10   14:6    14:19
17:6    20:14   25:13
25:15   29:16   31:18
32:11
**recent** [1]          26:4
**recess** [1]          26:12
**recognize** [1]      15:21
**recollection** [2] 20:6
25:6    29:4
**record** [1]          28:5
**records** [2]          3:8
28:16   29:16
**reduced** [1]        36:10
**Referee** [1]         4:14
**reference** [1]      26:20
**regarding** [4]       5:6
23:15   25:8    26:23
**regards** [1]        28:17
**relative** [1]       36:16
**remember** [3]      18:5
18:20   30:7

**remembered** [1]
27:19
**rep** [1] 22:11
**rephrase** [1]        5:9
**Reporting** [2]      2:23
3:23
**representative** [2]
35:5    35:10
**represented** [1]   28:15
**request** [1]        22:15
**requested** [1]      17:1
**requesting** [1]     16:8
**reserved** [1]       4:17
**residence** [3]      6:12
6:13    23:16
**residential** [3]   34:16
34:18   34:23
**residing** [1]       7:22
8:6
**respective** [1]     4:13
**respond** [1]       27:14
**response** [1]       16:8
**rest** [1] 16:12
**restrictions** [3] 11:23
12:2    12:8
**return** [1]          19:8
**right** [12]          6:7
7:18    17:8    17:14
17:16   18:3    19:4
24:2    24:23   26:11
28:13   29:10
**ring** [1] 10:2
**rings** [1] 15:18

**-S-**

**Saint** [1] 7:17
**school** [1]          7:10
**screen** [2]         10:18
11:1
**second** [6]         18:10
18:19   19:15   20:3
20:8    20:14
**secondary** [2]     9:19
9:21
**seconds** [1]       32:21
**Security** [1]       5:17
**see** [4]   10:18    11:1
28:13   32:21
**seeing** [1]         26:21
**sees** [1] 27:13
**send** [3] 21:5      22:5
22:15
**separate** [1]       29:7
**September** [5]      6:3
6:9    8:12    8:19
27:18
**services** [7]        3:5
23:21   24:18   25:12
33:10   34:1    34:19
**set** [11]  16:23    17:15
18:7    20:12   20:22
21:2    21:15   21:20
22:4    24:17   34:4

**sheet** [1] 28:1
**short** [2] 26:12
**Shorthand** [1]     36:9
**shortly** [2]        15:2
16:3
**show** [4] 25:19    27:21
29:20   30:15
**showing** [1]       26:15
**shown** [1]         28:9
**shows** [2]         28:11
28:17
**signing** [1]        4:14
**Simonin** [2]       2:23
3:23
**sit** [1]   13:18
**Social** [1]         5:17
**Society** [1]        7:4
**Solomon** [10]     31:4
31:4    31:7    31:7
31:15   31:15   31:19
31:19   32:12   32:12
**someone** [2]      15:19
21:23
**somewhere** [2]   12:14
32:16
**son** [3]   8:2      8:3
8:9
**sorry** [2] 14:1     20:2
**source** [1]         9:19
**speak** [1]         13:4
**speaking** [2]      14:23
15:16
**specific** [1]        6:2
**specifically** [4]   6:3
34:2    34:7    35:13
**specifics** [1]      18:3
**speculation** [2] 27:16
28:22
**spoke** [8]         16:7
16:10   16:15   18:10
18:19   19:5    19:20
21:22
**sporadic** [1]      14:21
**spot** [2] 12:11
**SS** [1]    36:2
**Starkey** [2]       13:22
39:12
**start** [3] 11:23    16:21
16:22
**started** [1]        5:23
**state** [8] 13:23    14:2
14:14   19:9    19:19
25:21   36:1    36:6
**stating** [1]        22:8
34:23
**stayed** [1]         24:9
**steal** [1] 26:9
**sticking** [1]      9:17
**still** [4] 8:17     9:1
10:9    22:3
**stipulated** [1]    4:12
**stipulations** [1] 4:10
**stop** [1] 22:16

Street [3]    23:3
23:22    24:15
strike [2]    14:22
28:19
substance [3]    16:17
19:1    20:19
substances [1]    13:19
Sue [2]    2:23    3:23
Suite [1] 4:3
sum [4]    13:18    16:17
19:1    20:19
summer [4]    9:18
31:16    32:7    32:16
switch [3]    7:8
23:21    24:7
switched [4]    10:12
12:2    12:7    24:4
sworn [2]    4:22
36:14

-T-

T [2]    4:20    4:20
telephone [5]    18:13
33:13    33:19    34:7
34:16
ten [1]    17:6
testified [1]    4:23
testify [1]    36:15
testimony [4]    36:7
36:10    36:12    36:19
Thanks [1]    26:11
thereafter [1]    16:3
third [4] 20:15    20:17
21:12    21:15
thirty-five [2]    13:15
14:18
three [2] 21:7    33:3
three-part [2]    20:22
21:4
through [6]    6:5
6:9    9:9    9:18
10:15    22:7
times [6]    11:11
11:13    14:20    16:7
16:12    31:18
today [3]    5:6
13:18    30:9
too [1]    5:13
took [1]    19:3
total [1] 13:1
transcript [3]    4:15
36:18    36:19
trial [1]    4:17
true [1]    36:18
truth [3] 36:15    36:15
36:16
try [1]    16:23
trying [2]    17:15
27:9
twenty [2]    20:16
32:20
two [3]    8:4    21:8
21:9

type [1]    30:18

-U-

Um-hum [2]    11:5
22:20
under [3]    28:10
30:8    36:11
understand [1] 5:8
University [1]    7:17
Unless [1]    11:8
up [16]    6:5    15:1
16:23    17:15    18:7
20:12    20:22    21:12
21:16    21:20    22:4
24:17    28:12    28:17
30:8    34:4
upper [2]    23:10
23:11
used [7] 9:15    26:3
34:1    34:11    34:19
35:11    36:12
using [3]    12:2
15:17    26:20
usually [7]    10:3
11:13    11:16    11:22
12:13    12:19    15:19
utilities [1]    25:2
utility [1]    34:12

-V-

valid [1] 27:13
various [1]    14:20
verbatim [1]    36:8
Verizon [2]    3:7
29:15
vibrate [2]    10:2
10:3
voice [10]    15:2
15:8    15:11    15:18
15:21    16:1    16:4
19:4    32:5    32:6

-W-

waived [2]    4:14
4:15
Warner [7]    24:12
25:22    26:16    32:9
33:5    33:9    33:16
Warner's [1]    27:8
Warner/Adelphia [1]
35:5
weeks [2]    21:8
21:9
whole [1]    36:15
Wireless [2]    3:8
29:16
Witness [8]    2:4
12:19    13:7    15:11
18:1    27:17    29:1
35:7
WITNESSES [1]
2:1
word [1] 27:23

writing [1]    36:11
written [3]    22:15
33:9    33:15

-Y-

year [1] 31:11
York [5] 4:4    4:7
4:21    36:1    36:6
yourself [1]    9:10

-Z-

Z [1]    4:20