UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ELIZABETH M. STARKEY,

                              Plaintiff,

      v.                                            ORDER
                                                      07-CV-662

FIRSTSOURCE ADVANTAGE, LLC,

                              Defendant.

---

      This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1). On March 9, 2010, defendant filed a motion for summary judgment. On March 11, 2010, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion for summary judgment be granted.

      Plaintiff filed objections to the Report and Recommendation on March 25, 2010 and defendant filed a response thereto. The matter was deemed submitted on the papers on June 18, 2010.

      Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made. Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant's motion for summary judgment is granted. The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: June 21, 2010